◎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Northern Div.__

West American Insurance Company

V.

Asphalt Paving Co., Inc. and Eastdale Mall, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv1125-B

TO: (Name and address of Defendant)

Eastdale Mall, LLC
3500 Eastern Boulevard
Montgomery, AL 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
TEL: (205) 278-7000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  12/2/05

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Northern Div.__

West American Insurance Company

V.

Asphalt Paving Co., Inc. and Eastdale Mall, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05CV1125-B

TO: (Name and address of Defendant)

Asphalt Paving Co., Inc.
c/o Michael Forbus
375 Hunter Loop Road
Montgomery, AL 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher J. Zulanas
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Parkway
Suite 650
Birmingham, AL 35243
TEL: (205) 278-7000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    12/2/05
_____                    _____
CLERK                                               DATE

_/s/ V. Austin_
_____
(By) DEPUTY CLERK