UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE CO.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CIVIL ACTION NO. 2:05-cv-1125-B |
| ) | |
| ASPHALT PAVING COMPANY, INC.   ) | |
| and EASTDALE MALL, LLC,   ) | |
| ) | |
| Defendants.   ) | |

## ANSWER OF EASTDALE MALL, LLC.

Comes now the Defendant Eastdale Mall, LLC ("Eastdale") and for answer to the Complaint, says as follows:

1. With respect to the introductory paragraph, there appears to be no assertion of facts to admit or deny.

2. This Defendant admits the allegations of paragraph 1.

3. With respect to the allegations of paragraph 2, this Defendant has insufficient information to admit or deny whether Plaintiff is a "foreign corporation". There appears to be no allegation in the Complaint of Plaintiff's place of incorporation or of its principal place of business. Defendant admits that Plaintiff does business in Alabama and does not deny that it has authority to do so.

4. The allegations of paragraph 3 are admitted.

5. With respect to the allegations of paragraph 4, this Defendant neither admits nor denies at this time the jurisdiction of the Court. There is an allegation of a "controversy", but

plaintiff does not appear to deny that there is a duty to defend or even that there is coverage. Moreover, there is no allegation in the Complaint of Plaintiff's place of incorporation or of its principal place of business.

6. This Defendant has insufficient information to admit or deny the allegations of paragraph 5.

7. The allegations of paragraph 6 purport to describe the allegations of the underlying Complaint, a copy of which is attached to the present Complaint as Exhibit 1. Exhibit 1 accurately sets forth the allegations in the underlying lawsuit.

8. This Defendant has insufficient information to admit or deny the allegations of paragraphs 7 - 9.

9. This Defendant denies that Plaintiff is entitled to the relief it seeks based on the allegations of the Complaint. Should the Court find that it has jurisdiction, this Defendant contends that Plaintiff has a duty to defend and to indemnify its insured under the allegations of the Complaint in the underlying case.

Respectfully submitted,

S/Robert D. Segall
Robert D. Segall (SEG003)
*Attorney for Defendant Eastdale Mall, LLC*

Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Fax: 334/834-3172
Email: segall@copelandfranco.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 20th day of December, 2005, I electronically filed the foregoing Answer with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Attorneys for West American Insurance Co.
      Christopher J. Zulanas, Esq.
      Michael J. Douglas, Esq.
      Friedman Leak Dazzio Zulanas & Bowling PC
      3800 Colonnade Parkway, Suite 650
      Birmingham AL 35243
      Phone: 205/278-7000
      Fax: 205/278-7001
      Email: czulanas@friedmanleak.com

      s/Robert D. Segall