IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE CO., | * |
| Plaintiff, | * |
| v. | *   CIVIL ACTION CASE NUMBER: |
| | *   2:05CV1125-B |
| ASPHALT PAVING COMPANY, INC. and | * |
| EASTDALE MALL, LLC, | * |
| Defendants. | * |

### AMENDED ANSWER OF DEFENDANT
### ASPHALT PAVING COMPANY, INC.

For its affirmative defenses to the Complaint, Asphalt Paving Company, Inc.,. pleads the following:

### AFFIRMATIVE DEFENSES

For its affirmative defenses to the Complaint for Declaratory Judgment, Defendant Asphalt Paving Company, Inc. pleads the following:

### FIRST DEFENSE

The Amended Complaint fails to state a claim for which relief can be granted.

### SECOND DEFENSE

The Plaintiff's Complaint is barred by the doctrines of waiver and/or estoppel.

### THIRD DEFENSE

Asphalt Paving Company, Inc. generally denies each and every material allegation of the Complaint and demands strict proof thereof.

### FOURTH DEFENSE

This Court lacks jurisdiction as there is no ripe controversy.

## ANSWER

### I. Parties, Jurisdiction and Venue

1. Admitted.

2. Asphalt Paving lacks sufficient information to admit or deny the allegation.

3. Admitted.

4. Denied.

### II. Factual Background

5. Asphalt Paving admits that it is insured under a policy issued by West American Insurance. A copy was not attached to the copy of the Complaint received by Asphalt Paving.

6. Regarding the allegations of paragraph number 6, Asphalt Paving admits that the underlying suit allegedly arose out of the construction, paving, and striping of a parking lot at Eastdale Mall in Montgomery, Alabama. The allegations of that complaint are contained in the Complaint itself.

7. Regarding the allegations of paragraph 7, Asphalt Paving asserts that language of the policy speaks for itself and avers that it does provide coverage for defense and indemnity in the underlying lawsuit.

8. Regarding the allegations of paragraph 8, Asphalt Paving asserts that the policy language does provide coverage.

### III. Claims for Relief

9. Denied.

Regarding the unnumbered paragraph beginning with the word Wherefore, Asphalt Paving asserts that this Court should dismiss this action or, if not, declare that coverage exists for the underlying suit.

        /s/ Donald R. Jones, Jr.
        Donald R. Jones, Jr.
        ASB-8900-067D
        Attorney for Defendant Asphalt Paving

OF COUNSEL:
Donald R. Jones, Jr., P.C.
2000 Interstate Park Drive
Suite 104
Montgomery, AL  36109
Telephone:  334-277-3939
Facsimile:  334-277-3772

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Christopher Z. Zulanas, Michael J. Douglas, FRIEDMAN, LEAK, DAZZIO, ZULANAS, & BOWLING, PC., 3800 Colonnade Parkway, Suite 650, Birmingham, Alabama 35243.

        /s/ Donald R. Jones, Jr.
        Donald R. Jones, Jr.