UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 JAN 26  A 10: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| WEST AMERICAN INSURANCE CO., | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-1125-DRB |
| ASPHALT PAVING COMPANY, INC., and EASTDALE MALL, LLC, | ) |
| Defendants. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

1/24/06
Date

[signature]
Signature

West American Insurance Co.
Counsel For (**print** name of all parties)

3800 Colonnade Pkwy, Suite 650, B'ham 35243
Address, City, State, Zip Code

(205) 278-7000
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101