UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 JAN 27 P 3 07

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1125-DRB |
| | ) | |
| ASPHALT PAVING COMPANY, INC., and | ) | |
| EASTDALE MALL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

January 27, 2006
Date

_Robt D. Segall_
Signature

Eastdale Mall, LLC
Counsel For (**print** name of all parties)

PO Box 347, Mtgy, AL 36101
Address, City, State, Zip Code

(334) 834-1180
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101