IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE CO., | * | |
| | * | |
|     **Plaintiff,** | * | |
| | * | |
| v. | * | CASE NO.: 2:05-1125-B |
| | * | |
| ASPHALT PAVING COMPANY, INC. | * | |
| and EASTDALE MALL, LLC, | * | |
| | * | |
|     **Defendants.** | | |

## REPORT OF PARTIES' PLANNING MEETING

1.    Pursuant to Fed.R.Civ.P. 26(f), the following is the parties proposed Report of Parties' Planning Meeting form:

>Christopher J. Zulanas and Michael J. Douglas on behalf of Plaintiff, West American Insurance Company.
>
>Robert D. Segall on behalf of Defendant, Eastdale Mall, LLC
>
>Donald R. Jones, Jr. on behalf of Defendant, Asphalt Paving Company, Inc.

2.    **Pre-Discovery Disclosures.**  The parties will exchange the information required by Local Rule 26.1(a)(1) on or before **February 22, 2006.**

3.    **Discovery Plan.**  The parties jointly propose to the court the following discovery plan:

>a.    All discovery commenced in time to be completed by **December 29, 2006**.
>
>b.    Maximum of thirty (30) interrogatories by each party to any other party.
>
>c.    Maximum of thirty (30) requests for admission by each party to any other party.

      d.      Maximum of thirty (30) requests for production of document by each party to any other party.

      e.      Maximum of eight (8) depositions by each plaintiff and eight (8) depositions by each defendant.

      f.      Reports from retained experts under Rule 26(a)(2) due:

           from plaintiff by **August 31, 2006**.
           from defendant by **September 29, 2006.**

      g.      Supplementation under Rule 26(e) due reasonably upon knowledge of additional information.

4. **Other Items.**

      a.      Plaintiff should be allowed until **July 3, 2006** to join additional parties and to amend the pleadings.

      b.      Defendant should be allowed until **September 20, 2006** to join additional parties and to amend the pleadings.

      c.      All potentially dispositive motions should be filed thirty (30) days after the close of discovery – **January 30, 2007**.

      d.      Settlement cannot be realistically evaluated prior to the completion of preliminary discovery.

      e.      The parties request a final pretrial conference on or before **April 3, 2006.**

      f.      The parties request a preliminary witness list be due on **September 20, 2006** and another witness list be due after the completion of discovery – **January 16, 2007**. For any witness not identified on the preliminary witness list, the parties shall have a reasonable opportunity to depose these witness prior to trial. Final lists of trial evidence under Rule 26(a)(3), both witnesses and exhibits, should be due from the parties - thirty (30) days prior to trial.

      g.      Parties should have ten (10) days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

      h.      The case should be ready for trial by this Court's **May, 2007** trial term and at this time is expected to take approximately 2-3 days.

Date: February 8, 2006.

        /s Robert D. Segall
        Robert D. Segall (SEG003)
        *Attorney for Defendant Eastdale Mall, LLC*

**OF COUNSEL:**
COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347
Telephone:    (334) 834-1180
Facsimile:    (334) 834-3172
Email:  segall@copelandfranco.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael Jon Douglas**
  aperkins@flb-law.com mdouglas@flb-law.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Christopher John Zulanas**
  czulanas@friedmanleak.com mlittle@friedmanleak.com;stacy@friedmanleak.com

        s/  Robert D. Segall
        Of Counsel