IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN DIVISION**

| | |
|---|---|
| WEST AMERICAN INS. CO., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASPHALT PAVING CO., INC., and )<br>EASTDALE MALL, LLC, )<br>)<br>Defendants. ) | CIVIL ACTION CASE NUMBER:<br><br>2:05-CV-1125-B |

**WEST AMERICAN INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, **West American Insurance Company ("West American")**, and pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court to enter summary judgment in its favor, declaring on a full and final basis it owes no defense and/or indemnity, contribution or coverage on those certain insurance policies issued to Asphalt Paving Company, Inc. As grounds for this motion, Plaintiff West American sets forth and says as follows:

1. In the present action, West American seeks a declaration of its rights and obligations under a policy of insurance issued to Asphalt Paving Company, Inc. (West American's Complaint for Declaratory Judgment). Specifically, West American issued an insurance policy to Asphalt Paving Company, Inc. with effective dates of August 1, 2004 to August 1, 2005, bearing policy number BKW(05)52965427. (West American's Complaint for Declaratory Judgment, Exhibit 2).

2. West American requests a declaration of its rights and obligations under said insurance policy to defend and/or indemnify Asphalt Paving Company, Inc. for the civil action styled *Eastdale Mall, LLC v. Asphalt Paving Company, Inc., et al.*, bearing Civil Action Number CV05-1391,

pending in the Circuit Court of Montgomery County, Alabama. (Hereinafter referred to as "the underlying lawsuit", a copy of which is attached to West American's Complaint for Declaratory Judgment as Exhibit 1). The underlying lawsuit arises out of the construction, paving and striping of the parking lot at Eastdale Mall in Montgomery, Alabama. In the lawsuit, Eastdale Mall, LLC asserts it owns a portion of the property in question, including the parking lot on the property. It further alleges that Asphalt Paving and the other defendants undertook to construct, pave and stripe a portion of the parking lot at Eastdale Mall and that the work was performed in a negligent, reckless and wanton manner. Additionally, Eastdale Mall, LLC alleges the defendants negligently, wantonly and recklessly supervised others who performed the work and that the work was incorrectly and deficiently performed. As damages, Eastdale Mall, LLC contends it suffered a loss of business, loss of reputation and will have to expend significant sums to correct the claimed deficiencies in the defendants' work.

3.  West American's policy contains numerous provisions and language which apply to the underlying lawsuit and West American adopts and incorporates the language contained within its policy as if fully set forth herein. Based upon a fair reading of the policy and the claims in the underlying lawsuit, West American asserts no coverage exists for the underlying lawsuit, that there are no genuine issues of material fact and that West American is entitled to judgment in its favor as a matter of law.

4.  In support of this motion, West American submits a legal memorandum brief and evidentiary submission.

WHEREFORE, PREMISES CONSIDERED, West American Insurance Company respectfully requests that this Honorable Court enter summary judgment in its favor on a full and final basis declaring it owes no duty, coverage, contribution or indemnity under its policy of insurance issued to Asphalt

Paving Company, Inc. for the lawsuit styled *Eastdale Mall, LLC v. Asphalt Paving Company, Inc., et al.*, bearing Civil Action Number CV05-1391, pending in the Circuit Court of Montgomery County, Alabama.

                                      Respectfully submitted,

                                      _____
                                      Christopher J. Zulanas
                                      Email: czulanas@friedmanleak.com

                                      Michael J. Douglas
                                      Email: mdouglas@friedmanleak.com

                                      ATTORNEYS FOR PLAINTIFF:
                                      WEST AMERICAN INSURANCE COMPANY

OF COUNSEL:
**Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.**
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

      I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record listed below this the _15TH_ day of _AUGUST_, 2006.

| | |
|---|---|
| Mr. Robert D. Segall | Mr. Donald R. Jones, Jr. |
| **Email: segall@copelandfranco.com** | **Email: don@djoneslaw.com** |
| COPELAND, FRANCO, SCREWS & GILL, P.A | DONALD R. JONES, JR., P.C. |
| Post Office Box 347 | 2000 Interstate Park Drive, Suite 104 |
| Montgomery, AL 36101-0347 | Montgomery, AL 36109 |

                                                              _____
                                                              OF COUNSEL