IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN DIVISION**

| | |
|---|---|
| WEST AMERICAN INS. CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| ASPHALT PAVING CO., INC., and ) | 2:05-CV-1125-B |
| EASTDALE MALL, LLC, ) | |
| ) | |
| Defendants. ) | |

**WEST AMERICAN INSURANCE COMPANY'S
EVIDENTIARY SUBMISSION**

COMES NOW the Plaintiff in the above-styled action, **West American Insurance Company** (**"West American"**), and in support of its Motion for Summary Judgment, submits the following evidentiary materials.

1. West American's Complaint for Declaratory Judgment.

2. Eastdale Mall, LLC's Complaints, as amended, in the civil action styled *Eastdale Mall, LLC v. Asphalt Paving Co., Inc., et al.*, bearing Civil Action Number CV05-1391, pending in the Circuit Court of Montgomery County, Alabama.

3. West American's policy issued to Asphalt Paving Company, Inc. with effective dates of August 1, 2004 to August 1, 2005, bearing policy number BKW(05)52965427.

_____
Christopher J. Zulanas
Michael J. Douglas
Attorneys for Plaintiff:
West American Insurance Company

OF COUNSEL:
**Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.**
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record listed below this the  15TH  day of  AUGUST , 2006.

Mr. Robert D. Segall
**Email: segall@copelandfranco.com**
COPELAND, FRANCO, SCREWS & GILL, PA
Post Office Box 347
Montgomery, AL 36101-0347

Mr. Donald R. Jones, Jr.
**Email: don@djoneslaw.com**
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109

_____
OF COUNSEL