# Exhibit 2-A

Eastdale Mall, LLC's Amendment to Complaint

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL ACTION NO. 2005-1391 |
| ASPHALT PAVING COMPANY, INC., TRI STATE STRIPING, INC., TRI STATE PARKING LOT MAINTENANCE; DAVID HURST, | ) ) ) ) ) |
|     Defendants. | ) |

## AMENDMENT TO COMPLAINT

Comes now the Plaintiff in the above-styled case and amends its Complaint by dismissing without prejudice Defendant Tri State Striping, Inc. and by substituting for fictitious Defendants Tri-State Parking Lot Maintenance and David Hurst, and by alleging against said defendants the following:

1. Defendant Tri-State Parking Lot Maintenance is a business entity or a sole proprietorship operating within the State of Alabama and in Montgomery County, Alabama. The principal in Defendant Tri-State Parking Lot Maintenance is Defendant David Hurst.

2. Plaintiff alleges against said defendants all of the material allegations of the original complaint, a copy of which is attached hereto as Exhibit "A".

Done this 17th day of June, 2005.

                                                      _____
                                                      Robert D. Segall (SEG003)

OF COUNSEL:
Robert D. Segall
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172
Email: segall@copelandfranco.com

**SERVE DEFENDANTS VIA CERTIFIED MAIL**

TRI STATE PARKING LOT MAINTENANCE
c/o David Hurst
Post Office Box 755
Dothan, Alabama 36302-0755

David Hurst
Post Office Box 755
Dothan, Alabama 36302-0755

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing Amendment to Complaint upon the following counsel of record, via U.S. Mail, postage prepaid and properly addressed on this the 17th day of June, 2005:

> *Attorney for Asphalt Paving Company, Inc.*
> Donald R. Jones, Jr. Esq.
> 2000 Interstate Park Drive
> Suite 104
> Montgomery, Alabama 36109-5414
>
> Mr. Richard Latady, Jr.
> 115 Durnford Hills Court
> Daphne, AL 36526

_____
Of Counsel

-2-

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. _____ |
| ) | |
| ASPHALT PAVING COMPANY, INC., ) | |
| TRI STATE STRIPING, INC., A, B, C, ) | |
| and D, fictitious defendants whose ) | |
| names are unknown, but will be ) | |
| added when ascertained, ) | |
| ) | |
| Defendants. | |

*FILED 2005 JUN -2 PM 3:53 CIRCUIT COURT OF MONTGOMERY COUNTY*

## COMPLAINT

### COUNT I.

1. Plainitiff is a limited liability company organized and existing within the State of Alabama and having its principal place of business in Montgomery County, Alabama. Plaintiff owns a portion of the Eastdale Mall, including a portion of the Mall's parking lot, located in Montgomery County, Alabama.

2. Defendant Asphalt Paving Company, Inc. is a corporation organized and existing within the State of Alabama and having its principal places of business in Montgomery County, Alabama. Tri State Striping, Inc. is a corporation that has been dissolved but who has been sued herein within the time permitted by law for suing a dissolved corporation.

3. The fictitious defendants are the correct legal names and entity designations for the named defendants. The fictitious defendants also include all entities and individuals who performed any asphalting and/or striping work in the parking lot of Eastdale Mall in Montgomery


EXHIBIT A

County, Alabama at any of the times relevant to this lawsuit. The fictitious defendants also include all entities and individuals who contributed in any way to causing the injuries alleged herein, including the owners of the named defendants and of the fictitious defendants.

4. Defendants, either through direct contracts with Plaintiff or through subcontracts, undertook to asphalt and re-stripe a portion of the parking lot at Eastdale Mall. The re-striping work was performed in a negligent and reckless and wanton manner. Moreover, Defendants negligently and wantonly and recklessly supervised others who performed the re-striping work. The re-striping resulted in substantially fewer parking spaces at Eastdale Mall than are required by Plaintiff's contractual obligations to stores within Eastdale Mall and was otherwise incorrectly and deficiently performed.

5. As a proximate consequence of said negligence and wantonness, Plaintiff was injured in that its parking lot at Eastdale Mall has fewer spaces than Plaintiff is contractually obligated to provide its tenants, and Plaintiff has been placed in significant jeopardy in that regard. Plaintiff has also been injured and damaged in an amount required to correct the deficiencies in Defendants' work, an amount which will exceed $600,000. Moreover, because Eastdale Mall now has inadequate parking for customers of the stores at the Mall, Plaintiff's Mall is suffering a loss in business. Plaintiff has also suffered a loss in reputation both with its tenants and with the customers of the Mall. Plaintiff has been otherwise injured and damaged.

WHEREFORE, premises considered, Plaintiff prays for judgment against all defendants for such compensatory and punitive damages above the jurisdictional minimum of the Court as may be found appropriate from the evidence. Plaintiff prays for such other, further and different relief as to which it may be entitled.

Done this 2nd day of June, 2005.

_/s/ Robert D. Segall_
Robert D. Segall (SEG003)

**OF COUNSEL:**
Robert D. Segall
Copeland, Franco, Screws & Gill, P.A.
444 South Perry Street
P. O. Box 347
Montgomery, AL 36101-0347
Phone: 334/834-1180
Facsimile: 334/834-3172
Email: segall@copelandfranco.com

**SERVE DEFENDANTS VIA CERTIFIED MAIL**

ASPHALT PAVING COMPANY, INC.
c/o Michael Forbus
375 Hunter Loop Road
Montgomery, AL 36108

TRI STATE STRIPING, INC.
c/o Richard Latady, Jr.
115 Durnford Hills Court
Daphne, AL 36526