# Exhibit 3

West American's Insurance Policy No. BKW(05)52965427
Issued to Asphalt Paving Company, Inc.

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## NAMED INSURED

ASPHALT PAVING COMPANY INC
PO BOX 367
MONTGOMERY, AL 36101-0367

## AGENT

(334) 277-1000
ARONOV INSURANCE, INC.
PO BOX 235000
MONTGOMERY, AL 36123-5000

AL  6100          HDN1

**Named Insured Is:** CORPORATION

**Named Insured Business Is:** PAVING ROAD AND PARKING LOTS

**T.O.P.P. Billed**

## SUMMARY OF COVERAGE PARTS AND CHARGES

| Description | Premium |
| --- | --- |
| Commercial Property | $1,489.00 |
| Commercial Inland Marine | $3,493.00 |
| General Liability | $24,091.00 |

| | Premium |
| --- | --- |
| Total charges for all coverage parts: | $29,073.00 |
| Certified Acts of Terrorism Coverage: | $211.00 **(Included)** |

## COMMERCIAL PROPERTY SUMMARY OF CHARGES

| Explanation of Charges | Premium |
| --- | --- |
| Property Schedule Totals | $1,373.00 |
| Property Master Pak Plus | $110.00 |
| Certified Acts of Terrorism Coverage | $6.00 |
| *Property Total Charges* | $1,489.00 |

## SUMMARY OF PROPERTY COVERAGES - BY LOCATION

Insurance at the described premises applies only for coverages for which a limit of insurance is shown. Optional coverages apply only when entries are made to the schedule. For coverages, limits and deductibles not shown below refer to the Commercial Property Coverage Part and PROPERTY MASTER PAK PLUS

**Location:** 375 HUNTER LOOP RD, MONTGOMERY, AL 36108-1824
Description:
Construction: Joisted Masonry

CERTIFIED
THIS IS A TRUE AND CERTIFIED COPY
OF THE ORIGINAL POLICY WITH THE
FOLLOWING EXCEPTIONS:

SIGNATURE
TITLE  Underwriting Manager
D.       10-21-05

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## SUMMARY    OF PROPERTY  COVERAGES    - BY LOCATION    - CONTINUED

Continuation of: 375 HUNTER LOOP RD, MONTGOMERY, AL 36108-1824

YOUR BUSINESS PERSONAL PROPERTY COVERAGE
Occupancy:  Contractors - Equipment Storage

**Description:**
Limit of Insurance - Replacement Cost                                        $12,000
Coinsurance                                                                         80%
**Covered  Causes  of Loss**
Special Form - Including Theft
Deductible                                                                          $500

*Premium*                                                                     $191.00

**Location:**    280 MENDEL PKWY W, MONTGOMERY, AL 36117-5416
**Description:**
**Construction:**    Non-Combustible

BUILDING COVERAGE
Occupancy:  Offices NOC

**Description:**
Limit of Insurance - Replacement Cost                                      $250,000
Coinsurance                                                                         90%
**Covered  Causes  of Loss**
Special Form - Including Theft
Deductible                                                                        $1,000

*Premium*                                                                   $1,046.00

YOUR BUSINESS PERSONAL PROPERTY COVERAGE
Occupancy:  Offices NOC

**Description:**
Limit of Insurance - Replacement Cost Including Stock                      $17,350
Coinsurance                                                                         90%
**Covered  Causes  of Loss**
Special Form - Including Theft
Deductible                                                                        $1,000

*Premium*                                                                     $136.00

# POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## COMMERCIAL  INLAND  MARINE  SUMMARY  OF CHARGES

See Master Pak Plus Endorsement for applicable limits and deductibles. Any additional limit of insurance will print in the Summary of Coverages.

| Description | Premium |
|---|---|
| Tools and Equipment | $3,479.00 |
| | |
| Inland Marine Schedule Totals | $3,479.00 |
| Certified Acts of Terrorism Coverage | $14.00 |
| Inland Marine Provisional Charges | $3,493.00 |

## SUMMARY  OF INLAND  MARINE  COVERAGES

TOOLS AND EQUIPMENT

| Item | Description | Deductible | Limit of Insurance |
|---|---|---|---|
| | Miscellaneous Equipment - Light to Medium | | |
| 0001 | TACK DISTRIBUTION TRAILER | $500 | $1,000 |
| 0002 | 1985 1030 MASEY FERGUSON TRACTOR S#1345 | $500 | $2,500 |
| 0003 | REX ASPHALT ROLLER S#4GL237 | $500 | $1,000 |
| 0004 | ALLIS-CHALMERS MOTOR GRADER S#DD-1948 | $500 | $3,500 |
| 0005 | $20,000 BLANKET COVERAGE ON MISCELLANEOUS TOOSL AND EQUIPMENT NOT TO EXCEED $1000 ON ANY ONE ITEM. | $500 | $20,000 |
| | Heavy Mobile Equipment | | |
| 0001 | FORD MDL 661052 TRACTOR S#358243M | $500 | $22,300 |
| 0002 | 1996 HYSTER 9-WHEEL ROLLER C530A S#A091C4264R | $500 | $10,000 |
| 0003 | FERGUSON 46B ROLLER S#4349 | $500 | $8,000 |
| 0004 | CASE LOADER BACKHOE ENG#5271-#17000995 | $500 | $30,000 |
| 0005 | 1990 CASE 580D ABCKHOE/FE LOADER S#JJ0027635 | $500 | $5,000 |
| 0006 | DYNAPAC CA15 VIBRATORY SELF PROPELLED S#865517 | $500 | $5,000 |
| 0007 | JOHN DEERE BACKHOE MODEL 410 S#T0410DG816478 | $500 | $17,500 |
| 0008 | (4) INGERSOLL RAND AIR JACKHAMMERS @ $500 | $500 | $2,000 |
| 0009 | BLAW-KNOX SPREADER SERIAL # 20028-20 ID# MDL PF2008 | $500 | $55,000 |
| 0010 | WACKER ROLLER MDL RD880 S#673603967 | $500 | $5,000 |
| 0011 | BLOW KNOX ASPHALT PAVER PF172-1 MDL 1 S#17207-07 | $500 | $25,000 |
| 0012 | INGERSOLL RAND AIR COMPRESSOR MDLP185WJD S#181598 & 30024 | $500 | $5,000 |

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## SUMMARY OF INLAND MARINE COVERAGES - CONTINUED

TOOLS AND EQUIPMENT - continued

| Item | Description | Deductible | Limit of Insurance |
|------|-------------|------------|--------------------|
| 0013 | INGERSOLL-RAND MILLING MACHINE W/3' GRINDER MDL MW-25OC S#5117SLC | $500 | $50,000 |
| 0014 | 2000 LEE-BOY ROLLER MD400 S#1118 | $500 | $10,000 |
| 0015 | LEEBOY 1000C CARWLER PAVER S#2829C | $500 | $10,000 |

Total Limit of Insurance for Scheduled Items                    $287,800

## SUMMARY OF INLAND MARINE COVERAGES

TOOLS AND EQUIPMENT OPTIONAL COVERAGES

| | |
|---|---|
| Increased Rental Reimbursement | See Endorsement CM7556 |
| Increased Rental Reimbursement Premium | $500.00 |
| Leased or Rented Equipment From Others - Rental Expenditures Basis | See Endorsement CM7512 |
| Estimated Annual Rental Expenditures | $5,000.00 |
| Rate per $100 of Annual Rental Expenditures | 3.000 |
| Deposit Premium | $250.00 |
| Minimum Earned Premium | $250.00 |
| Leased or Rented Equipment From Others - Rental Expenditures Basis Premium | Min Prem  $250.00 |

Occurrence Deductible                    $500

*Total Coverage Premium*                    $3,479.00

## COMMERCIAL GENERAL LIABILITY LIMITS OF INSURANCE

**Basis:** Occurrence

| | |
|---|---|
| Each Occurrence Limit | 1,000,000 |
| Damage To Premises Rented To You Limit (Any One Premises) | 300,000 |
| Medical Expense Limit (Any One Person) | 10,000 |
| Personal and Advertising Injury Limit | 1,000,000 |
| General Aggregate Limit (Other than Products - Completed Operations) | 2,000,000 |
| Products - Completed Operations Aggregate Limit | 2,000,000 |

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## COMMERCIAL GENERAL LIABILITY SUMMARY OF CHARGES

| Description | Premium |
|---|---|
| General Liability Schedule Totals | $23,900.00 |
| Certified Acts of Terrorism Coverage | $191.00 |
| General Liability Provisional Charges: | $24,091.00 |

## SUMMARY OF LOCATIONS YOU OWN, RENT, OR OCCUPY

375 HUNTER LOOP RD, MONTGOMERY, AL 36108-1824

## SUMMARY OF ACTIVITY BY LOCATION

375 HUNTER LOOP RD, MONTGOMERY, AL 36108-1824

Insured: ASPHALT PAVING COMPANY INC

**Classification - 99321**
Street Or Road Paving Or Repaving, Surfacing Or Resurfacing
Or Scraping

| Employees Payroll | Rated/Per 1,000 | | |
|---|---|---|---|
| | | Rate | Premium |
| Premise/Operations | 110,355 Dollars Of Payroll | 51.209 | $5,651.00 |
| Products/Completed Operations | 110,355 Dollars Of Payroll | 5.879 | $649.00 |

**Classification - 99303**
Street Cleaning
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| Employees Payroll | Rated/Per 1,000 | | |
|---|---|---|---|
| | | Rate | Premium |
| Premise/Operations | 21,000 Dollars Of Payroll | 49.803 | $1,046.00 |

**Classification - 92215**
Driveway, Parking Area Or Sidewalk - Paving Or Repaving

| Employees Payroll | Rated/Per 1,000 | | |
|---|---|---|---|
| | | Rate | Premium |
| Premise/Operations | 399,630 Dollars Of Payroll | 22.232 | $8,885.00 |
| Products/Completed Operations | 399,630 Dollars Of Payroll | 4.030 | $1,611.00 |

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

## SUMMARY OF ACTIVITY BY LOCATION

**Classification - 91590**
Contractors Permanent Yards - Maintenance or Storage Of
Equipment or Material
Products-Completed Operations Are Subject To The General
Aggregate Limit.

| Employees Payroll | Rated/Per 1,000 | | |
|---|---|---|---|
| | | **Rate** | **Premium** |
| Premise/Operations | 31,500 Dollars Of Payroll | 17.950 | $565.00 |

**Classification - 91581**
Contractors - Subcontracted Work - In Connection With
Construction, Reconstruction, Erection or Repair -
Not Buildings

| | Rated/Per 1,000 | | |
|---|---|---|---|
| | | **Rate** | **Premium** |
| Premise/Operations | 394,617 Dollars Of Total Cost | 1.173 | $463.00 |
| Products/Completed Operations | 394,617 Dollars Of Total Cost | 1.290 | $509.00 |

**Classification - 91560**
Concrete Construction

| Employees Payroll | Rated/Per 1,000 | | |
|---|---|---|---|
| | | **Rate** | **Premium** |
| Premise/Operations | 110,355 Dollars Of Payroll | 32.383 | $3,574.00 |
| Products/Completed Operations | 110,355 Dollars Of Payroll | 8.581 | $947.00 |

## SUMMARY OF OTHER COVERAGE

| | | |
|---|---|---|
| Master Pak | See Policy Forms and Endorsements List. | Included |
| Amendment of Coverage Territory - Worldwide Coverage | See Policy Forms and Endorsements List. | $.00 |

## ENDORSEMENT FORMS AND NOTICES

| | |
|---|---|
| CG 00 01 10 01 | Commercial General Liability Coverage Form - Occurrence |
| CG 00 62 12 02 | War Liability Exclusion |
| CG 03 00 01 96 | Deductible Liability Insurance |
| CG 21 47 07 98 | Employment-Related Practices Exclusion |
| CG 21 70 11 02 | Cap On Losses From Certified Acts Of Terrorism |
| CG 22 79 07 98 | Exclusion - Contractors - Professional Liability |
| CG 83 20 03 99 | Contractors Amendment of Pollution Exclusion (Job Sites) |
| CG 83 30 12 03 | General Liability Master Pak |
| CG 84 08 03 03 | Exclusion - Exterior Insulation Finish System |
| CG 84 82 11 02 | Exclusion - Fungi or Bacteria |

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

### ENDORSEMENT    FORMS  AND  NOTICES  - CONTINUED

| | |
|---|---|
| CG 84 94 10 02 | Exclusion - Consolidated Insurance Programs Wrap-Up |
| CG 84 99 03 03 | Non-Cumulation of Liability Limits Same Occurrence |
| CM 00 01 09 00 | Commercial Inland Marine Conditions |
| CM 00 66 09 00 | Accounts Receivable Coverage Form |
| CM 01 44 12 00 | Alabama Changes |
| CM 74 18 04 87 | Loss Payable Provisions |
| CM 75 12 07 00 | Leased or Rented Equipment From Others Optional Coverage - Rental Expenditure Basis |
| CM 75 30 01 86 | Commercial Fine Arts Coverage Form |
| CM 75 40 10 00 | Computer and Telecommunications Equipment Coverage Form |
| CM 75 56 07 00 | Tools and Equipment Coverage Increased Rental Reimbursement Option |
| CM 75 57 10 00 | Tools & Equipment Coverage Form |
| CM 76 40 01 86 | Sales Sample Coverage Form |
| CP 00 10 04 02 | Building and Personal Property Coverage Form |
| CP 00 30 04 02 | Business Income (and Extra Expense) Coverage Form |
| CP 00 90 07 88 | Commercial Property Conditions |
| CP 01 45 12 00 | Alabama Changes |
| CP 04 05 04 02 | Ordinance or Law Coverage |
| CP 10 30 04 02 | Causes of Loss - Special Form |
| CP 15 45 04 02 | Utility Services - Time Element |
| CP 71 78 06 03 | Property Master Pak Plus |
| CP 72 69 06 03 | Fungus, Wet Rot, Dry Rot and Bacteria Exclusion |
| CR 00 01 10 90 | Employees Dishonesty Coverage Form (Coverage Form A - Blanket) |
| CR 00 04 10 90 | Theft, Disappearance and Destruction Coverage Form (Coverage Form C) |
| CR 10 00 04 97 | Crime General Provisions (Loss Sustained Form) |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 00 21 07 02 | Nuclear Energy Liability Exclusion Endorsement Broad Form |
| IL 01 90 03 97 | Alabama Changes - Actual Cash Value |
| IL 09 35 08 98 | Exclusion of Certain Computer-Related Losses |
| IL 09 60 11 02 | Exclusion of Acts of Biological or Chemical Terrorism; Cap on Losses From Certified Acts of Terrorism |
| IL 70 04 04 01 | Premium Audit Conditions |
| LC 87 00 03 99 | Exclusion - Asbestos |
| LC 87 08 10 02 | Medical Expense at Your Request Endorsement |
| NP 72 16 05 02 | Business Income Waiting Period |
| NP 72 42 01 03 | Certified Acts of Terrorism Notice |
| NP 72 76 05 03 | New and Revised Company Endorsements 2003 |
| NP 72 80 06 03 | Property Master Pak Endorsement |
| NP 72 81 06 03 | Commercial Property Changes (06-03) |
| NP 72 82 03 03 | Exclusion of an "Other Act of Terrorism" (Other Than Certified Acts of Terrorism) |

## POLICY INFORMATION

West American Insurance Company
Commercial Package

BKW (05) 52965427
From 08/01/2004 to 08/01/2005

### ENDORSEMENT    FORMS  AND  NOTICES  - CONTINUED

NP 72 96 04 03    Advisory Notice to Policyholders Commerical Property Deductibles
NP 73 43 01 04    General Liability Master Pak 2004 Revision
NP 73 47 03 04    Premium Determination for Subcontractors
OC 70 02 01 01    General Endorsement
OC 70 35 06 93    Removal Permit

### IMPORTANT   MESSAGES

. **This policy is auditable. Please refer to the conditions of the policy for details or contact your agent.**

POLICY NUMBER:                                                    COMMERCIAL  GENERAL  LIABILITY

THIS  ENDORSEMENT    CHANGES  THE  POLICY.  PLEASE  READ  IT  CAREFULLY.

## DEDUCTIBLE  LIABILITY  INSURANCE

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  GENERAL  LIABILITY  COVERAGE  PART
PRODUCTS/COMPLETED  OPERATIONS  LIABILITY  COVERAGE  PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | |
| | PER CLAIM        or | PER OCCURRENCE |
| --- | --- | --- |
| Bodily  Injury  Liability | $ | $ |
| OR | | |
| Property  Damage  Liability | $ 500 | $ |
| OR | | |
| Bodily  Injury  Liability  and/or Property  Damage  Liability  Combined | $ | $ |

(If no  entry  appears  above,  information    required  to complete  this endorsement   will  be shown in the Declara-
tions  as applicable  to this endorsement.)

**APPLICATION  OF ENDORSEMENT**    (Enter below any limitations  on the application  of this endorsement.  If no
limitation   is entered,  the deductibles   apply to damages  for all "bodily   injury"  and "property   damage",
however  caused):-

A. Our obligation   under the Bodily  Injury  Liabil-
ity and Property  Damage  Liability  Coverages
to pay damages  on your behalf  applies  only
to the amount  of damages  in excess of any
deductible   amounts    stated  in the Schedule
above as applicable  to such coverages.

B. You may select a deductible  amount on either
a per claim  or a per "occurrence"   basis. Your
selected  deductible   applies  to the coverage
option  and to the basis  of the deductible  in-
dicated  by the placement  of the deductible
amount  in the Schedule  above. The deduct-
ible amount  stated  in the Schedule  above ap-
plies as follows:

1. PER CLAIM   BASIS.  If  the  deductible
amount  indicated  in the Schedule above
is on a per claim  basis,  that deductible
applies  as follows:

a. Under  Bodily  Injury  Liability  Cover-
age, to all damages  sustained  by any
one person  because  of "bodily   in-
jury";

b. Under   Property   Damage   Liability
Coverage,  to all damages  sustained
by any one person  because  of "prop-
erty damage";  or

c. Under  Bodily  Injury  Liability  and/or
Property  Damage  Liability  Coverage
Combined,  to all damages  sustained
by any one person  because  of:

(1) "Bodily  injury";

(2) "Property  damage";  or

(3) "Bodily   injury"   and  "property
damage"  combined

as the result  of any one "occurrence".

If damages  are claimed  for care, loss of
services  or death  resulting   at any time
from "bodily  injury",  a separate  deduct-
ible amount  will  be applied  to each per-
son making  a claim  for such damages.

With respect  to "property  damage",  per-
son includes  an organization.

CG 03 00 01 96              Copyright,  Insurance  Services  Office, Inc., 1994              Page 1 of 2

2. PER OCCURRENCE BASIS. If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

   a. Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

   b. Under Property Damage Liability Coverage, to all damages because of "property damage"; or

   c. Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

      (1) "Bodily injury";

      (2) "Property damage"; or

      (3) "Bodily injury" and "property damage" combined

   as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

C. The terms of this insurance, including those with respect to:

   1. Our right and duty to defend the insured against any "suits" seeking those damages; and

   2. Your duties in the event of an "occurrence," claim, or "suit"

   apply irrespective of the application of the deductible amount.

D. We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

 Copyright, Insurance Services Office, Inc., 1994   CG 03 00 01 96

**THIS ENDORSEMENT    CHANGES  THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement  modifies  insurance provided  under the following:

COMMERCIAL  INLAND  MARINE  COVERAGE PART

### LOSS PAYABLE

For covered  property   in which  both  you  and a Loss Payee shown  below  have  an insurable
interest,  we will:

1. Adjust  losses with  you;  and

2. Pay any claim  for "loss"  or damage  jointly  to you and the Loss Payee, as interests  may
   appear.

## SCHEDULE

Item  No.          Description

DEERE BACKHOE

Loss  Payee
(Name  and Address)

STERLING  BANK
PO BOX 230849
MONTGOMERY AL 36123-0849

CM 74 18 04 87

THIS ENDORSEMENT   CHANGES  THE POLICY. PLEASE READ IT CAREFULLY.

# LOSS PAYABLE  PROVISIONS

This endorsement  modifies  insurance  provided  under the following:

COMMERCIAL  INLAND  MARINE  COVERAGE  PART

## LOSS PAYABLE

For covered  property  in which  both  you and a Loss Payee shown  below  have  an insurable
interest,  we will:

1. Adjust  losses  with  you; and

2. Pay  any  claim  for "loss"  or damage  jointly  to you and the Loss Payee, as interests  may
   appear.

## SCHEDULE

Item  No.          Description

2829C,  LEEBOY 1000C CRAWLER PAVER

Loss Payee
(Name  and Address)

STERLING BANK
PO BOX 230849
MONTGOMERY AL   36123-0849

CM 74 18 04 87

**THIS  ENDORSEMENT    CHANGES  THE  POLICY.  PLEASE  READ  IT  CAREFULLY.**

# LOSS  PAYABLE  PROVISIONS

This  endorsement  modifies  insurance  provided  under  the  following:

COMMERCIAL  INLAND  MARINE  COVERAGE  PART

### LOSS  PAYABLE

For  covered  property  in  which  both  you  and  a  Loss  Payee  shown  below  have  an  insurable  interest,  we  will:

1. Adjust  losses  with  you;  and

2. Pay  any  claim  for  "loss"  or  damage  jointly  to  you  and  the  Loss  Payee,  as  interests  may  appear.

## SCHEDULE

Item  No.          Description

?

Loss  Payee
(Name  and  Address)

NATIONSRENT
PO BOX 281961
ATLANTA GA 30384

CM 74 18 04 87

COMMERCIAL    INLAND    MARINE
CM  75  12  07  00

# LEASED  OR  RENTED  EQUIPMENT    FROM  OTHERS
# OPTIONAL    COVERAGE    - RENTAL  EXPENDITURE    BASIS

In consideration   of the premium   charged,  it is agreed that Section A. Coverage,  Item 1 Covered Property  is
amended  by the addition  of the following:

Optional  Coverage  - This coverage,  when  indicated   in the Declarations,   only applies  to unscheduled
equipment   in your care, custody  or control  that has been leased or rented  from  others. The limit  shown
below for such equipment   is the most we will pay for "loss"  in any one event.

Within  30 days after the end of each policy  year, you must report  to us the TOTAL  amount  of your
leased or rented  expenditures.   We will compute  the premium   on the basis of the report  by multiplying
the rate shown  below  per $100 of leased or rented  expenditures.   If it is more  than you have already
paid, you will  owe us the difference.  If it is less, you will  get a return  premium.

But, you will  not pay less than any minimum   annual premium   shown in the Declarations.

1.    Maximum   Limit  per any single unit    1000
2.    Maximum   Aggregate  limit  per units    5000

The amounts   shown  above  shall not be used to determine   any applicable  coinsurance  require-
ments.

3.    Total estimated  annual  leased or rented  expenditures
4.    Rate
5.    Deposit  Premium
6.    Minimum   Earned  premium

THIS ENDORSEMENT    CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TOOLS AND EQUIPMENT    COVERAGE
## INCREASED    RENTAL  REIMBURSEMENT    OPTION.

This endorsement  modifies  insurance  provided  under the following:

TOOLS AND EQUIPMENT  COVERAGE  FORM

In consideration    of the premium  charged  Section A. Coverage,  Item 5. Additional   Coverage  c. Rental
Reimbursement   is amended  to read:

The most  we will  pay for all rental  expense  is:

$3,000 per policy  period  and $500 for any one day;
$10,000 per policy  period  and $1,000 for any one day;
Other                    per policy  period                    for any one day.

All other  terms  and conditions   remain  unchanged.

POLICYNUMBER

AB

Stock Insurance Company, Herein Called The Company
9450 Seward Road, Fairfield, Ohio 45014
www.ocas.com

## General  Endorsement

This Endorsement  Changes The Policy.  Please Read it Carefully.

NAMED INSURED ENDORSEMENT

SWEEP CLEAN, INC
INSURED MULTIPLE NAMES
CORPORATION

To report a claim,  call  your Agent or 1-800-FON-OHIO (1-800-366-6446)
For General Information call,  1-800-THE-OHIO (1-800-843-6446)

OC70 02 01 01                                                                        Page 1 of 2

POLICYNUMBER

AB

Stock Insurance Company, Herein Called The Company
9450 Seward Road, Fairfield, Ohio 45014
www.ocas.com

## General  Endorsement

This Endorsement  Changes  The Policy.  Please Read it Carefully.

To report a claim,  call  your Agent or 1-800-FON-OHIO (1-800-366-6446)
For General Information  call,  1-800-THE-OHIO (1-800-843-6446)

OC70 02 01 01

Page 2 of 2

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

#### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

© ISO Properties, Inc., 2000

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

© ISO Properties, Inc., 2000

**f. Pollution**

(1) "Bodily Injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    (i) Any insured; or

    (ii) Any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

 © ISO Properties, Inc., 2000

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations If the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

### g. Aircraft, Auto Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

### h. Mobile Equipment

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" In, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

### i. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

### j. Damage To Property

"Property damage" to:

(1) Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

© ISO Properties, Inc., 2000

□

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

### k. Damage To Your Product

"Property damage" to "your product" arising out of it or any part of it.

### l. Damage To Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### m. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

### n. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

### o. Personal And Advertising Injury

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** – Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** – Limits Of Insurance ; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

© ISO Properties, Inc., 2000

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

## 2. Exclusions

This insurance does not apply to:

### a. Knowing Violation Of Rights Of Another

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

### b. Material Published With Knowledge Of Falsity

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

### c. Material Published Prior To Policy Period

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

### d. Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

### e. Contractual Liability

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

### f. Breach Of Contract

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

### g. Quality Or Performance Of Goods – Failure To Conform To Statements

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

### h. Wrong Description Of Prices

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

### i. Infringement Of Copyright, Patent, Trademark Or Trade Secret

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

### j. Insureds In Media And Internet Type Businesses

"Personal and advertising injury" committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of websites for others; or

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

### k. Electronic Chatrooms Or Bulletin Boards

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

© ISO Properties, Inc., 2000

### l. Unauthorized Use Of Another's Name Or Product

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

### m. Pollution

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

### n. Pollution-Related

Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

### a. Any Insured

To any insured, except "volunteer workers".

### b. Hired Person

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

### c. Injury On Normally Occupied Premises

To a person injured on that part of premises you own or rent that the person normally occupies.

### d. Workers Compensation And Similar Laws

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

### e. Athletics Activities

To a person injured while taking part in athletics.

### f. Products-Completed Operations Hazard

Included within the "products-completed operations hazard".

### g. Coverage A Exclusions

Excluded under Coverage A.

### h. War

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

© ISO Properties, Inc., 2000

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All costs taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

  © ISO Properties, Inc., 2000  CG 00 01 10 01    □

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

         (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

         (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

         (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

         (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

         (a) Owned, occupied or used by,

         (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

         you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

   b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

   c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

   d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

   a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

   b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

© ISO Properties, Inc., 2000

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

   a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

   b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

   c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under Coverage C;

   b. Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under Coverage B.

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage A; and

   b. Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

© ISO Properties, Inc., 2000

**b.** If a claim is made or "suit" is brought against any insured, you must:

**(1)** Immediately record the specifics of the claim or "suit" and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(b)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(c)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(d)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** – Coverage **A** – Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

 © ISO Properties, Inc., 2000  ☐

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

### c. Method Of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

### 5. Premium Audit

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

### 6. Representations

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V – DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2000
☐

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in a. above; or

   c. All other parts of the world if the injury or damage arises out of:

     (1) Goods or products made or sold by you in the territory described in a. above;

     (2) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; or

     (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

     (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

     (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

       (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

       (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

     (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

 © ISO Properties, Inc., 2000

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

  **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

  **b.** While it is in or on an aircraft, watercraft or "auto"; or

  **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

  but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **b.** Vehicles maintained for use solely on or next to premises you own or rent;

  **c.** Vehicles that travel on crawler treads;

  **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  **(1)** Power cranes, shovels, loaders, diggers or drills; or

  **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  **(2)** Cherry pickers and similar devices used to raise or lower workers;

  **f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

  However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **(1)** Equipment designed primarily for:

  **(a)** Snow removal;

  **(b)** Road maintenance, but not construction or resurfacing; or

  **(c)** Street cleaning;

  **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

  **a.** False arrest, detention or imprisonment;

  **b.** Malicious prosecution;

  **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

  **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

  **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

  **f.** The use of another's advertising idea in your "advertisement"; or

  **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

© ISO Properties, Inc., 2000

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical Injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

© ISO Properties, Inc., 2000

b. Includes

    (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    (2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

    a. Means:

        (1) Work or operations performed by you or on your behalf; and

        (2) Materials, parts or equipment furnished in connection with such work or operations.

    b. Includes

        (1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        (2) The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2000

COMMERCIAL GENERAL LIABILITY
CG 00 62 12 02

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# WAR LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**WAR**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**a.** War, including undeclared or civil war; or

**b.** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**C.** Exclusion **h.** under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply. Medical payments due to war are now subject to Exclusion **g.** of Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** since "bodily injury" arising out of war is now excluded under Coverage **A.**

 © ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

    **(1)** A person arising out of any:

        **(a)** Refusal to employ that person;

        **(b)** Termination of that person's employment; or

        **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

    **(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 70 11 02

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

With respect to any one or more "certified acts of terrorism", we will not pay any amounts for which we are not responsible under the terms of the federal Terrorism Risk Insurance Act of 2002 (including subsequent acts of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The federal Terrorism Risk Insurance Act of 2002 sets forth the following criteria for a "certified act of terrorism":

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2002

COMMERCIAL GENERAL LIABILITY
CG 22 79 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – CONTRACTORS – PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

1. This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of the rendering of or failure to render any professional services by you or on your behalf, but only with respect to either or both of the following operations:

   **a.** Providing engineering, architectural or surveying services to others in your capacity as an engineer, architect or surveyor; and

   **b.** Providing, or hiring independent professionals to provide, engineering, architectural or surveying services in connection with construction work you perform.

2. Subject to Paragraph **3.** below, professional services include:

   **a.** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders, or drawings and specifications; and

   **b.** Supervisory or inspection activities performed as part of any related architectural or engineering activities.

3. Professional services do not include services within construction means, methods, techniques, sequences and procedures employed by you in connection with your operations in your capacity as a construction contractor.

 Copyright, Insurance Services Office, Inc., 1997  □

**COMMERCIAL GENERAL LIABILITY**
**CG 83 20 03 99**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTORS AMENDMENT OF POLLUTION EXCLUSION
## (JOB SITES)

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following is added to Paragraph **(1)(d)** of Exclusion **f.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

**(iv)** "Bodily injury" or "property damage" to tangible property sustained outside a building and caused by the release of "pollutants" brought to any premises, site or location in connection with operations being performed by you or on your behalf by a contractor or subcontractor.

As used in this endorsement, the release of "pollutants":

**(aa)** begins on a clearly identifiable specific day during the policy period and ends in Its entirety not later than seventy-two (72) hours thereafter;

**(bb)** is discovered and reported to us within fifteen (15) days of the specific day it begins;

**(cc)** is neither expected nor intended from the standpoint of any insured;

**(dd)** is unrelated to any previous discharge, dispersal, seepage, migration, release or escape; and

**(ee)** does not originate at or from a storage tank or other container, duct or piping which is below the surface of the ground or water or which at any time has been buried under the surface of the ground or water and then is subsequently exposed by erosion, excavation or any other means.

As used in this endorsement, tangible property does not include water or land, which is below ground level or not.

Coverage provided hereunder does not apply to any discharge, dispersal, seepage, migration, release or escape that is merely threatened or alleged rather than shown to have actually occurred.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1995

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GENERAL LIABILITY
## MASTER PAK ®

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## INDEX

| SUBJECT | PAGE |
|---|---|
| BLANKET ADDITIONAL INSURED (OWNERS, LESSEES, CONTRACTORS OR LESSORS) | 2 |
| FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT | 3 |
| NON-OWNED WATERCRAFT | 4 |
| SUPPLEMENTARY PAYMENTS (BAIL BONDS) | 4 |
| PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION | 5 |
| AGGREGATE LIMITS (PER LOCATION) | 5 |
| AGGREGATE LIMITS (PER PROJECT) | 5 |
| VOLUNTARY PROPERTY DAMAGE COVERAGE | 6 |
| OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE | 6 |
| NEWLY FORMED OR ACQUIRED ORGANIZATIONS | 7 |
| DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT | 7 |
| BODILY INJURY (MENTAL ANGUISH) | 8 |
| WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS | 8 |
| MEDICAL PAYMENTS | 8 |

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003

1.    **BLANKET ADDITIONAL INSURED** (Owners, Lessees, Contractors or Lessors)
(Includes a Primary/Non-Contributory provision)

**Who Is An Insured - Section II** is amended to include as an insured any person or organization whom you are required to name as an additional insured on this policy in a written contract or written agreement. The written contract or written agreement must be currently in effect or becoming effective during the term of this policy and executed prior to the "bodily injury," "property damage" or "personal and advertising injury."

The insurance provided the additional insured is limited as follows:

A.    The person or organization is only an additional insured with respect to liability:

    1.    Arising out of real property, as described in a written contract or written agreement, that you own, rent, lease or occupy; or

    2.    Caused in whole or in part by your ongoing operations performed for that insured.

        The insurance provided the additional insured in **1.A.2.** above does not apply to:

        a.    **Coverage A - Bodily Injury and Property Damage Liability, Coverage B - Personal and Advertising Injury Liability** or defense coverage under the **Supplementary Payments** arising out of an architect's, engineer's or surveyor's rendering of or failure to render any professional services including:

            (1)    The preparing, approving, or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

            (2)    Supervisory, inspection, architectural or engineering activities.

        b.    "Bodily injury" or "property damage" occurring after:

            (1)    All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) were performed by or on behalf of the additional insured(s) at the site where the covered operations have been completed; or

            (2)    That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as part of the same project.

B.    The limits of insurance applicable to the additional insured are those specified in a written contract or written agreement or the limits of Insurance as stated in the Declarations of this policy and defined in **Section III - Limits Of Insurance** of this policy, whichever are less. These limits are inclusive of and not in addition to the limits of insurance available under this policy.

C.    The insurance provided the additional insured does not apply to the liability resulting from the sole negligence of the additional insured.

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003

**D.** As respects the coverage provided to the additional insured under this endorsement, **Section IV- Conditions** is amended as follows:

    **1.** The following is added to Condition **2. Duties In The Event Of Occurrence, Offense, Claim, or Suit**:

        An additional insured under this endorsement will as soon as practicable:

        **a.** Give written notice of an "occurrence" or an offense, that may result in a claim or "suit" under this insurance to us;

        **b.** Tender the defense and indemnity of any claim or "suit" to all insurers whom also have insurance available to the additional insured; and

        **c.** Agree to make available any other insurance which the additional insured has for a loss we cover under this Coverage Part.

    **2.** The following is added to **Condition 3. Legal Action Against Us**:

        We have no duty to defend or indemnify an additional insured under this endorsement until we receive written notice of a claim or "suit" from the additional insured.

    **3.** The following is added to Paragraph **a.**, **Primary Insurance** of **Condition 4. Other Insurance**:

        If the additional insured's policy has an Other Insurance provision making its policy excess, and a Named Insured has agreed in a written contract or written agreement to provide the additional insured coverage on a primary and noncontributory basis, this policy shall be primary and we will not seek contribution from the additional insured's policy for damages we cover.

    **4.** The following is added to Paragraph **b.**, **Excess Insurance** of **Condition 4. Other Insurance**:

        Except as provided in Paragraph **4.a.** Primary Insurance as amended above, any coverage provided hereunder shall be excess over any other valid and collectible insurance available to the additional insured whether primary, excess, contingent or on any other basis. In the event an additional insured has other coverage available for an "occurrence" by virtue of also being an additional insured on other policies, this insurance is excess over those other policies.

## 2. FIRE, LIGHTNING, EXPLOSION AND SPRINKLER LEAKAGE DAMAGE TO PREMISES YOU RENT

If **Damage To Premises Rented To You** under **Coverage A** is not otherwise excluded from this policy, the following applies:

    **A.** The last paragraph of **2. Exclusions** of **Section I - Coverage A** is replaced by the following:

        If **Damage To Premises Rented To You** is not otherwise excluded, **Exclusions c.** through **n.** do not apply to damage by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in **Section III - Limits Of Insurance.**

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003

**B.**    Paragraph **6.** of **Section III - Limits Of Insurance** is replaced by the following:

   **6.**    Subject to **5.** above, the **Damage To Premises Rented To You Limit** shown in the Summary of Limits and Charges section of this policy is the most we will pay under **Coverage A** for damages because of "property damage" to premises rented to you or temporarily occupied by you with the permission of the owner arising out of any one fire, lightning, "explosion" or sprinkler leakage incident.

**C.**    Paragraph **b.(1)(b)** of **Condition 4. Other Insurance (Section IV – Conditions)** is replaced by the following:

   **(1)**    That is Fire, Lightning, Explosion or Sprinkler Leakage insurance for premises rented to you or temporarily occupied by you with the permission of the owner;

**D.**    Paragraph **9.a.** of the definition of "insured contract" in **Section V- Definitions** is replaced by the following:

   **9.**    "Insured contract" means:

      **a.**    A contract for the lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages by fire, lightning, "explosion" or sprinkler leakage to premises while rented to you or temporarily occupied by you with the permission of the owner is not an "insured contract";

**E.**    The following definition is added to **Section V - Definitions**:

   "Explosion" means a sudden release of expanding pressure accompanied by a noise, a bursting forth of material and evidence of the scattering of debris to locations further than would have resulted by gravity alone.

   "Explosion" does not include any of the following:

      **1.**    Artificially generated electrical current including electrical arcing that disturbs electrical devices, appliances or wires;

      **2.**    Rupture or bursting of water pipes;

      **3.**    Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control; or

      **4.**    Rupture or bursting caused by centrifugal force.

## 3.    NON-OWNED WATERCRAFT

Subparagraph **g.(2)** of Paragraph **2., Exclusions** of **Section I - Coverage A** is replaced by the following:

   **(2)**    A watercraft you do not own that is:

      **(a)**    Less than 51 feet long; and
      **(b)**    Not being used to carry persons or property for a charge;

## 4.    SUPPLEMENTARY PAYMENTS

In the **Supplementary Payments - Coverages A and B** provision:

The limit for the cost of bail bonds in Paragraph **1.b.** is changed from $250 to $1000.

**5.    PERSONAL AND ADVERTISING INJURY - ELECTRONIC PUBLICATION EXTENSION**

Paragraphs **14.b., d,** and **e.** of **Section V - Definitions** are replaced by the following:

      **b.**    Malicious prosecution or abuse of process;

      **d.**    Oral, written, televised, videotaped or electronic publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

      **e.**    Oral, written, televised, videotaped or electronic publication of material that violates a person's right of privacy;

The following is added to Paragraph **14.** "Personal and Advertising Injury" of **Section V - Definitions**:

      **h.**    Discrimination or humiliation that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

          **(1)**    Not done intentionally by or at the direction of:

              **(a)**    An insured; or
              **(b)**    Any "executive officer" director, stockholder, partner or member of the insured; and

          **(2)**    Not directly or indirectly related to the employment, prospective employment or termination of employment of any person or persons by any insured.

Subparagraphs **b.** and **c.** of 2., **Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability** are replaced by the following:

      **b.**    **Material Published With Knowledge Of Falsity**

          "Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material, if done by or at the direction of the insured with knowledge of its falsity;

      **c.**    **Material Published Prior To Policy Period**

          "Personal and advertising injury" arising out of oral, written, televised, videotaped or electronic publication of material whose first publication took place before the beginning of the policy period;

**6.    AGGREGATE LIMITS OF INSURANCE (PER LOCATION)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your "locations" owned by or rented to you or temporarily occupied by you with the permission of the owner.

"Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

**7.    AGGREGATE LIMITS OF INSURANCE (PER PROJECT)**

The General Aggregate Limit under **Section III Limits Of Insurance** applies separately to each of your projects away from premises owned by or rented to you.

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003
**CG 83 30 12 03**                                                                              **Page 5 of 8**

**8.    VOLUNTARY PROPERTY DAMAGE COVERAGE**

At your request, we will pay for "loss" to property of others caused by your business operations. The most we will pay for this coverage is $500 each "occurrence." The "loss" must occur during the policy period. The "occurrence" must take place in the "coverage territory".

"Loss" means unintended damage or destruction.  "Loss" does not mean disappearance, abstraction or theft.

This coverage does not apply to:

1.    Damage arising out of the use of any "auto";
2.    Property you own, occupy, rent or lease from others; or
3.    Property on your premises for sale, service, repair or storage.

None of the other policy exclusions apply to this coverage.

If the policy to which this endorsement is attached is written with a property damage liability deductible, the deductible shall apply to Voluntary Property Damage.  The limit of coverage stated above shall not be reduced by the amount of this deductible.

**9.    OFF PREMISES CARE, CUSTODY OR CONTROL COVERAGE**

**A.**    We will pay those sums that you become legally obligated to pay as damages because of "property damage" to personal property of others while in your or your "employees" care, custody or control or real property of others over which you or your "employees" are exercising physical control if the "property damage" arises out of your business operations. This Coverage is subject to sections **B., C., D.** and **E.** below.

**B.    Exclusions**

This insurance shall not apply to:

1.    "Property damage" of property at premises owned, rented, leased, operated or used by you;
2.    "Property damage" of property while in transit;
3.    The cost of repairing or replacing:
    (a)    Any of your work defectively or incorrectly done by you or by others on your behalf; or
    (b)    Any product manufactured, sold or supplied by you, unless the "property damage" is caused directly by you after delivery of the product or completion of the work and resulting from a subsequent undertaking; or
4.    "Property damage" of property caused by or arising out of the "products-completed operations hazard".

**C.    Limits Of Insurance** - The most we will pay for "property damage" under this **Section 9.** is $5,000 for each "occurrence". The most we will pay for the sum of all damages covered under this **Section 9.** because of "property damage" is an annual aggregate limit of $25,000.

The **Limits Of Insurance** provided under this **Section 9.** are inclusive of and not in addition to any other limits provided in the policy or endorsements attached to it.

**D.    Deductible** - We will not pay for "property damage" in any one "occurrence" until the amount of "property damage" exceeds $250.  If the policy to which this endorsement is attached contains a "property damage" deductible, that deductible shall apply if it is greater than $250.

**E.**    In the event of "property damage" covered by this endorsement, you shall, if requested by us, replace the property or furnish the labor and materials necessary for repairs thereto at your actual cost, excluding profit or overhead charges.

**10.    NEWLY FORMED OR ACQUIRED ORGANIZATIONS**

   **A.**    Paragraph **4.** of **Section II - Who Is An Insured** is deleted and replaced by the following:

   **4.**    Any business entity acquired by you or incorporated or organized by you under the laws of any individual state of the United States of America over which you maintain majority ownership interest exceeding fifty percent. Such acquired or newly formed organization will qualify as a Named Insured if there is no similar insurance available to that entity. However:

   **a.**    Coverage under this provision applies only until the expiration of the policy period in which the entity was acquired or incorporated or organized by you.

   **b.**    Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before the entity was acquired or incorporated or organized by you.

   **c.**    Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before the entity was acquired or incorporated or organized by you.

   **d.**    Records and descriptions of operations must be maintained by the first Named Insured.

   **B.**    This Section **10.** does not apply to newly formed or acquired organizations if coverage is excluded either by provisions of the Coverage Part or by other endorsement(s) attached to it.

**11.    DUTIES IN THE EVENT OF OCCURRENCE, OFFENSE, CLAIM OR SUIT**

   **A.**    The requirements in **Section IV - Conditions**, Paragraph **2.a.**, that you must see to it that we are notified of an "occurrence" applies only when the "occurrence" is known to:

   **1.**    You, if you are an individual;
   **2.**    A partner, if you are a partnership;
   **3.**    A member or manager, if you are a limited liability company;
   **4.**    An executive officer or designee, if you are a corporation;
   **5.**    A trustee, if you are a trust; or
   **6.**    A designee, if you are any other type of organization.

   **B.**    The requirements in **Section IV - Conditions** Paragraph **2.b.** that you must see to it that we receive written notice of a claim or "suit" will not be considered breached unless the breach occurs after such claim or "suit" is known to:

   **1.**    You, if you are an individual;
   **2.**    A partner, if you are a partnership;
   **3.**    A member or manager if you are a limited liability company;
   **4.**    An executive officer or designee, if you are a corporation;
   **5.**    A trustee, if you are a trust; or
   **6.**    A designee, if you are any other type of organization.

Knowledge of an "occurrence," claim or "suit" by the agent, servant or "employee" of any insured shall not in itself constitute knowledge of the insured unless an officer or designee shall have received notice from its agent, servant or "employee".

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003

**12. BODILY INJURY**

Paragraph **3.** of the definition of "bodily injury" in the **Section V - Definitions** is replaced by the following:

    **3.**     "Bodily injury" means bodily injury, sickness or disease sustained by a person, including mental anguish or death resulting from any of these at any time.

**13. WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS**

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against any person or organization for whom you perform work under a written contract that requires you to obtain this agreement from us.

This agreement shall not operate directly or indirectly to benefit anyone not named in the agreement.

**14. MEDICAL PAYMENTS**

If **Coverage C Medical Payments** is not otherwise excluded, the Medical Expense Limit provided by this policy shall be the greater of:

    **A.**     $10,000; or
    **B.**     The amount shown in the Declarations.

All other terms and conditions of your policy remain unchanged.

Includes copyrighted material of ISO Properties, Inc., with its permission.
ISO Properties, Inc., 2003

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXCLUSION - EXTERIOR INSULATION FINISH SYSTEM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" or "personal and advertising injury" arising out of or caused by the actual or alleged:

1.  Design, construction, fabrication, preparation, installation, application, maintenance or repair, including remodeling, renovation, service, correction, or replacement, of an "exterior insulation finish system" (as defined below), or any part thereof, or

2.  work or operations with respect to any exterior component of the "exterior insulation finish system" (as defined below) or any fixture or feature of any structure of an "exterior insulation finish system" (as defined below) that is used on that particular part of that structure, or

3.  damage caused by water intrusion penetrating any "exterior insulation finish system" sold or distributed by any insured.

## DEFINITION OF "EXTERIOR INSULATION FINISH SYSTEM":

For the purpose of this endorsement, an "exterior insulation finish system" is defined as:

(a)  an exterior cladding or finish system used on any part of any structure, residential or commercial, and is also known as exterior cladding, EIFS cladding, synthetic stucco, or by such common names as Dryvit or stucco, but it may also be referred to by a variety of other common manufacturers names, but includes a cladding consisting of some or all of the following component parts:

The component parts can include all or some of the following listed component parts, but it does not necessarily have to include all of the below listed component parts:

(1)  a rigid or semi-rigid insulation board made of expanded polystyrene or other materials; sometimes referred to as gypsum wallboard;
(2)  adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;
(3)  mesh or reinforcing mesh;
(4)  base coat or reinforced base coat; and
(5)  finish coat or synthetic plaster material providing surface texture and color.

(b)  For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a "water managed exterior insulation and finish system" which means a multi-lamina exterior building siding system composed of some or all of the following materials or components:
(1)  a weather-resistive barrier applied directly over exterior building sheathing; and
(2)  insulation board composed of polystyrene or poliscyanurate foam board, with vertical grooves allowing for water drainage, and mechanically attached to the exterior building sheathing; and
(3)  a base coat of cementous or polymeric enhanced cementous materials;
(4)  a reinforcing material embedded in the base coat composed of fiberglass mesh or other material;
(5)  finish coat of cementous or polymeric enhanced cementous material; and
(6)  an architectural weep component installed at the bottom of the exterior siding and underneath windows combined with flashing elements designed to channel water intrusion to the outside of the siding system.

(c)  For the purpose of this exclusion, the "exterior insulation finish system" also includes what may be referred to as a direct-applied exterior finish system or DEFS, which is commonly known as a stucco finish and base coat applied directly to a structure's sheating or water-durable exterior wall substrate. The DEFS system can also accommodate application of a thin brick finish.

Includes copyrighted material of Insurance Services Office, Inc.,
with its permission.
ISO Properties, Inc., 2001

**COMMERCIAL GENERAL LIABILITY**
**CG 84 82 11 02**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - FUNGI OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**    The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability:**

    **2.    Exclusions**

    This insurance does not apply to:

      **a.**    "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you own, rent, or occupy. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

      **b.**    "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises you previously owned, rented, or occupied. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

      **c.**    "Bodily injury" or "property damage" which would not have occurred in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria at or from any premises that you contracted to build, remodel or otherwise provide contracting services performed by any insured or any subcontractor working directly or indirectly for any insured. This exclusion applies regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

      **d.**    Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**B.**    The following exclusions are added to Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

    **2.    Exclusions**

    This insurance does not apply to:

      **a.**    "Personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria  regardless of whether any other cause, event, material or product contribute concurrently or in any sequence to such injury.

      **b.**    Any loss, cost or expense arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

**C.**    The following is added to the **Definitions:**

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

However, "fungi" does not include any fungi intended by the insured for consumption or contained within any food products sold or in any way distributed by the insured.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2001

**COMMERCIAL GENERAL LIABILITY**
**CG 84 94 10 02**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### EXCLUSION - CONSOLIDATED INSURANCE PROGRAMS
### (WRAP-UP)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability, Coverage B - Personal And Advertising Injury And Coverage C - Medical Payments:**

**2.**    **Exclusions**

This insurance does not apply to:

"Bodily injury", "property damage", "personal injury and advertising injury" or medical expenses arising directly or indirectly out of your current ongoing operations or included within the "products-completed operations hazard" at any site or location where you or your subcontractors or employees working on your behalf are performing or previously performed operations if any insured under this policy entered into contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up) providing general liability coverage at that site or location.

However, this exclusion does not apply to other jobs or work that you performed at such site or location if such other jobs or work were not done as part of contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up).

This exclusion applies whether or not the consolidated insurance programs (Wrap-Up):

**a.**    Provide coverage identical to that provided by this coverage part;

**b.**    Have limits adequate to cover all claims; or

**c.**    Remain in effect.

**B.** The following is added to Section **IV - Commercial General Liability Conditions** Paragraph **5. Premium Audit:**

In computing premium for this policy, we will not include any payroll or costs paid to your subcontractors for work at any site or location where any insured under this policy had entered into contracts or agreements commonly referred to as consolidated insurance programs (Wrap-Up) providing insurance coverage at that site or location prior to your work at such site or location.

A copy of the consolidated insurance program (Wrap-Up) certificate or similar documents issued to you verifying coverage must be provided to us when we audit this policy.

Includes copyrighted material of ISO Properties, Inc., with its permission
ISO Properties, Inc., 2002

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## NON-CUMULATION OF LIABILITY LIMITS
## SAME OCCURRENCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.**     The following is added to paragraph **5.** of Section **III** - Limits of Insurance:

If an "occurrence" that results in "bodily injury" or "property damage" includes continuous or repeated exposure to substantially the same general conditions that extend over more than one annual policy "issued by us", the each occurrence limit of this policy shall be reduced by the amount of payments we have made or have agreed to make under all policies.

**B.**     The following definition is added to Section **V** – Definitions:

"Issued by us" includes all policies issued by Ohio Casualty Insurance Company, West American Insurance Company or American Fire and Casualty Insurance Company.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
ISO Properties, Inc., 2002

# COMMERCIAL INLAND MARINE CONDITIONS

The following conditions apply in addition to the Common Policy Conditions and applicable Additional Conditions in Commercial Inland Marine Coverage Forms:

## LOSS CONDITIONS

### A. Abandonment

There can be no abandonment of any property to us.

### B. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1. Pay its chosen appraiser; and

2. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### C. Duties In The Event Of Loss

You must see that the following are done in the event of loss or damage to Covered Property:

1. Notify the police if a law may have been broken.

2. Give us prompt notice of the loss or damage. Include a description of the property involved.

3. As soon as possible, give us a description of how, when and where the loss or damage occurred.

4. Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

5. You will not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

6. As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

7. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

8. Send us a signed, sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

9. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or suit.

10. Cooperate with us in the investigation or settlement of the claim.

### D. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

### E. Loss Payment

1. We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

2. We will not pay you more than your financial interest in the Covered Property.

3. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claim against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

4. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

Copyright, Insurance Services Office, Inc., 1999

5. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss if you have complied with all the terms of this Coverage Part and:

   a. We have reached agreement with you on the amount of the loss; or

   b. An appraisal award has been made.

6. We will not be liable for any part of a loss that has been paid or made good by others.

### F. Other Insurance

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2. If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

### G. Pair, Sets Or Parts

#### 1. Pair Or Set

In case of loss or damage to any part of a pair or set we may:

   a. Repair or replace any part to restore the pair or set to its value before the loss or damage; or

   b. Pay the difference between the value of the pair or set before and after the loss or damage.

#### 2. Parts

In case of loss or damage to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### H. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

### I. Reinstatement Of Limit After Loss

The Limit of Insurance will not be reduced by the payment of any claim, except for total loss or damage of a scheduled item, in which event we will refund the unearned premium on that item.

### J. Transfer Of Rights Of Recovery Against Others To Us

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property.

2. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance; or

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you.

This will not restrict your insurance.

## GENERAL CONDITIONS

### A. Concealment, Misrepresentation Or Fraud

This Coverage Part is void in any case of fraud, intentional concealment or misrepresentation of a material fact, by you or any other insured, at any time, concerning:

1. This Coverage Part;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this Coverage Part.

### B. Control Of Property

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

### C. Legal Action Against Us

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all the terms of this Coverage Part; and

2. The action is brought within 2 years after you first have knowledge of the direct loss or damage.

Copyright, Insurance Services Office, Inc., 1999
CM 00 01 09 00

## D. No Benefit To Bailee

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## E. Policy Period

We cover loss or damage commencing:

1. During the policy period shown in the Declarations; and

2. Within the coverage territory.

## F. Valuation

The value of property will be the least of the following amounts:

1. The actual cash value of that property;

2. The cost of reasonably restoring that property to its condition immediately before loss or damage; or

3. The cost of replacing that property with substantially identical property.

In the event of loss or damage, the value of property will be determined as of the time of loss or damage.

 Copyright, Insurance Services Office, Inc., 1999

COMMERCIAL INLAND MARINE
CM 00 66 09 00

# ACCOUNTS RECEIVABLE COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section E – Definitions.

## A. Coverage

1. We will pay:

   a. All amounts due from your customers that you are unable to collect;

   b. Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   c. Collection expenses in excess of your normal collection expenses that are made necessary by the loss or damage; and

   d. Other reasonable expenses that you incur to re-establish your records of accounts receivable;

   that result from Covered Causes of Loss to your records of accounts receivable.

2. **Property Not Covered**

   Coverage does not apply to:

   a. Records of accounts receivable in storage away from the "premises" shown in the Declarations; or

   b. Contraband, or property in the course of illegal transportation or trade.

3. **Covered Causes Of Loss**

   Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS OR DAMAGE to your records of accounts receivable except those causes of loss listed in the Exclusions.

4. **Additional Coverage – Collapse**

   We will pay for direct loss or damage caused by or resulting from risks of direct physical loss or damage involving collapse of all or part of a building or structure caused by one or more of the following:

   a. Fire; lightning; windstorm; hail; explosion; smoke; aircraft; vehicles; riot; civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; breakage of building glass; falling objects; weight of snow, ice or sleet; water damage; earthquake; all only as insured against in this Coverage Form;

   b. Hidden decay;

   c. Hidden insect or vermin damage;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective materials or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   This Additional Coverage does not increase the Limits of Insurance provided in this Coverage Form.

5. **Coverage Extension**

   **REMOVAL**

   If you give us written notice within 10 days of removal of your records of accounts receivable because of imminent danger of loss or damage, we will pay for loss or damage while they are:

   a. At a safe place away from your "premises"; or

   b. Being taken to and returned from that place.

   This Coverage Extension is included within the Limit of Insurance applicable to the "premises" from which the records of accounts receivable are removed.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

Copyright, Insurance Services Office, Inc., 1999

### a. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.

### b. Nuclear Hazard

(1) Any weapon employing atomic fission or fusion; or

(2) Nuclear reaction or radiation, or radioactive contamination from any other cause. But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the direct loss or damage caused by that fire if the fire would be covered under this Coverage Form.

### c. War And Military Action

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

Exclusions **B.1.a.** through **B.1.c.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. Delay, loss of use, loss of market or any other consequential loss.

b. Dishonest or criminal act committed by:

(1) You, any of your partners, employees, directors, trustees, or authorized representatives;

(2) A manager or a member if you are a limited liability company;

(3) Anyone else with an interest in the property, or their employees or authorized representatives; or

(4) Anyone else to whom the property is entrusted for any purpose.

This exclusion applies whether or not such persons are acting alone or in collusion with other persons or such acts occur during the hours of employment.

This exclusion does not apply to Covered Property that is entrusted to others who are carriers for hire or to acts of destruction by your employees. But theft by employees is not covered.

c. Alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of money, securities or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

d. Bookkeeping, accounting or billing errors or omissions.

e. Electrical or magnetic injury, disturbance or erasure of electronic recordings that is caused by or results from:

(1) Programming errors or faulty machine instructions;

(2) Faulty installation or maintenance of data processing equipment or component parts;

(3) An occurrence that took place more than 100 feet from your "premises"; or

(4) Interruption of electrical power supply, power surge, blackout or brownout if the cause of such occurrence took place more than 100 feet from your "premises".

But we will pay for direct loss or damage caused by lightning.

f. Voluntary parting with any property by you or anyone entrusted with the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

g. Unauthorized instructions to transfer property to any person or to any place.

h. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

 Copyright, Insurance Services Office, Inc., 1999  CM 00 66 09 00

4. We will not pay for loss or damage caused by or resulting from any of the following. But if loss or damage by a Covered Cause of Loss results, we will pay for the loss or damage caused by that Covered Cause of Loss.

   a. Weather Conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   c. Faulty, inadequate or defective:

      (1) Planning, zoning, development, surveying, siting;

      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) Materials used in repair, construction, renovation or remodeling; or

      (4) Maintenance;

      of part or all of any property wherever located.

   d. Collapse except as provided in the Additional Coverage – Collapse Section of this Coverage Form.

## C. Limits Of Insurance

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

## D. Additional Conditions

### 1. Determination Of Receivables

General Condition **F. Valuation** in the Commercial Inland Marine Conditions is replaced by the following:

a. If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

   (1) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

   (2) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

b. The following will be deducted from the total amount of accounts receivable, however that amount is established:

   (1) The amount of the accounts for which there is no loss or damage;

   (2) The amount of the accounts that you are able to re-establish or collect;

   (3) An amount to allow for probable bad debts that you are normally unable to collect; and

   (4) All unearned interest and service charges.

### 2. Recoveries

The following is added to Loss Condition **H. Recovered Property** in the Commercial Inland Marine Conditions:

You will pay us the amount of all recoveries you receive for loss or damage paid by us. But any recoveries in excess of the amount we have paid belong to you.

### 3. The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

#### a. Coverage Territory

We cover records of accounts receivable:

   (1) Within your "premises"; and

   (2) Away from your "premises" while in transit or within premises of others if those premises are located or the transit is within:

      (a) The United States of America (including its territories and possessions);

      (b) Puerto Rico; and

      (c) Canada.

#### b. Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

    Copyright, Insurance Services Office, Inc., 1999

We will not pay the full amount of any loss if the value of all accounts receivable, except those in transit, at the time of loss times the Coinsurance percentage shown for It in the Declarations is greater than the Limit of Insurance for Coverage Applicable at All Locations.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of all accounts receivable, except those in transit, at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance for Coverage Applicable at All Locations by the figure determined in Step **(1)**; and

**(3)** Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

This condition will not apply to records of accounts receivable in transit, interest charges, excess collection expenses or expenses to re-establish your records of accounts receivable.

**c. Protection Of Records**

Whenever you are not open for business, and except while you are actually using the records, you must keep all records of accounts receivable in receptacles that are described in the Declarations.

**E. Definitions**

"Premises" means that interior portion of the building at the address shown in the Declarations that you occupy for your business.

Copyright, Insurance Services Office, Inc., 1999

COMMERCIAL INLAND MARINE
CM 01 44 12 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ALABAMA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART

**A.** The following exclusion is added:

1. We will not pay for loss or damage arising out of any act committed:

   **a.** By or at the direction of any insured; and

   **b.** With the intent to cause a loss.

2. However, this exclusion will not apply to deny coverage to an innocent co-insured when the loss or damage is otherwise covered under this policy and is proximately related to and in furtherance of an abusive act by an insured who is a family or household member. Such coverage will be provided only if the innocent co-insured:

   **a.** Provides evidence of the abuse to us, to demonstrate that the loss is abuse-related; and

   **b.** For the act causing the loss, either:

   **(1)** Files a complaint under the Protection From Abuse Act against the abuser, and does not voluntarily dismiss the complaint; or

   **(2)** Seeks a warrant for the abuser's arrest and cooperates in the prosecution of the abuser.

3. If we pay a claim pursuant to Paragraph **A.2.**, our payment to the innocent co-insured is limited to that insured's legal interest in the property less any payments we first made to a mortgagee or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

**B.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Loss Condition in the Commercial Inland Marine Conditions:

If we pay an innocent co-insured for loss arising out of an act of abuse by another insured, the rights of the innocent co-insured to recover damages from the abuser are transferred to us to the extent of our payment. Following the loss, the innocent co-insured may not waive such rights to recover against the abuser.

**This Inland Marine coverage is subject to the terms shown below.
The Commercial Inland Marine Conditions also apply.**

## COMMERCIAL FINE ARTS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we," "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meanings. Refer to Section G - DEFINITIONS.

### A.  COVERAGE
1.  **COVERED PROPERTY**
    We'll cover your property scheduled in the Declarations.
2.  **PROPERTY NOT COVERED**
    a.  Contraband, or property in the course of illegal transportation or trade.
    b.  Property on exhibition at fair grounds or premises of national or international expositions unless the premises is scheduled in the Declarations.
3.  **COVERED CAUSES OF LOSS**
    Covered Causes of Loss means RISKS OF DIRECT PHYSICAL "LOSS" to Covered Property except those causes of "loss" listed in the Exclusions.

### B.  EXCLUSIONS
1.  We won't pay for a "loss" caused directly or indirectly by any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss."
    a.  **GOVERNMENTAL ACTION**
        Seizure or destruction of property by order of governmental authority. But we will pay for acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread if the fire would be covered under this Coverage Form.
    b.  **NUCLEAR HAZARD**
        (1)  Any weapon employing atomic fission or fusion, whether in time of peace or war; or
        (2)  Nuclear reaction or radiation, or radioactive contamination, however caused. We will pay for direct "loss" caused by resulting fire if the fire would be covered under this Coverage Form.
    c.  **WAR AND MILITARY ACTION**
        (1)  War, including undeclared or civil war;
        (2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or
        (3)  Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2.  We won't pay for "loss" caused by or resulting from any of the following:
    a.  **Dishonest acts by:**
        (1)  You;
        (2)  Anyone else with an interest in the property;
        (3)  Your or their employees or authorized representatives; or
        (4)  Anyone entrusted with the property, whether in collusion with others or occurring during the hours of employment.
        This exclusion doesn't apply to a carrier for hire.

    b.  Wear and tear; any quality in the property that causes it to damage  or destroy itself; hidden or latent defect; gradual deterioration; depreciation; mechanical breakdown; insects, vermin, rodents; corrosion, rust, dampness, cold or heat.

    c.  Damage caused by any repairing, restoration or retouching process.

Includes copyright material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1982, 1984

**d.**  Breakage of art glass windows, glassware, statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by fire, lightning, aircraft, windstorm, malicious damage, theft, explosion, earthquake, flood or collision, derailment or overturn of conveyance.

**e.**  Poor packing or rough handling.

**C.  LIMITS OF INSURANCE**

The most we will pay for "loss" in any one occurrence is the applicable Limits of Insurance scheduled in the Declarations, no matter how many protected persons, property owners or financial interests are involved.

**D.  DEDUCTIBLE**

We won't pay for "loss" in any one occurrence until the amount of the adjusted "loss" before applying the applicable Limits of Insurance exceeds the Deductible shown in the Declarations. We will then pay the amount of the adjusted "loss" in excess of the Deductible, up to the applicable Limits of Insurance.

**E.  ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Commercial Inland Marine Conditions and the Common Policy Conditions:

**1.  VALUE OF PROPERTY**
   **a.**  We will pay the amount shown for each scheduled article which is agreed to be the value of the article.
   **b.**  In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the schedule and you agree to surrender the remaining article or articles of the set to us.

**2.  PACKING**
   You agree that the covered property will be packed and unpacked by competent packers.

**3.  NEWLY ACQUIRED PROPERTY**
   We cover other objects of art acquired during the policy period for their actual cash value but no more than 25% of the amount of insurance for fine arts scheduled, provided you report these objects to us within 90 days of acquisition and pay the additional premium from the date acquired.

**4.  COVERAGE TERRITORY**
   We cover property wherever located within:
   **a.**  The continental United States;
   **b.**  The State of Hawaii; and
   **c.**  Canada.

**G.  DEFINITIONS**

"Loss" means accidental loss or damage.