**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROPERTY
# MASTER PAK PLUS®

This Endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

The following is a summary of the enhancements provided in this endorsement. The limits, unless stated otherwise, and deductibles shown below apply at each designated location. If a limit is shown elsewhere in the policy for any of these coverages, then that limit applies in addition to the limits shown below. If a different deductible amount is shown in the policy for any of these coverages, then that deductible will be the applicable deductible. For complete details on the coverages provided, refer to the specific policy language.

| LIMIT | DEDUCTIBLE | SUBJECT OF INSURANCE |
|---|---|---|
| $10,000 | None | Fire Department Service Charge |
| $2,500 | None | Fire Extinguisher Recharge Expense |
| $5,000 | None | Reward - Arson or Theft |
| $500,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Buildings |
| $250,000 | Refer to applicable property deductible | Newly Acquired or Constructed Property - Personal Property |
| $10,000 | Refer to applicable property deductible | Personal Effects and Property of Others |
| $10,000 | Refer to applicable property deductible | Valuable Papers and Records (Other Than Electronic Data) |
| $2,500 | Refer to applicable property deductible | Fences and Retaining Walls |
| $2,000 | Refer to applicable property deductible | Outdoor Radio and Television Antennas |
| $2,500 | Refer to applicable property deductible | Outdoor Trees, Shrubs or Plants (subject to $500 per item limitation) |
| $7,500 | Refer to applicable property deductible | Signs - Outdoor - Not attached to buildings |
| $25,000 | None | Accounts Receivable |
| $40,000 | 72 Hours | Business Income and Extra Expense |
| $30,000 | $500 for Breakdown $250 Other Perils | Computer Coverage - Hardware |
| $7,500 | $500 for Breakdown $250 Other Perils | Computer Coverage - Data and Media |
| $7,500 | None | Computer Coverage - Extra Expense |
| $5,000 | $250 | Employee Dishonesty |
| $7,500 | $250 | Fine Arts |
| $5,000 | None | Loss Adjustment Expenses |
| $5,000/ $5,000 | $250 | Money and Securities (Inside and Outside) |
| Included | None | Ordinance or Law - Coverage A |
| $50,000 | None | Ordinance or Law - Coverages B and C Combined |
| $5,000 | $250 | Sales Samples |
| $5,000 | Refer to applicable property deductible | Tenants Building Glass |
| $10,000 | Refer to applicable property deductible | Back Up of Sewers or Drains |
| $10,000 | Refer to applicable property deductible | Water Seepage |
| $500 | None | Lock Replacement |
| $50,000 | Refer to applicable property deductible | Personal Property Off Premises (at Unscheduled Locations) |
| $25,000 | 72 Hours | Utility Services-Time Element (including transmission lines) |

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission

I.    The Covered Property section of Part A COVERAGE in the Building and Personal Property Coverage Form is changed as follows:

    **A.**    The 100 foot limitation in paragraph A.1.a.(5)(b), in paragraph A.1.b. and in paragraph A.1.c.(2) is changed to 1,000 feet.

    **B.**    The following is added to paragraph A.1.b.:
        **(8)**    Signs owned by you that are attached to buildings you occupy but do not own.

II.    The following paragraph is deleted from the Property Not Covered section of Part A COVERAGE in the Building and Personal Property Coverage Form:
    **d.**    Bridges, roadways, walks, patios or other paved surfaces.

III.    The Additional Coverages section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

    **A.**    The $1,000 limit shown in paragraph A.4.c. Fire Department Service Charge is replaced with a $10,000 limit.

    **B.**    Paragraph A.4.e. Increased Cost of Construction is deleted.

IV.    The following items are added to the Additional Coverages section of Part A. COVERAGE in the Building and Personal Property Coverage form attached to this policy:

    **g.**    **Fire Extinguisher Recharge Expense**
        We will pay the cost of recharging your fire extinguishers or fire extinguishing systems (including hydrostatic testing if needed), or replacing the fire extinguishers or fire extinguishing systems, whichever is less, because they are discharged as a result of fighting a fire, covered under this policy, on or within 1,000 feet of your premises.

        The most we will pay under this Additional Coverage is $2,500 in any one occurrence.

        No deductible applies to this Additional Coverage.

    **h.**    **Reward**
        We will pay up to $5,000 as a reward for information which leads to an arson conviction or theft conviction in connection with a fire or theft loss covered under this policy. Regardless of the number of persons involved in providing information, the limit of our liability under this extension shall not be increased.

        No deductible applies to this Additional Coverage.

V.    The Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Coverage Form attached to this policy is changed as follows:

    **A.**    The 100 foot limitation in the first paragraph of the Coverage Extensions section is changed to 1,000 feet.

    **B.**    The Building limit of $250,000 shown in paragraph A.5.a.(1), Newly Acquired or Constructed Property, is replaced with a $500,000 limit.

    **C.**    The Your Business Personal Property limit of $100,000 shown in paragraph A.5.a.(2) is replaced with a $250,000 limit.

    **D.**    The 30 day period shown in paragraph A.5.a.(3) is replaced with a 90 day period.

    **E.**    The $2,500 limit shown in paragraph A.5.b., Personal Effects and Property of Others, is replaced with a $10,000 limit.

    **F.**    The $2,500 limit shown in paragraph A.5.c., Valuable Papers and Records (Other Than Electronic Data), is replaced with a $10,000 limit.

    **G.**    Paragraph A.5.e., Outdoor Property, is replaced by the following:
        You may extend the insurance provided by this Coverage Form to apply to the following outdoor property including debris removal expense:
        **(a)**    Fences and retaining walls that are not part of a building. The most we will pay is $2,500 in any one occurrence.
        **(b)**    Outdoor radio and television antennas (including satellite dishes), including their masts, towers, lead-in and support wiring. The most we will pay is $2,000 in any one occurrence.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission

- **(c)** Outdoor trees, shrubs and plants (other than "stock" of trees, shrubs or plants). The most we will pay is $2,500 in any one occurrence, but not more than $500 for any one tree, shrub or plant.
- **(d)** Outdoor signs, while on your premises, that are your property or the property of others for which you may be liable. The most we will pay for each sign (other than signs attached to buildings) is $7,500. The most we will pay for signs you own that are attached to buildings you do not own is $7,500.

**H.** Paragraph d. Property Off-Premises in Section 5. Coverage Extensions in Part A COVERAGE is amended as follows:

1. Subparagraph (2) is replaced by the following:
   - **(2)** This Extension does not apply to property:
     - **(a)** In or on a vehicle; or
     - **(b)** In the care, custody, or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show ore exhibition; or
     - **(c)** That consists of your tools or tools belonging to your employees; or
     - **(d)** That consists of musical instruments (other than those that you manufacture, sell or warehouse); or
     - **(e)** That consists of contractor equipment (other than equipment that you manufacture, sell or warehouse).
2. The $10,000 limit shown in subparagraph (3) is changed to $50,000.

**VI.** The following items are added to the Coverage Extensions section of Part A COVERAGE in the Building and Personal Property Form attached to this policy. Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions unless indicated on the applicable Declarations.

**A.** ACCOUNTS RECEIVABLE
Refer to the Inland Marine Coverage Part for the Accounts Receivable Coverage Form.

**B.** BUSINESS INCOME AND EXTRA EXPENSE
Refer to the Business Income (and Extra Expense) Coverage Form.

**C.** COMPUTER COVERAGE INCLUDING DATA, MEDIA AND EXTRA EXPENSE
Refer to the Inland Marine Coverage Part for the Computer and Telecommunication Equipment Coverage Form.

**D.** EMPLOYEE DISHONESTY
Refer to the Crime Coverage Part for the applicable coverage form.

**E.** FINE ARTS
Refer to the Inland Marine Coverage Part for the Commercial Fine Arts Coverage Form.

**F.** LOSS ADJUSTMENT EXPENSES
You may extend the insurance provided by this Coverage Form to apply to your expenses for preparation of loss data, including inventories and appraisals, in connection with any claim covered under this policy. The Extension will not pay for expenses incurred in using the services of a public adjuster.

The most we will pay under this Extension is $5,000.

**G.** MONEY AND SECURITIES (FORM C - THEFT, DISAPPEARANCE AND DESTRUCTION)
Refer to the Crime Coverage Part for the applicable coverage form.

**H.** ORDINANCE OR LAW COVERAGE
Refer to the Ordinance or Law Coverage endorsement.

**I.** SALES SAMPLES
Refer to the Inland Marine Coverage Part for the Sales Sample Coverage Form.

**J.** TENANTS BUILDING GLASS
You may extend the insurance that applies to **Your Business Personal Property** to apply to direct physical loss of or damage to exterior and interior glass, including lettering and ornamentation thereon, that is:
1. Owned by you; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission

**2.**   Owned by others, for which you are legally liable;

which forms an integral part of the building, located at the premises described in the Declarations, occupied by you but that is not owned by you and for which **Building** coverage does not apply under this policy.

The most we will pay for loss or damage under this Extension is $5,000 at each described premises in any one occurrence.

**VII.**   Part C, Limits of Insurance, of the Building and Personal Property Coverage Form is replaced by the following:

LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the sum of:

**(1)**   The applicable coverage limit(s) of insurance shown in this endorsement and;

**(2)**   Any other applicable coverage limit(s) of insurance provided by the policy.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**VIII.**   The $2,500 cost shown in Paragraph 7.b., Valuation, of Part E. Loss Conditions of the Building and Personal Property Coverage Form is replaced with a $5,000 cost.

**IX.**   The 100 foot limitation in Paragraph a. of item 1. Property In Transit under F. Additional Coverage Extensions in the Causes of Loss - Special Form is changed to 1,000 feet.

**X.**   The following is added to Section F ADDITIONAL COVERAGE EXTENSIONS in the Causes of Loss - Special Form:

**4.**   BACK UP OF SEWERS OR DRAINS

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water that:

a.   Backs up through sewers or drains; or

b.   Enters into and overflows from within a:

(1)   sump pump;

(2)   sump pump well; or

(3)   other type system

designed to remove subsurface water from the foundation area.

The most we will pay for loss or damage under this Extension is $10,000.

**5.**   WATER SEEPAGE

You may extend the insurance provided by this Coverage Part to apply to loss or damage to your property caused by water under the ground surface pressing on, or flowing or seeping through:

(a)   Foundations, walls, floors or paved surfaces;

(b)   Basements, whether paved or not; or

(c)   Doors, windows or other openings.

The most we will pay for loss or damage under this Extension is $10,000.

**6.**   LOCK REPLACEMENT

You may extend the insurance provided by this Coverage Part to apply to the cost to repair or replace the door locks or tumblers of your described premises due to theft of your door keys. The most we will pay under this Extension is $500.

Each of the above Additional Coverage Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**XI.**   The following is added to Part A. COVERAGE in the Business Income (and Extra Expense) Coverage Form:

**7.**   Additional Coverage Extension

a.   Utility Services-Time Element (including transmission lines)

Refer to the Utility Services-Time Element endorsement.

**XII.**   The Business Income (and Extra Expense) Coverage Form is changed as follows:

**A.**   Paragraph c. Extended Business Income of the Additional Coverages section of Part A COVERAGE is amended as follows:

**1.**   Subparagraph (ii) of paragraph (1)(b) is changed to read:

(ii)   60 consecutive days after the date determined in (1)(a) above.

**2.**   Subparagraph (ii) of paragraph (2)(b) is changed to read:

(ii)   60 consecutive days after the date determined in (2)(a) above.

**B.**   Paragraph c.(2) of the Newly Acquired Locations Coverage Extension is changed to read as follows:

**(2)**   90 days expire after you acquire or begin to construct the property; or

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission

**C.**  The first paragraph of Section B. Limits Of Insurance is replaced by the following:

Unless stated otherwise by endorsement, the most we will pay for loss in any one occurrence is the sum of:

(1)  The applicable Limit of Insurance shown in this endorsement; and

(2)  Any other applicable coverage limits of insurance provided by the policy.

Includes Copyrighted Material of ISO Commercial Risk Services, Inc., with its permission
Copyright, ISO Commercial Risk Services, Inc., 2000, 2002

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## FUNGUS, WET ROT, DRY ROT AND BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

    CAUSES OF LOSS – BASIC FORM
    CAUSES OF LOSS – BROAD FORM
    CAUSES OF LOSS – SPECIAL FORM

### SCHEDULE *

**Business Income/Extra Expense – Revised number of days** _____

**Limit Option:**

☐    **Revised Limit $** _____ applies to covered locations not listed under the Separate Location section.

☐    **Separate Location Limit.** If selected, show the address and applicable Location Limit.

      **Described Location**           **Location Limit**

\* Information required to complete this Schedule, if not shown on this endorsement, will be shown in the Declarations.

**A.**    Paragraph **B.2.d.(2)** of the Exclusions section in the Causes of Loss – Special Form is deleted and replaced by the following:
    **(2)**    Rust, or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**B.**    Paragraph **B.1.h.** of the Exclusions section is replaced by the following:
    **h.**    **"Fungus", Wet Rot, Dry Rot And Bacteria**
        Presence, growth, proliferation or spread or any activity of "fungus", wet rot, dry rot or bacteria including the costs to test, monitor, clean up, remove, contain, treat, detoxify or neutralize the effects of "fungus", wet rot, dry rot or bacteria. However, if the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria is caused by a Covered Cause of Loss we will pay up to $25,000, or the limit shown in the Limit Option section of the Schedule, to remove or treat the "fungus", wet rot, dry rot or bacteria. Of this amount, we will pay no more than $5,000 for the cost of testing to confirm the presence or level of "fungus", wet rot, dry rot or bacteria, whether performed during or after removal, repair, restoration or replacement. The limit of insurance provided for testing is included within and not in addition to the limit provided for the removal and treatment of the "fungus", wet rot, dry rot or bacteria.

**C.**    The Additional Coverages section of the applicable Causes of Loss Form is changed as follows:

    The Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria is deleted and replaced by the provisions contained within this endorsement.

**D.**    If the Separate Location Limit in the Limit Option section of the Schedule applies, then the location limit shown applies only to the Described Location in the Schedule.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**E.**    The following Additional Limitation is added for the Business Income (and Extra Expense) Coverage Form, Business Income (without Extra Expense) Coverage Form or Extra Expense Coverage Form, if attached to the policy:

If there is a Business Income loss or Extra Expense that is payable under this policy and which involves the presence, growth, proliferation or spread of "fungus", wet rot, dry rot or bacteria resulting from a Covered Cause of Loss, the following applies to any Business Income loss or Extra Expense attributable to the presence, remediation or attempted remediation of those conditions:

We will not pay for any Business Income loss sustained or Extra Expense incurred unless the presence of "fungus", wet rot, dry rot or bacteria, or Business Income loss or Extra Expense attributable to such conditions, is reported to us within 60 days after the occurrence of the Covered Cause of Loss which caused the "fungus", wet rot, dry rot or bacteria. Regardless of when, during that period, the report is made, we will only pay for Business Income loss sustained or Extra Expense incurred in a period up to 60 consecutive days or the revised number of days shown in the Schedule. If there is (in addition to the "fungus", wet rot, dry rot or bacteria) other damage to property at the described premises, which is covered under this Coverage Form, this Limitation will not affect coverage for Business Income or Extra Expense loss that is not attributable to the "fungus", wet rot, dry rot or bacteria.

Includes copyrighted material of ISO Properties, Inc., with its permission.
Copyright, ISO Properties, Inc., 2001

**CP 72 69 06 03**                                                                                    **Page 2 of 2**

# EMPLOYEE DISHONESTY COVERAGE FORM

## A. COVERAGE

We will pay for loss of, and loss from damage to, Covered Property resulting directly from the Covered Cause of Loss.

1. **Covered Property:** "Money", "securities", and "property other than money and securities".
2. **Covered Cause of Loss:** "Employee dishonesty".
3. **Coverage Extension**

   **Employees Temporarily Outside Coverage Territory:** We will pay for loss caused by any "employee" while temporarily outside the territory specified in the Territory General Condition for a period not more than 90 days.

## B. LIMIT OF INSURANCE

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

## C. DEDUCTIBLE

1. We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance.
2. You must:
   a. Give us notice as soon as possible of any loss of the type insured under this Coverage form even though it falls entirely within the Deductible Amount.
   b. Upon our request, give us a statement describing the loss.

## D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:

In addition to the provisions in the Crime General Provisions Form, this Coverage Form is subject to the following:

1. **Additional Exclusions:** We will not pay for loss as specified below:
   a. **Employee Cancelled Under Prior Insurance:** loss caused by any "employee" of yours, or

predecessor in interest of yours, for whom similar prior insurance has been cancelled and not reinstated since the last such cancellation.

   b. **Inventory Shortages:** loss, or that part of any loss, the proof of which as to its existence or amount is dependent upon:
   (1) An inventory computation; or
   (2) A profit and loss computation.

2. **Additional Condition**

   **Cancellation As To Any Employee:** This insurance is cancelled as to any "employee":
   a. Immediately upon discovery by:
   (1) You; or
   (2) Any of your partners, officers or directors not in collusion with the "employee";
   of any dishonest act committed by that "employee" whether before or after becoming employed by you.
   b. On the date specified in a notice mailed to you. That date will be at least 30 days after the date of mailing. The mailing of notice to you at the last mailing address known to us will be sufficient proof of notice. Delivery of notice is the same as mailing.

3. **Additional Definitions**
   a. **"Employee Dishonesty"** in paragraph A.2. means only dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:
   (1) Cause you to sustain loss; and also
   (2) Obtain financial benefit (other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:
   (a) The "employee"; or
   (b) Any person or organization intended by the "employee" to receive that benefit.
   b. **"Occurrence"** means all loss caused by, or involving, one or more "employees" whether the result of a single act or series of acts.

# THEFT, DISAPPEARANCE AND DESTRUCTION COVERAGE FORM

**A. COVERAGE** – We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss.

**1. Section 1. -- Inside The Premises**

   **a. Covered Property:** "Money" and "securities" inside the "premises" or a "banking premises."

   **b. Covered Causes of Loss**

   (1) "Theft"

   (2) Disappearance

   (3) Destruction

   **c. Coverage Extensions**

   (1) **Containers of Covered Property:** We will pay for loss of, and loss from damage to, a locked safe, vault, cash register, cash box or cash drawer located in the "premises" resulting directly from an actual or attempted:

   (a) "Theft" of; or

   (b) Unlawful entry into

   those containers.

   (2) **Premises Damage:** We will pay for loss from damage to the "premises" or its exterior resulting directly from an actual or attempted "theft" of Covered Property if you are the owner of the "premises" or are liable for damage to it.

**2. Section 2. – Outside the Premises**

   **a. Covered Property:** "Money" and "securities" outside the "premises" in the care and custody of a "messenger."

   **b. Covered Causes of Loss**

   (1) "Theft"

   (2) Disappearance

   (3) Destruction

   **c. Coverage Extension**

   **Conveyance of Property By Armored Motor Vehicle Company:** We will pay for loss of Covered Property resulting directly from the Covered Causes of Loss while outside the "premises" in the care and custody of an armored motor vehicle company.

But, we will pay only for the amount of loss that you cannot recover:

(1) Under your contract with the armored motor vehicle company; and

(2) From any insurance or indemnity carried by, or for the benefit of customers of, the armored motor vehicle company.

**B. LIMIT OF INSURANCE**

The most we will pay for loss in any one "occurrence" is the applicable Limit of Insurance shown in the DECLARATIONS.

**C. DEDUCTIBLE**

We will not pay for loss in any one "occurrence" unless the amount of loss exceeds the Deductible Amount shown in the DECLARATIONS. We will then pay the amount of loss in excess of the Deductible Amount, up to the Limit of Insurance. In the event more than one Deductible Amount could apply to the loss, only the highest Deductible Amount may be applied.

**D. ADDITIONAL EXCLUSIONS, CONDITION AND DEFINITIONS:** In addition to the provisions in the Crime General Provisions, this Coverage Form is subject to the following:

**1. Additional Exclusions:** We will not pay for loss as specified below:

   **a. Accounting or Arithmetical Errors or Omissions:** Loss resulting from accounting or arithmetical errors or omissions.

   **b. Acts of Employees, Directors, Trustees or Representatives:** Loss resulting from any dishonest or criminal act committed by any of your "employees," directors, trustees or authorized representatives:

   (1) Acting alone or in collusion with other persons; or

   (2) While performing services for you or otherwise.

   **c. Exchanges or Purchases:** Loss resulting from the giving or surrendering of property in any exchange or purchase.

   **d. Fire:** Loss from damage to the "premises" resulting from fire, however caused.

e. **Money Operated Devices:** Loss of property contained in any money operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

f. **Transfer or Surrender of Property**

(1) Loss of property after it has been transferred or surrendered to a person or place outside the "premises" or "banking premises:"

   (a) On the basis of unauthorized instructions; or

   (b) As a result of a threat to do:

     i. Bodily harm to any person; or

     ii. Damage to any property.

(2) But, this exclusion does not apply under COVERAGE, Section 2. to loss of Covered Property while outside the "premises" or "banking premises" in the care and custody of a "messenger" if you:

   (a) Had no knowledge of any threat at the time the conveyance began; or

   (b) Had knowledge of a threat at the time the conveyance began, but the loss was not related to the threat.

g. **Vandalism:** Loss from damage to the "premises" or its exterior or to containers of Covered Property by vandalism or malicious mischief.

h. **Voluntary Parting of Title to or Possession of Property:** Loss resulting from your, or anyone acting on your express or implied authority, being induced by any dishonest act to voluntarily part with title to or possession of any property.

2. **Additional Condition**

**Duties in the Event of Loss:** If you have reason to believe that any loss of, or loss from damage to, Covered Property involves a violation of law, you must notify the police.

3. **Additional Definitions**

a. **"Banking Premises"** means the interior of that portion of any building occupied by a banking institution or similar safe depository.

b. **"Messenger"** means you, any of your partners or any "employee" while having care and custody of the property outside the "premises."

c. **"Occurrence"** means an:

   (1) Act or series of related acts involving one or more persons; or

   (2) Act or event, or a series of related acts or events not involving any person.

d. **"Premises"** means the interior of that portion of any building you occupy in conducting your business.

e. **"Theft"** means any act of stealing.

Copyright, Insurance Services Office, Inc., 1984, 1989   CR 00 04 10 90   □

COMMERCIAL CRIME
CR 10 00 04 97

# CRIME GENERAL PROVISIONS
# LOSS SUSTAINED FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is or is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Words and phrases in quotation marks are defined in the policy.

Unless stated otherwise in any Crime Coverage Form, Declarations or endorsement, the following General Exclusions, General Conditions and General Definitions apply to all Crime Coverage Forms forming part of this policy.

## A. General Exclusions

We will not pay for loss as specified below:

### 1. Acts Committed By You Or Your Partners

Loss resulting from any dishonest or criminal act committed by you or any of your partners whether acting alone or in collusion with other persons.

### 2. Governmental Action

Loss resulting from seizure or destruction of property by order of governmental authority.

### 3. Indirect Loss

Loss that is an indirect result of any act or "occurrence" covered by this insurance including, but not limited to, loss resulting from:

**a.** Your inability to realize income that you would have realized had there been no loss of, or loss from damage to, Covered Property.

**b.** Payment of damages of any type for which you are legally liable. But, we will pay compensatory damages arising directly from a loss covered under this insurance.

**c.** Payment of costs, fees or other expenses you incur in establishing either the existence or the amount of loss under this insurance.

### 4. Legal Expenses

Expenses related to any legal action.

### 5. Nuclear

Loss resulting from nuclear reaction, nuclear radiation or radioactive contamination, or any related act or incident.

### 6. War And Similar Actions

Loss resulting from war, whether or not declared, warlike action, insurrection, rebellion or revolution, or any related act or incident.

## B. General Conditions

### 1. Concealment, Misrepresentation Or Fraud

This insurance is void in any case of fraud by you as it relates to this insurance at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This insurance;

**b.** The Covered Property;

**c.** Your interest in the Covered Property; or

**d.** A claim under this insurance.

### 2. Consolidation – Merger

If through consolidation or merger with, or purchase or acquisition of assets or liabilities of, some other entity:

**a.** Any additional persons become "employees"; or

**b.** You acquire the use and control of any additional "premises";

any insurance afforded for "employees" or "premises" also applies to those additional "employees" and "premises", for a period of 60 days after the effective date of such consolidation, merger, or purchase or acquisition of assets or liabilities.

You must give us written notice within this 60 day period and obtain our written consent to extend this insurance to such additional "employees" or "premises". Upon obtaining our written consent, you must pay us an additional premium.

If you fail to notify us in writing within this 60 day period, then this insurance shall automatically terminate as to such additional "employees" or "premises".

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996

### 3. Coverage Extensions

Unless stated otherwise in the Coverage Form, our liability under any Coverage Extension is part of, not in addition to, the Limit Of Insurance applying to the Coverage or Coverage Section.

### 4. Duties In The Event Of Loss

After you discover a loss or a situation that may result in loss of, or loss from damage to, Covered Property you must:

a. Notify us as soon as possible.

b. Submit to examination under oath at our request and give us a signed statement of your answers.

c. Give us a detailed, sworn proof of loss within 120 days.

d. Cooperate with us in the investigation and settlement of any claim.

### 5. Extended Period To Discover Loss

We will pay only for covered loss discovered no later than one year from the end of the policy period.

### 6. Joint Insured

a. If more than one Insured is named in the Declarations, the first named Insured will act for itself and for every other Insured for all purposes of this insurance. If the first named Insured ceases to be covered, then the next named Insured will become the first named Insured.

b. If any Insured or partner or officer of that Insured has knowledge of any information relevant to this insurance, that knowledge is considered knowledge of every Insured.

c. An "employee" of any Insured is considered to be an "employee" of every Insured.

d. If this insurance or any of its coverages is cancelled or terminated as to any Insured, loss sustained by that Insured is covered only if discovered no later than one year from the date of that cancellation or termination.

e. We will not pay more for loss sustained by more than one Insured than the amount we would pay if all the loss had been sustained by one Insured.

### 7. Legal Action Against Us

You may not bring any legal action against us involving loss:

a. Unless you have complied with all the terms of this insurance; and

b. Until 90 days after you have filed proof of loss with us; and

c. Unless brought within 2 years from the date you discover the loss.

### 8. Liberalization

If we adopt any revision that would broaden the coverage under this insurance without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this insurance.

### 9. Loss Covered Under More Than One Coverage Of This Insurance

If two or more coverages of this insurance apply to the same loss, we will pay the lesser of:

a. The actual amount of loss; or

b. The sum of the limits of insurance applicable to those coverages.

### 10. Loss Sustained During Prior Insurance

a. If you, or any predecessor in interest, sustained loss during the period of any prior insurance that you or the predecessor in interest could have recovered under that insurance except that the time within which to discover loss had expired, we will pay for it under this insurance, provided:

(1) This insurance became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss would have been covered by this insurance had it been in effect when the acts or events causing the loss were committed or occurred.

b. The insurance under this Condition is part of, not in addition to, the Limits Of Insurance applying to this insurance and is limited to the lesser of the amount recoverable under:

(1) This insurance as of its effective date; or

(2) The prior insurance had it remained in effect.

### 11. Loss Covered Under This Insurance And Prior Insurance Issued By Us Or Any Affiliate

If any loss is covered:

a. Partly by this insurance; and

b. Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

 Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996 **CR 10 00 04 97**   □

Regardless of the number of years this insurance remains in force or the number of premiums paid, no Limit Of Insurance cumulates from year to year or period to period.

**12. Other Insurance**

This insurance does not apply to loss recoverable or recovered under other insurance or indemnity. However, if the limit of the other insurance or indemnity is insufficient to cover the entire amount of the loss, this insurance will apply to that part of the loss, other than that falling within any deductible amount, not recoverable or recovered under the other insurance or indemnity. However, this insurance will not apply to the amount of loss that is more than the applicable Limit Of Insurance shown in the Declarations.

**13. Ownership Of Property; Interests Covered**

The property covered under this insurance is limited to property:

a. That you own or hold; or

b. For which you are legally liable.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization.

**14. Policy Period**

a. The Policy Period is shown in the Declarations.

b. Subject to the Loss Sustained During Prior Insurance condition, we will pay only for loss that you sustain through acts committed or events occurring during the Policy Period.

**15. Records**

You must keep records of all Covered Property so we can verify the amount of any loss.

**16. Recoveries**

a. Any recoveries, less the cost of obtaining them, made after settlement of loss covered by this insurance will be distributed as follows:

(1) To you, until you are reimbursed for any loss that you sustain that exceeds the Limit of Insurance and the Deductible Amount, if any;

(2) Then to us, until we are reimbursed for the settlement made;

(3) Then to you, until you are reimbursed for that part of the loss equal to the Deductible Amount, if any.

b. Recoveries do not include any recovery:

(1) From insurance, suretyship, reinsurance, security or indemnity taken for our benefit; or

(2) Of original "securities" after duplicates of them have been issued.

**17. Territory**

This insurance covers only acts committed or events occurring within the United States of America, U. S. Virgin Islands, Puerto Rico, Canal Zone, or Canada.

**18. Transfer Of Your Rights Of Recovery Against Others To Us**

You must transfer to us all your rights of recovery against any person or organization for any loss you sustained and for which we have paid or settled. You must also do everything necessary to secure those rights and do nothing after loss to impair them.

**19. Valuation – Settlement**

a. Subject to the applicable Limit Of Insurance provision we will pay for:

(1) Loss of "money" but only up to and including its face value. We may, at our option, pay for loss of "money" issued by any country other than the United States of America:

(a) At face value in the "money" issued by that country; or

(b) In the United States of America dollar equivalent determined by the rate of exchange on the day the loss was discovered.

(2) Loss of "securities" but only up to and including their value at the close of business on the day the loss was discovered. We may, at our option:

(a) Pay the value of such "securities" or replace them in kind, in which event you must assign to us all your rights, title and interest in and to those "securities"; or

(b) Pay the cost of any Lost Securities Bond required in connection with issuing duplicates of the "securities". However, we will be liable only for the payment of so much of the cost of the bond as would be charged for a bond having a penalty not exceeding the lesser of the:

(i) Value of the "securities" at the close of business on the day the loss was discovered; or

(ii) Limit Of Insurance.

Copyright, Insurance Services Office, Inc., 1996
Copyright, Surety Association of America, 1996

(3) Loss of, or loss from damage to, "property other than money and securities" or loss from damage to the "premises" for not more than the:

    (a) Actual cash value of the property on the day the loss was discovered;

    (b) Cost of repairing the property or "premises"; or

    (c) Cost of replacing the property with property of like kind and quality.

We may, at our option, pay the actual cash value of the property or repair or replace it.

If we cannot agree with you upon the actual cash value or the cost of repair or replacement, the value or cost will be determined by arbitration.

b. We may, at our option, pay for loss of, or loss from damage to, property other than "money":

    (1) In the "money" of the country in which the loss occurred; or

    (2) In the United States of America dollar equivalent of the "money" of the country in which the loss occurred determined by the rate of exchange on the day the loss was discovered.

c. Any property that we pay for or replace becomes our property.

## C. General Definitions

1. "Employee" means:

    a. Any natural person:

        (1) While in your service (and for 30 days after termination of service); and

        (2) Whom you compensate directly by salary, wages or commissions; and

        (3) Whom you have the right to direct and control while performing services for you; or

    b. Any natural person who is furnished to you to:

        (1) Substitute for a permanent "employee" on leave; or

        (2) Meet seasonal or short-term work load conditions;

    while that person is subject to your direction and control and performing services for you, excluding, however, any such person while having care and custody of property outside the "premises".

But "employee" does not mean any:

    (1) Agent, broker, person leased to you by a labor leasing firm, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

    (2) Director or trustee except while performing acts coming within the scope of the usual duties of an employee.

2. "Money" means:

    a. Currency, coins and bank notes in current use and having a face value; and

    b. Travelers checks, register checks and money orders held for sale to the public.

3. "Property Other Than Money And Securities" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property listed in any Crime Coverage Form as Property Not Covered.

4. "Securities" means negotiable and nonnegotiable instruments or contracts representing either "money" or other property and includes:

    a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

    b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

Copyright, Insurance Services Office, Inc., 1996
Copyright, The Surety Association of America, 1996
**CR 10 00 04 97**    □

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 Copyright, Insurance Services Office, Inc., 1998

IL 00 21 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

 © ISO Properties, Inc., 2001 ☐

**2.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

 © ISO Properties, Inc., 2001

IL 01 90 03 97

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ALABAMA CHANGES – ACTUAL CASH VALUE

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

IL 01 90 03 97

Copyright, Insurance Services Office, Inc., 1996

IL 09 35 08 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

A. We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  1. The failure, malfunction or inadequacy of:

     a. Any of the following, whether belonging to any insured or to others:

        (1) Computer hardware, including microprocessors;

        (2) Computer application software;

        (3) Computer operating systems and related software;

        (4) Computer networks;

        (5) Microprocessors (computer chips) not part of any computer system; or

        (6) Any other computerized or electronic equipment or components; or

     b. Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

     due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  2. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

B. If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  1. In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  2. Under the Commercial Property Coverage Part:

     a. In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss – Special Form; or

     b. In a Covered Cause of Loss under the Causes Of Loss – Basic Form or the Causes Of Loss – Broad Form;

  we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

C. We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

IL 09 60 11 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION OF ACTS OF BIOLOGICAL OR CHEMICAL TERRORISM; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A.** The following definitions are added with respect to the provisions of this endorsement:

**1.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

**a.** The act resulted in aggregate losses in excess of $5 million; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**2.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not certified as a terrorist act pursuant to the federal Terrorism Risk Insurance Act of 2002. However, "other act of terrorism" does not include an act which meets the criteria set forth in Paragraph **b.** of the definition of "certified act of terrorism", when such act resulted in aggregate losses of $5 million or less.

**B.** The following exclusion is added:

### EXCLUSION OF AN "OTHER ACT OF TERRORISM"

We will not pay for loss or damage caused directly or indirectly by an "other act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. But this exclusion applies only when one or both of the following are attributed to such act:

**1.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

© ISO Properties, Inc., 2002

☐

**2.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

## C. Cap On Certified Terrorism Losses

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

## D. Application Of Other Exclusions

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

© ISO Properties, Inc., 2002
**IL 09 60 11 02**    ☐

## ·· PREMIUM AUDIT CONDITION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK
EMPLOYEE BENEFITS LIABILITY COVERAGE FORM

The following is added to the premium audit condition of the policy:

The due date for audit and retrospective premiums is the date of the billing.

Includes Copyrighted Material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 2000

LC 87 00 03 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

### EXCLUSION - ASBESTOS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM
COMMERCIAL AUTO COVERAGE PART
GARAGE COVERAGE PART
TRUCKERS COVERAGE PART
FARM COVERAGE PART
PRODUCTS AND COMPLETED OPERATIONS COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART

This insurance does not apply to:

"Bodily injury", "property damage", or "personal and advertising injury" arising out of or related in any way to asbestos or asbestos -containing materials.

We shall not have the duty to defend any such claim or "suit".

LC 87 00 03 99

Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MEDICAL EXPENSE AT YOUR REQUEST ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

**COVERAGE C - MEDICAL PAYMENTS** Insuring Agreement on the COMMERCIAL GENERAL LIABILITY COVERAGE PART and **Coverage 2. Medical Expenses** on the BUSINESSOWNERS LIABILITY COVERAGE FORM are amended by the addition of the following:

If **MEDICAL PAYMENTS** or **Medical Expenses** are not otherwise excluded from the policy, medical expenses will be paid only if an insured has requested that we pay such expenses.

Includes Copyrighted Material of Insurance Services Office, Inc., with its permission.
Copyright, ISO Properties, Inc., 2002

## IMPORTANT NOTICE
## BUSINESS INCOME WAITING PERIOD

If your Policy provides Business Income Coverage, your Business Income Coverage will begin 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises, unless the Policy contains one of the following amendatory endorsements:

1.    CP 15 55 Business Income Changes - Time Period which amends the 72 hour waiting period to 24 hours; or

2.    CP 15 56 Business Income Changes – Beginning of the Period of Restoration (No Waiting Period) which amends the 72 hour waiting period to no waiting period.

This Notice does not expand or increase coverage in your Policy or any endorsements attached to the Policy. The Policy and accompanying endorsements remain subject to all exclusions, limitations and conditions. If you would like more information about this coverage, please contact your agent.

**NP 72 16 05 02**                                                                    **Page 1 of 1**

The member companies of OHIO CASUALTY GROUP
9450 Seward Road, Fairfield, Ohio 45014 www.ocas.com

## POLICYHOLDER DISCLOSURE NOTICE OF
## INSURANCE COVERAGE FOR CERTIFIED ACTS OF TERRORISM

You are hereby notified that under the Terrorism Risk Insurance Act of 2002, effective November 26, 2002, that you now have a right to purchase insurance coverage for losses arising out of acts of terrorism, as defined in Section 102(1) of the Act. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States - to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property; or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

YOU SHOULD KNOW THAT COVERAGE PROVIDED BY THIS POLICY FOR LOSSES CAUSED BY CERTIFIED ACTS OF TERRORISM IS PARTIALLY REIMBURSED BY THE UNITED STATES UNDER A FORMULA ESTABLISHED BY FEDERAL LAW. UNDER THIS FORMULA, THE UNITED STATES PAYS 90% OF COVERED TERRORISM LOSSES EXCEEDING THE STATUTORILY ESTABLISHED DEDUCTIBLE PAID BY THE INSURANCE COMPANY PROVIDING THE COVERAGE. THE PREMIUM CHARGED FOR THIS COVERAGE DOES NOT INCLUDE ANY CHARGES FOR THAT PORTION OF THE LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT.

TERRORISM INSURANCE COVERAGE

Your policy has been issued with Terrorism Coverage. The premium for this coverage is shown on your policy declarations as "Certified Acts of Terrorism Coverage". If you accept Terrorism Coverage, no action on your part is required.

REJECTION OF TERRORISM INSURANCE COVERAGE

Should you choose not to accept Terrorism Coverage, you have 45 days from the date of issuance of this notice to reject Terrorism Coverage. If you elect to reject the Terrorism Coverage within the next 45 days, sign your name on the Policyholder/Applicant's Signature line on the reverse side and return this form to:

> Ohio Casualty Group
> Attn: Commercial Lines Division - Terrorism
> 9450 Seward Road
> Fairfield OH 45014

NP 72 42 01 03

Upon receipt of your signed rejection notice, we will endorse your policy to exclude Terrorism Coverage for the current policy term, returning premium or adjusting your account balance, subject to a Minimum Premium, as appropriate. In addition to adjusting the terrorism premium, we will attach a terrorism exclusion to your policy.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

( )    I hereby reject Terrorism Coverage for this policy and elect to have the exclusion for Terrorism Coverage added. I understand that I will have no coverage for losses arising from acts of terrorism.

| Policyholder/Applicant's Signature | Print Name | Date Signed |
|---|---|---|

Named Insured                                    Policy Number

Policy Effective/Expiration Date


## DISCLAIMER FOR STANDARD FIRE POLICY STATES

If your policy contains a Property Coverage Part and/or Inland Marine Coverage Part and covers property located in a "Standard Fire Policy State" as designated below, and you elect to exclude Terrorism Coverage, the terrorism exclusion will not exclude fire losses resulting from an act of terrorism.

Standard Fire Policy States:

For Commercial Property:

| Arizona | California | Connecticut | Georgia |
|---|---|---|---|
| Hawaii | Idaho | Illinois | Iowa |
| Maine | Massachusetts | Missouri | New Jersey |
| New York | North Carolina | North Dakota | Oregon |
| Pennsylvania | Rhode Island | Virginia | Washington |
| West Virginia | Wisconsin | | |

For Commercial Inland Marine:

| California | Georgia | Hawaii | Maine |
|---|---|---|---|
| Missouri | New Jersey | Oregon | Pennsylvania |
| Wisconsin | | | |

Commercial Lines Division - Terrorism
9450 Seward Road
Fairfield, Ohio 45014

**NP 72 42 01 03**

Page 2 of 2

# IMPORTANT NOTICE
# TO POLICYHOLDERS

THIS EXPLANATION IS NOT PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY. YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATION OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

New and Revised Company Endorsements 2003

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these forms and endorsements.

**Please read your policy, these changes only affect you if any of the form(s) or endorsement(s) listed below are shown in the Policy Forms and Endorsement section of your policy.**

RESTRICTION IN COVERAGE

LC 87 13 03 03 - Exclusion - Wood Preservative Chemicals

Policies that contain this endorsement have been revised to exclude coverage for bodily injury and property damage because of chemicals or wood preservatives in wood products or building materials manufactured, sold or distributed by you.

LC 87 14 03 03 - New Jersey Changes - Chromated Copper Arsenate Exclusion

Policies that contain this endorsement have been revised to exclude coverage for bodily injury and property damage because of Chromate Copper Arsenate in wood products or building materials manufactured, sold or distributed by you.

CG 84 94 10 02 - Blanket Exclusion - Consolidated Insurance Program (Wrap-Up)

Policies that contain this endorsement have been revised to exclude premises operations and products/completed operations coverage when you enter into a contract which is covered under a Consolidated Insurance Program (Wrap-Up).

CLARIFICATION OF COVERAGE

CG 84 82 11 02 - Exclusion - Fungi or Bacteria
CG 84 83 11 02 - Limited Fungi or Bacteria Coverage

The definition of Fungi has been amended and does not include fungi intended by the insured for consumption or contained within any food product sold or distributed by the insured.

CG 84 08 03 03 - Exclusion - Exterior Insulation Finish System

Amended the name of this system from Exterior Insulation and Finish System to Exterior Insulation Finish System.

CG 84 18 11 02 - General Liability Master Pak Plus For Manufacturers

CG 84 76 03 03 - General Liability Master Pak Plus for Manufacturers (Texas)

Removed the Volunteers As Insured section from this endorsement as volunteers are now included as insureds in the ISO CG 00 01 10 01 edition of the Commercial General Liability Coverage Form.

CG 83 37 03 03 - Manufacturers or Distributors Extension Endorsement

Endorsement revised to amend the Additional Insured - Vendors section to align with the industry's standard wording for this coverage.

The member companies of **OHIO CASUALTY GROUP**

9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# IMPORTANT NOTICE TO POLICYHOLDERS
# PROPERTY MASTER PAK ENDORSEMENTS

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

| | |
|---|---|
| CP 71 41 06 03 | PROPERTY MASTER PAK |
| CP 71 48 06 03 | PROPERTY MASTER PAK PLUS FOR HOTELS |
| CP 71 49 06 03 | PROPERTY MASTER PAK PLUS FOR GOLF COURSES |
| CP 71 54 06 03 | PROPERTY MASTER PAK PLUS FOR RESTAURANTS |
| CP 71 56 06 03 | PROPERTY MASTER PAK PLUS FOR MANUFACTURERS |
| CP 71 57 06 03 | PROPERTY MASTER PAK PLUS FOR MANUFACTURERS - EXPANDED |
| CP 71 59 06 03 | PROPERTY MASTER PAK PLUS FOR CONSTRUCTION |
| CP 71 60 06 03 | PROPERTY MASTER PAK PLUS FOR BED & BREAKFAST |
| CP 71 63 06 03 | PROPERTY MASTER PAK PLUS FOR ARTISAN CONTRACTORS |
| CP 71 72 06 03 | PROPERTY MASTER PAK PLUS FOR FINANCIAL INSTITUTIONS |
| CP 71 76 06 03 | PROPERTY MASTER PAK PLUS FOR AUTOMOBILE SERVICES |
| CP 71 77 06 03 | PROPERTY MASTER PAK PLUS FOR RESTAURANTS - EXPANDED |
| CP 71 78 06 03 | PROPERTY MASTER PAK PLUS |
| CP 72 65 06 03 | PROPERTY MASTER PAK PLUS - EXPANDED |

## I.   BROADENING OF COVERAGES

* **Building Glass**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 59, CP 71 60, CP 71 63, CP 717 2, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

   Building coverage under the Building and Personal Property Coverage Form (CP 00 10) includes glass forming a part of insured buildings or structures. With the latest edition of the Causes of Loss - Special Form (CP 10 30), the sublimit previously applicable to building glass has been removed. As a result, building glass is covered within the limit applying to the building or structure of which it forms a part.

   Accordingly, the previous increased sublimit provided for building glass, has been removed.

* **Tenants Building Glass**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

   Coverage is extended under Your Business Personal Property for loss or damage, up to $5,000 at each described premises, for glass owned by you or for which you may be liable that is an integral part of the building you occupy as a tenant but which is not owned by you.

- **Building Coverage**

  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  The limitation for coverage on materials, equipment, supplies and temporary structures used for making additions, alterations or repairs to building or structures insured under the policy being within 100 feet of such building or structure, is increased to a distance of 1,000 feet.

- **Coverage Extensions**

  (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  The limitation of coverage being provided under the Coverage Extensions for property within 100 feet of the described premises is increased to a distance of 1,000 feet.

- **Sales Samples**

  (CP 71 56 and CP 71 57)

  The applicable Limit of Insurance for the Sales Samples Coverage Extension has been increased to $10,000 for any one occurrence.

- **Property Off-Premises**

  (CP 71 56 and CP 71 57)

  Coverage for tools of the insured is extended as a result of the removal of such as an identified type of property for which the Property Off-Premises Coverage Extension does not apply.

- **Patterns, Dies, Molds and Forms - Owned by Customers**

  (CP 71 56 and CP 71 57)

  A Coverage Extension for patterns, dies, molds and forms owned by customers which are in your care, custody or control has been included, under Your Business Personal Property, while such property is at premises described in the policy or in transit between such premises or those of the customer. Coverage for Patterns, Dies, Molds and Forms - Owned by Customers is subject to any one occurrence limit of $15,000.

- **Property In Transit**

  (CP 71 56 and CP 71 57)

  The applicable Limit of Insurance for the Property In Transit Additional Coverage Extension, within the Causes of Loss - Special Form, has been increased to $15,000.

- **Business Income From Dependent Properties**

  (CP 71 56 and CP 71 57)

  Coverage is extended for actual loss of Business Income sustained as a result of suspension of your business operations during the period of restoration caused by direct physical loss or damage to dependent property, caused by or resulting from a covered cause of loss.

  Dependent property means properties operated by others upon whom you depend to deliver materials or services (exclusive of water, power or communication), accept your products or services, manufacture products for delivery to your customers under contract of sale or attract customers to your business.

  The period of restoration begins 72 hours after the direct physical loss or damage to dependent property that results from a covered cause of loss. The maximum we will pay under this extension is $50,000.

## II. REDUCTION OF COVERAGE

- **Building Glass**

  (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

  If your previous policy included Glass Coverage Form (CP 00 15) or the Building Glass Coverage endorsement (CP 71 16) and Covered Property is subject to the Causes of Loss - Special Form (CP 10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

- **Valuable Papers and Records (Other Than Electronic Data)**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 72, CP 71 77 and CP 72 65)

   Within the latest edition of the Building and Personal Property Coverage Form (CP 00 10), the prior Valuable Papers And Records - Cost Of Research Coverage Extension has been replaced with a Valuable Papers And Records (Other Than Electronic Data) Coverage Extension. The revised limit of $10,000 per each described premises, provided within the Master Pak endorsements, applies only to Valuable Papers and Records (Other Than Electronic Data) but not to Electronic Data.

   As respects Electronic Data, coverage as provided within the latest edition of the Building and Personal Property Coverage Form (CP 00 10), is provided by the Electronic Data Additional Coverage which is subject to a limit of $2,500 for all loss or damage sustained in any one year, regardless of the number of premises, locations or computer systems involved. The Master Pak endorsements do not increase the limit provided for Electronic Data within the Coverage Form and as such represents a reduction in coverage.

## III. CLARIFICATION OR PROCEDURAL CHANGES

- **Property Off Premises - Including Stock**

   (CP 71 41)

   The latest edition of the Building and Personal Property Coverage Form (CP 00 10) includes Stock within the Covered Property for which the Property Off Premises Coverage Extension applies. As a result, this extension has been removed from this endorsement since it is included within the Building and Personal Property Coverage Form (CP 00 10).

- **Property In Transit**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 60, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   The latest edition of the Causes of Loss - Special Form (CP 10 30) revises the Property In Transit Additional Coverage Extension to provide for payments up to $5,000. As a result, the prior increased limit extended by this endorsement, being equal to or less than that provided by the latest edition of the Causes of Loss - Special Form (CP 10 30), has been removed for the Property In Transit Additional Coverage Extension.

   (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   As modified by this endorsement, coverage for Your Business Personal Property applies while in or on the described building or while in the open (or in a vehicle) within 1,000 feet of the described premises. Accordingly, the Property In Transit Additional Coverage Extension has been modified to acknowledge such applying when in transit beyond 1,000 feet in lieu of 100 feet.
   (CP 71 60)

   As modified by this endorsement, coverage for Your Business Personal Property applies while in or on the described building or while in the open (or in a vehicle) within 2,000 feet of the described premises. Accordingly, the Property In Transit Additional Coverage Extension has been modified to acknowledge such applying when in transit beyond 2,000 feet in lieu of 100 feet.

- **Valuable Papers and Records (Other Than Electronic Data)**

   (CP 71 41, CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 72, CP 71 77, CP 71 78 and CP 72 65)

   The title for this coverage has been changed to correspond with the change in the title for the Coverage Extension provided under the Building and Personal Property Coverage Form (CP 00 10).

- **Inland Marine Coverages**

   (CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

   For clarification in connection with those Inland Marine Coverage Extensions included within this endorsement, reference has been made not only to the Inland Marine Coverage part but as well the specific applicable Coverage Form.

- **Liability for Guests' Property**

(CP 71 48 and CP 71 60)

The title for Guests' Property within the listing of Subject of Insurance for this endorsement has been changed to Liability for Guests' Property to correspond with the basis of coverage as provided within the actual Coverage Extension.

- **Damage to Leased Property**

(CP 71 76)

The title for Property Damage to Leased Premises within the listing of Subject of Insurance for this endorsement has been changed to Damage to Leased Property to correspond with the basis of coverage as provided within the actual Coverage Extension.

- **Your Business Personal Property - Seasonal Increase in Limit of Insurance**

(CP 71 76)

The prior Peak Season Limit of Insurance extension for an additional limit of $10,000 has been replaced with Your Business Personal Property - Seasonal Increase in Limit of Insurance having a limit of $10,000. The new Seasonal Increase in Limit of Insurance extension does not require identification of the period for which the additional limit of insurance applies as implied within the former Peak Season Limit of Insurance extension.

- **Increased Cost Of Construction**

(CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 59, CP 71 60, CP 71 63, CP 71 72, CP 71 76, CP 71 77, CP 71 78 and CP 72 65)

The Increased Cost of Construction Additional Coverage extended by the Building and Personal Property Coverage Form (CP 00 10), which would pay up to the lesser of $10,000 or 5% of the building Limit of Insurance, has been deleted.

Coverage for Increased Cost of Construction resulting from enforcement of ordinances or laws to repair, rebuild or replace buildings or parts thereof resulting from a covered cause of loss, are provided for under the Ordinance or Law - Coverages B and C included in this endorsement. A Limit of Insurance of $50,000 has been provided on a blanket basis for Coverage B - Demolition Cost and Coverage C - Increased Cost of Construction.

- **Business Income (and Extra Expense)**

(CP 71 48, CP 71 49, CP 71 54, CP 71 56, CP 71 57, CP 71 59, CP 71 72 and CP 71 78)

Wording has been added to the Limits of Insurance clause within the Business Income (and Extra Expense) Coverage Form (CP 00 30) to clarify that the most we'll pay for such coverage is the sum of the Limit of Insurance provided within the Master Pak endorsement and any other applicable Limit of Insurance for Business Income (and Extra Expense) provided within the policy.

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014          www.ocas.com

# IMPORTANT NOTICE TO POLICYHOLDERS
# COMMERCIAL PROPERTY CHANGES (06-03)

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

## PROPERTY DAMAGE COVERAGE FORMS

### I.   CHANGES IN COVERAGES - ELECTRONIC DATA
### (CP 00 10, CP 00 17, CP 00 18, CP 00 99)

In the revised policy, electronic data (which is defined) is characterized as Property Not Covered, except as provided under Additional Coverage - Electronic Data. The characterization of electronic data as Property Not Covered is not a comment on the essential nature of electronic data. Rather, Property Not Covered is designed to address situations which serve as exceptions to Covered Property or simply need to be identified as being outside the purview of coverage or full coverage.

Under the Additional Coverage - Electronic Data, coverage is provided for the cost of replacing or restoring electronic data which has been destroyed or corrupted by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Electronic Data coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

Reduction in coverage: The new annual aggregate limit of $2,500 per policy represents a reduction in coverage with respects to losses that would have been covered in the past under Valuable Papers And Records - Cost of Research. The previous coverage was in the amount of $2,500 per premises for each occurrence, unless the Declarations showed a higher limit.

Potential broadening of coverage: As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that such losses would not have been covered in the past, the Additional Coverage - Electronic Data represents a broadening of coverage.

## II.  CLARIFICATION OR PROCEDURAL CHANGES

### ● REPLACEMENT COST OPTION COVERAGE

In form CP 00 10, this Optional Coverage is revised to clarify that replacement cost coverage applies to tenants' improvements and betterments if the conditions of coverage are met.

In form CP 00 17, this Optional Coverage is revised to clarify that replacement cost coverage applies to personal property owned indivisibly by all unit owners, and to fixtures, improvements, alterations and appliances within a unit if such property is covered in the policy.

In form CP 00 10, CP 00 17 and CP 00 18, this Optional Coverage is revised to more explicitly convey that the insured is not required to rebuild on the original premises, but the replacement cost is limited to the cost that would have been incurred in rebuilding at the original location.

### ● DEBRIS REMOVAL LIMIT OF INSURANCE (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)

The Debris Removal Additional Coverage is revised to clarify the provisions governing the amount of coverage, and to incorporate the excess limit which is currently found in the Limits of Insurance clause. Examples are added to illustrate how the amount of coverage is determined.

### ● INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)

The Additional Coverage - Increased Cost Of Construction currently contains an exclusionary provision relating to pollution. Text is added to make it explicit that the exclusion regarding pollution affects all aspects of the Increased Cost Of Construction coverage.

### ● VALUABLE PAPERS AND RECORDS (OTHER THAN ELECTRONIC DATA) (CP 00 10, CP 00 17, CP 00 18, CP 00 99)

Valuable papers and records (other than electronic data) are addressed in a Coverage Extension of that title. There is no change in coverage.

### ● LIMITED LIABILITY COMPANIES (CP 00 10, CP 00 17, CP 00 18, CP 00 40, CP 00 70, CP 00 88, CP 10 30)

In various coverage forms the Personal Effects and Property of Others coverage extension are revised to recognize members, managers and Limited Liability Companies.

Additionally, in CP 00 40 and CP 00 70 the Additional Insureds and Newly Acquired Organizations coverage extensions are revised to recognize Limited Liability Companies.

### ● LOSS PAYMENT CONDITION (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)

Language is added to the Loss Payment Condition to clarify that determination of value is subject to the applicable Valuation Condition or any provision which amends or supersedes it.

### ● VACANCY PROVISION (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 99)

The language of the Vacancy Condition is revised to:

- ● Clarify that rented space must be used to conduct customary operations, if a condition of vacancy is to be avoided.
- ● Restate the percentage threshold for vacancy under an owner's policy, with no change in the actual threshold.
- ● Add reference to the total square footage
- ● Add references to a general lessee, lessee, sub-lessee and building owner, in various parts of the provision which relates to an owner's policy.

●   **DEDUCTIBLE CLAUSE (CP 00 10, CP 00 17, CP 00 18, CP 00 20, CP 00 80, CP 00 99)**

The first paragraph of the Deductible clause is revised to elaborate on the interaction between this clause and the Coinsurance Condition in determining loss payment.

The second paragraph of the Deductible clause, which deals with losses to more than one item of insurance in one occurrence, is revised to clarify that the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

●   **INSPECTION AND SURVEYS CONDITION (CP 00 99)**

The Inspection And Survey Condition in CP 00 99, the Standard Property Policy, is revised to clarify that the condition does not apply to inspections, surveys, reports or recommendations made relative to certification of boilers, pressure vessels or elevators under state or municipal statutes, ordinances or regulations.

●   **NEWLY ACQUIRED PROPERTY (CP 00 40)**

The phrase "the total of all" is deleted from the Newly Acquired Property Coverage Extension, thus clarifying the intent that there is building coverage up to $250,000 at each building covered under the Extension, and coverage up to $100,000 for personal property at each building.

## III.   BROADENING OF COVERAGE

●   **SUPPLEMENTARY PAYMENTS - LOSS OF EARNINGS (CP 00 40, CP 00 70)**

The maximum daily payment for loss of earnings under the Supplementary Payments provision is being increased from the current $100 to $250 to more adequately recognize the earnings of many professionals.

●   **ADDITIONAL COVERAGE - INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

A new coverage, Increased Cost of Construction (ICC), is added under Additional Coverages. The ICC is a limited coverage for the increased cost of complying with building codes following covered damage to a building that is insured on a Replacement Cost basis. The ICC provides a limit of $10,000 or 5 % of the Limit of Insurance applicable to the building, whichever is less. For buildings insured under a blanket Limit, the 5% is applied to the value of the building as of time of loss. ICC coverage applies only to the repair, rebuilding or replacement of damaged parts of the building. NOTE: More comprehensive coverage for Ordinance Or Law exposures can be provided by means of an optional endorsement, CP 04 05.

●   **REPLACEMENT COST OPTIONAL COVERAGE - PERSONAL PROPERTY OF OTHERS (CP 00 10, CP 00 17, CP 00 18)**

An option is added to extend Replacement Cost coverage to the personal property of others. The extension may be selected only when Replacement Cost coverage also applies to the Building and/or Business Personal Property insured under the policy.

●   **NEWLY ACQUIRED OR CONSTRUCTED PROPERTY COVERAGE EXTENSION (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

The Newly Acquired or Constructed Property Coverage Extension is revised to:

●   equate the start of the 30-day coverage period (and the inception date for calculation of premium) with the start of construction of covered property;

●   add coverage for business personal property at a newly constructed or acquired building at the insured location;

●   specify that the business personal property itself may be insured property or newly acquired property (e.g., acquisition of another firm's inventory); and

●   add coverage for newly acquired business personal property at the described building insured under the policy.

CAUTION: The Extension does not apply to:

- property at a fair, trade show or exhibition; or

- personal property temporarily in the insured's possession either in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **NON-OWNED DETACHED TRAILERS (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

This new Coverage Extension provides limited coverage on non-owned detached trailers. Coverage is based on contractual responsibility and is provided in the amount of $5,000, unless a higher limit is shown in the Declarations. The Coverage Extension is subject to the Causes of Loss Form that applies to the insured's business personal property (therefore, theft is covered only if Special Causes of Loss Form applies, provided such Form has not been endorsed to exclude theft.

- **PROPERTY OFF-PREMISES (CP 00 10, CP 00 17, CP 00 18, CP 00 99)**

The Property Off-Premises Coverage Extension is revised to include limited coverage for stock, property at a storage location leased mid-term and property at a fair, trade show or exhibition.

## IV.  POTENTIAL REDUCTION OF COVERAGE

- **INCREASED COST OF CONSTRUCTION (CP 00 10, CP 00 17)**

The Additional Coverage - Increased Cost Of Construction is revised to specify that such coverage does not respond to losses related to enforcement of laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- **COLLAPSE COVERAGE (CP 00 20, CP 00 70, CP10 20, CP 10 30)**

Under the Additional Coverage - Collapse, a definition of collapse is introduced to explicitly set forth the intended coverage.

The definition requires an abrupt falling down or caving in of the building or part of the building. The definition affects losses caused by hidden decay, hidden insect or vermin damage, or use of defective materials or methods in construction, remodeling or renovation. Other causes of loss named in the Collapse Additional Coverage are not affected by the definition of collapse because they are covered by the policy irrespective of whether there is a collapse.

- **ELECTRONIC DATA - LEGAL LIABILITY AND MORTGAGEHOLDERS ERRORS AND OMISSIONS (CP 00 40, CP 00 70)**

Under revised Legal Liability Coverage Form CP 00 40, Covered Property does not include electronic data.

In revised Mortgageholders Errors And Omissions Coverage Form CP 00 70, under Coverage A (Mortgageholders Interest) and Coverage B (Property Owned Or Held In Trust), Covered Property does not include electronic data.

## BUSINESS INTERRUPTION COVERAGE FORM

## I.  CHANGES IN COVERAGE - INTERRUPTION OF COMPUTER OPERATIONS (CP 00 30, CP 00 32, CP 00 50)

In the past, coverage for business income loss due to damage to electronic media and records was limited to the longer of 60 days or the time needed to restore other property (unless a greater number of days was provided via endorsement CP 15 29. These time limitations, including amendment via CP 15 29, no longer apply.

In the revised policy, under an Additional Coverage - Interruption Of Computer Operations, coverage is provided for business income loss and/or extra expense (depending on the Coverage Form used in a particular policy) arising from a business interruption caused by destruction or corruption of electronic data by a Covered Cause of Loss. The Covered Causes of Loss in this situation are certain named perils, including computer virus as limited. The Interruption Of Computer Operations coverage is subject to an annual aggregate limit of $2,500 per policy, which applies regardless of the number of occurrences, premises, locations or computer systems involved.

Reduction in coverage: In comparison to the time limitation used in the past, the new aggregate dollar limit represents a reduction in business income coverage. Coverage is also reduced for extra expense, because the aforementioned time limitation did not affect extra expense; the new aggregate limit affects business income and extra expense.

Potential broadening of coverage: As revised, the policy explicitly provides coverage under certain circumstances for corruption of electronic data, a type of loss which was not explicitly addressed in the policy in the past. The revised policy also makes it explicit that a computer virus is a covered cause of loss in many circumstances. To the extent that business interruptions related to such losses would not have been covered in the past, the Additional Coverage - Interruption Of Computer Operations represents a broadening of coverage.

## II. CLARIFICATION OR PROCEDURAL CHANGES

### ● BUSINESS INCOME - SALES VALUE OF PRODUCTION (CP 00 30, CP 00 32)

The coverage grant in the business income forms is revised to state explicitly that, for manufacturing risks, net income includes the net sales value of production.

### ● EXTRA EXPENSE COVERAGE (CP 00 30, CP 00 50)

The Extra Expense coverage grant, as revised, omits explicit reference to the expense of replacing valuable papers and records. The new limitations on electronic data, discussed above, affect valuable papers and records stored as electronic data. There is no particular restriction (and no change in coverage) relating to valuable papers and records in the paper medium.

The Extra Expense coverage grant is revised to clarify that repair or replacement of property is covered only to the extent that it reduces the amount of loss that otherwise would have been payable under the Coverage Form (CP 00 30 or CP 00 50).

### ● EDITORIAL CHANGE TO CP 00 30 and CP 00 32

The text of the Extended Period of Indemnity option is revised to make reference to subparagraphs (1)(b) and (2)(b) of the Extended Business Income grant since the Extended Period of Indemnity option is intended to apply to both rental value (2)(b) and other-than-rental-value (1)(b).

### ● TIME ELEMENT - SUSPENSION OF OPERATIONS (CP 00 30, CP 00 32, CP 00 50)

A definition of the term suspension is introduced. Suspension of operations includes the slowdown or cessation of your business activities.

### ● RENTAL VALUE (CP 00 30, CP 00 32)

The definition of rental value has been revised to emphasize that continuing normal operating expenses are included and non-continuing expenses are deducted in computing loss of rental value.

## III. BROADENING OF COVERAGE

### ● TENANTS' PREMISES (CP 00 30, CP 00 32, CP 00 50)

With respect to insureds who occupy part of a building, the meaning of premises is expanded to include any area within the building or on the site at which the tenant's premises are located, if that area services, or is used to gain access to, the tenant's premises.

● **ALTERATIONS, NEW BUILDINGS AND NEW LOCATIONS (CP 00 30)**

The following are extended to apply to Extra Expense coverage: Additional Coverage - Alterations And New Buildings and Coverage Extension - Newly Acquired Locations.

## IV. REDUCTION OF COVERAGE

● **MAXIMUM PERIOD OF INDEMNITY OPTIONAL COVERAGE (CP 00 30)**

When this option is made applicable to the policy, recovery for loss of business income and extra expense is limited to the amount of such loss or expense sustained during the 120 days following property damage, subject to the Limit of Insurance. Previously, this option applied only to business income loss.

### CHANGES IN GLASS COVERAGE

● The Commercial Property Coverage Part includes coverage for glass that is part of a building or part of business personal property, if the building or business personal property qualifies as Covered Property. The covered causes of loss for such property are determined by the Causes of Loss Form that applies to Covered Property.

● If your previous policy did not include Glass Coverage Form CP 00 15, then either explanation (A) or (B) applies:

(A) If the Covered Property is subject to the Causes of Loss - Basic Form (CP 10 10) or Causes of Loss - Broad Form (CP 10 20), coverage is broadened in that the vandalism causes of loss no longer contains an exception for glass property. Under CP 10 20, coverage is also reduced, in that the $500 Additional Coverage - Breakage of Glass (applicable to causes of loss not otherwise covered under CP 10 20) is eliminated.

(B) If the Covered Property is subject to the Causes of Loss - Special Form (CP 10 30), coverage on glass is broadened. Coverage under CP 10 30 is expanded to include glass breakage caused by a cause of loss that is not otherwise excluded, and damage caused by chemicals applied to glass. The coverage for glass breakage is accomplished by removal of a previous limitation. The new edition of CP 10 30 also includes an Additional Coverage Extension pertaining to temporary plates and removal of obstructions.

● If your previous policy included Glass Coverage Form CP 00 15 and Covered Property is subject to the Causes of Loss - Special Form (CP10 30) under your new policy, the following disclosure applies: Coverage for glass breakage is reduced in that CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

● The previous Building Glass Coverage endorsement CP 71 16 option has been withdrawn and is no further available. If your previous policy included this endorsement, under your new policy the following disclosure applies:

Coverage for glass breakage is reduced to the causes of loss extended by the applicable Cause of Loss Form. As an example, the Causes of loss - Basic Form CP 10 10 and Causes of Loss - Broad Form CP 10 20 extends coverage on a more limited named causes of loss basis.

Further, the Causes of Loss - Special Form CP 10 30 does not cover earthquake or flood. But if your policy is endorsed to cover earthquake and flood (separate endorsements), then glass coverage under the new policy is substantially equivalent to the old.

## CAUSES OF LOSS FORMS
### (AND CAUSES OF LOSS SECTIONS OF CP 00 70 AND CP 00 99 AS LISTED IN INDIVIDUAL ITEMS)

## I.   CLARIFICATION OR PROCEDURAL CHANGES

- ### EARTH MOVEMENT EXCLUSION (CP 10 10, CP10 20, CP 10 30, CP 00 70, CP 00 99)

   The Earth Movement Exclusion is revised to separate the various types of earth movement into different paragraphs, and to provide some detail on the terms earth sinking, rising and shifting, including explicit reference to soil conditions, the actions of water, and settling.

- ### WATER DAMAGE NAMED PERIL (CP 10 20)

   The Water Damage peril is revised to clarify that it is intended to respond only to losses which involve the breaking apart or cracking of an on- premises system or on-premises appliance, The description of water damage under the Additional Coverage - Collapse is revised to follow suit.

   The peril is also revised to specify that coverage does not include discharge or leakage from roof drains, gutters, downspouts or similar fixtures or equipment. Such equipment is not considered to be a covered system under the term of this peril.

- ### SPECIFIED CAUSES OF LOSS (CP 10 30)

   In the Causes of Loss - Special Form, the definition of "specified causes of loss" (named perils which apply under certain circumstances) is revised to clarify that water damage relates to the breaking apart or cracking of an on- premises system or on-premises appliance.

- ### SPECIAL FORM LIMITATION ON VALUABLE PAPERS AND RECORDS (CP 10 30)

   This limitation does not apply to prepackaged software programs.

- ### EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

   Language is added in the section of the form pertaining to exclusions, to emphasize that exclusions apply whether the loss event results in widespread damage or affects a substantial area.

- ### EXCLUSION OF NEGLECT (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

   To complement and reinforce the Duties In The Event of Loss Or Damage condition in the coverage forms, which requires the insured to take all reasonable steps to protect the Covered Property from further damage, an exclusion pertaining to neglect is introduced.

- ### CORPORATIONS AND LIMITED LIABILITY COMPANIES (CP 10 30)

   The exclusion pertaining to dishonest and criminal acts is revised to recognize members, officers and managers.

- ### UTILITY SERVICES EXCLUSIONS (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)

   A statement has been added to the Utility Services exclusions, explaining that failure of power or other utility service includes lack of sufficient capacity and a reduction in the supply of the service.

## II.   BROADENING OF COVERAGE

- ### WEIGHT OF ICE, SNOW AND SLEET (CP 10 20, CP 10 30)

   Coverage is no longer precluded for loss or damage to gutters and downspouts caused by the weight of ice, snow or sleet.

- ### PROPERTY IN TRANSIT (CP 10 30)

   Named perils coverage for personal property in transit, in or on a motor vehicle owned, leased or operated by the insured, is increased to $5,000.

- **TIME ELEMENT PERIOD OF INDEMNITY CANCELLATION OF CONTRACT (CP 10 10, CP 10 20, CP 10 30)**

  An exception (applicable to Business Income coverage forms) allows coverage for loss of business income related to suspension, lapse or cancellation of a license, lease or contract, if the suspension, lapse or cancellation was directly caused by a covered suspension of the insured's operations. The exception is revised to extend coverage to apply during an Extended Business Income period and any applicable optional extension.

## III. REDUCTION OF COVERAGE

- **LOSSES INVOLVING FUNGUS, WET ROT, DRY ROT OR BACTERIA (CP 10 10, CP 10 20, CP 10 30, CP 00 70, CP 00 99)**

  In the past, coverage for loss caused by fungus (including mold, wet rot and dry rot) was provided when the fungus resulted from a Covered Cause of Loss. Under property damage forms, the Limit of Insurance on the affected property was the maximum payable for the total of all damages (by the covered cause of loss and fungus) to the covered property. Under business interruption forms, the period of restoration, as defined in the forms, applied without exception to a suspension of operations involving fungus. Such coverage, for property damage and business interruption, still applies when fungus results from a fire or lightning loss.

  As revised, the policy provides limited coverage when fungus results from a Covered Cause of Loss other than fire or lightning (Forms CP 10 10, CP 10 20, CP 00 99) or a specified cause of loss other than fire and lightning (as defined in forms CP 10 30, CP 00 70). Property damage coverage is subject to a $15,000 annual aggregate limit per policy (unless such limitation is increased via endorsement CP 04 31). The $15,000 (or higher) limit, which does not increase the amount of insurance on the affected property, represents a reduction in coverage. Under business interruption coverage (provided that a particular policy includes such coverage), when a business interruption is attributable to fungus, the period of restoration is limited to 30 days (not necessarily consecutive days). When fungus prolongs a business interruption that is attributable to other damage, a delay of up to a total of 30 days is covered (regardless of when the delay occurs during the period of restoration). In each case, the 30-day period (or a longer period if endorsed via CP 04 31) represents a reduction in coverage.

## IV. POTENTIAL REDUCTION OF COVERAGE

- **EXCLUSION OF CONTINUOUS OR REPEATED SEEPAGE OR LEAKAGE OF WATER OR STEAM (CP 10 10, CP 10 20, CP 10 30, CP 00 99)**

  This exclusion has been revised by adding reference to the presence or condensation of humidity, moisture or vapor. The exclusion addresses conditions which persist over a period of 14 or more days.

## ENDORSEMENTS

## I. CLARIFICATION OR PROCEDURAL CHANGES

- **CP 13 60    REPORT OF VALUES**

  The instructions contained in CP 13 60 are revised to refer to this report instead of this endorsement.

- **CP 04 15    ENDORSEMENT: DEBRIS REMOVAL ADDITIONAL INSURANCE**

  In the underlying coverage forms, the language concerning debris removal is deleted from the Limits of Insurance clause and incorporated into the Debris Removal Additional Coverage. This change in format necessitates editorial changes to optional endorsement CP 04 15, which allows an increase in the amount of debris removal coverage.

- **CP 12 11    BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

  The endorsement is revised to eliminate information pertaining to an obsolete Underwriters Laboratories classification system. Further, the endorsement no longer refers to Underwriters Laboratories certification since there are many organizations that evaluate alarm systems.

- **CP 11 20    BUILDERS RISK - COLLAPSE DURING CONSTRUCTION**

  Paragraph references are revised due to Format changes in the Causes of Loss forms.

- **CP 01 53    COLLAPSE CHANGES (WITHDRAWN)**

  This endorsement corrects paragraph references in the 1995 edition of CP 00 20 and CP 00 70. It is not applicable to the new edition of the forms.

- **CP 10 37    RADIOACTIVE CONTAMINATION**

  The word "or" in paragraphs A.1. and B.1. of the endorsement is replaced by the word "including", thereby appropriately connecting the sub-paragraph on "resultant" damage to the description which precedes it.

- **CP DS 01    COMMERCIAL PROPERTY COVERAGE PART SUPPLEMENTAL DECLARATIONS**

  (replaces CP 12 05 11 85)

  **CP DS 02    COMMERCIAL PROPERTY COVERAGE PART RENEWAL ENDORSEMENT**

  (replaces CP 12 40 11 85)

  **CP DS 03    STANDARD PROPERTY POLICY RENEWAL ENDORSEMENT** (replaces CP 12 99 07 88)

  **CP DS 04    REPORTED, ACQUIRED, INCIDENTAL LOCATIONS SCHEDULE**
  (replaces CP 19 13 07 88)

  **CP DS 05    LEGAL LIABILITY COVERAGE SCHEDULE** (replaces CP 19 40 11 85)

  **CP DS 06    EARTHQUAKE - VOLCANIC ERUPTION COVERAGE SCHEDULE**
  (replaces CP 19 45 08 99)

  **CP DS 07    LEASEHOLD INTEREST COVERAGE SCHEDULE** (replaces CP 19 60 11 85)

  A new forms naming convention (prefix "DS") is introduced to identify forms which are in the category of declarations or schedules.

- **CP 15 24    MINING PROPERTIES - BUSINESS INCOME**

  A Schedule and accompanying footnote are added to the endorsement. The Schedule enables selection of the appropriate coverage option provided by the endorsement: No Underground Coverage, Limited Underground Coverage or Broad Underground Coverage.

- **CP 15 08    BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

  **CP 15 09    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

  **CP 15 31    ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION**

  **CP 15 34    EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

  To recognize that the term suspension is now a defined term, these endorsements are revised to add quotation marks to the word suspension (in the phrase suspension of operations).

- **CP 04 05    ORDINANCE OR LAW COVERAGE ENDORSEMENT**

**CP 15 31    ORDINANCE OR LAW INCREASED PERIOD OF RESTORATION ENDORSEMENT**

These endorsements contain an exclusionary provision relating to pollution. In the revised endorsements, text has been added to make it explicit that such exclusion affects all aspects of the Ordinance Or Law coverage.

- **CP 15 45    UTILITY SERVICES - TIME ELEMENT**

The revised endorsement includes a paragraph explaining the function of the Schedule entry for a Limit of Insurance. The title of that Schedule entry is revised to make it more explicit.

- **CP 15 08    BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

**CP 15 09    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

**CP 15 34    EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

Under these endorsements, contributing locations (a property that delivers materials or services to the insured) do not include suppliers of water, communication service or power. In the revised endorsements, there is explicit mention that services relating to Internet access (or access to any electronic network) fall under communication supply services.

- **CP 11 05    BUILDERS RISK REPORTING FORM**

**CP 13 10    VALUE REPORTING FORM**

New language has been added to the Premium Adjustment section of these forms, stating that the due date for any additional premium is the date shown on the bill as the due date.

## II.    BROADENING OF COVERAGE

- **CP 10 65 AND CP DS 65 FLOOD COVERAGE ENDORSEMENT AND SCHEDULE**

An optional endorsement is introduced to provide flood coverage. Refer to insurer or agent for additional information.

- **CP 04 60    VACANCY CHANGES**

The new, optional endorsement enables modification of the threshold for determining vacancy of a premises.

- **CP 17 98    CONDOMINIUM COMMERCIAL UNIT OWNERS CHANGES - STANDARD PROPERTY POLICY**

The Newly Acquired Property Coverage Extension in endorsement CP 17 98 is being revised to:

- revise the provision which currently limits coverage at each building to the lesser of 10% of the Business Personal Property Limit or $100,000. Instead, coverage will be provided up to $100,000 at each building;

- specify that the business personal property at the newly acquired location may be insured property that has been relocated to that location, or newly acquired business personal property (e.g., acquisition of another firm's inventory); and

- add coverage for newly acquired business personal property at the described premises.

CAUTION: This Coverage Extension does not apply to personal property of others that is temporarily in the insured's possession in the course of installing or performing work on such property or in the course of manufacturing or wholesaling activities.

- **CP 04 01    BRANDS AND LABELS**

    Under the terms of this optional endorsement, the insured may stamp "salvage" on merchandise that is being taken by the insurer, or remove the brands or labels, subject to certain conditions CP 04 01 is revised to include coverage for costs incurred by the insured in performing the aforementioned activity. This coverage does not increase the applicable Limit of Insurance.

- **CP 15 32    ENDORSEMENT: CIVIL AUTHORITY (TIME ELEMENT)**

    This new, optional endorsement pertains to Business Income and Extra Expense coverage. The endorsement provides the option of replacing the three- week Civil Authority coverage period with a coverage period of 60, 90 or 180 days.

- **CP 15 25    BUSINESS INCOME - EDUCATIONAL INSTITUTIONS**

    An Extension of Recovery Period Option is added to CP 15 25, triggering via the Schedule. This option covers loss of business income sustained during "X" months following physical restoration of the property. This option is presented in Endorsement CP 15 25 as an alternative to the endorsement's more limited Extended Business Income coverage.

    In addition:

    - The Schedule is expanded to accommodate entry of a description of each school term in an annual period, to clarify intended coverage; and

    - The term suspension, now a defined term when used in the phase suspension of operations, is enclosed in quotation marks.

- **CP 04 30    ELECTRONIC COMMERCE (E-COMMERCE)**

    This new, optional endorsement addresses certain exposures related to use of the Internet in conducting business. Coverage, as described and limited in the endorsement, applies to restoration of electronic data and loss of income arising out of interruption of e-commerce activities.

- **CP 04 32    BUSINESS PERSONAL PROPERTY - LIMITED INTERNATIONAL COVERAGE**

    This new, optional endorsement provides property damage coverage on business personal property during a business trip to a foreign territory.

- **CP 04 33    PROPERTY IN PROCESS OF MANUFACTURE BY OTHERS - LIMITED INTERNATIONAL COVERAGE**

    This new, optional endorsement extends property damage coverage on business personal property to raw materials and goods while in the process of manufacture in a foreign territory (outsourcing).

- **CP 15 01    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED INTERNATIONAL COVERAGE**

    **CP 15 02    EXTRA EXPENSE FROM DEPENDENT PROPERTIES - LIMITED INTERNATIONAL COVERAGE**

    Under these new, optional endorsements, the dependent properties are contributing or manufacturing locations in a foreign territory. Each location must be identified.

## III. POTENTIAL REDUCTION OF COVERAGE

- **CP 14 30    OUTDOOR TREES, SHRUBS AND PLANTS**

    **CP 14 40    OUTDOOR SIGNS**

    **CP 14 50    RADIO OR TELEVISION ANTENNAS**

    These endorsements are revised to emphasize that applicable policy provisions affect coverage provided under the endorsements. Particularly relevant exclusions from the underlying forms are incorporated into the endorsements.

- **CP 04 05    ORDINANCE OR LAW COVERAGE ENDORSEMENT**

  **CP 15 31    ORDINANCE OR LAW - INCREASED PERIOD OF RESTORATION ENDORSEMENT**

  These endorsements are revised to specify that ordinance or law coverage does not respond to losses related to enforcement of ordinances or laws which require, for example, demolition or repair of property due to fungus, wet rot, dry rot or bacteria, or the assessment or clean up of fungus, wet rot, dry rot or bacteria.

- **CP 15 08    BUSINESS INCOME FROM DEPENDENT PROPERTIES - BROAD FORM**

  **CP 15 09    BUSINESS INCOME FROM DEPENDENT PROPERTIES - LIMITED FORM**

  **CP 15 34    EXTRA EXPENSE FROM DEPENDENT PROPERTIES**

  As revised, coverage under these endorsements does not apply when the only damage at the premises of the dependent property is damage to electronic data. If the dependent property suffers damage to electronic data and other property, resulting in a suspension of operations at the insured's premises, coverage under these endorsements will not continue after such other property is repaired or replaced.

- **CP 04 17    UTILITY SERVICES - DIRECT DAMAGE**

  Loss or damage to electronic data, caused by an interruption in utility service, is not covered.

- **CP 15 45    UTILITY SERVICES - TIME ELEMENT**

  Coverage under this endorsement does not apply to business income loss or extra expense related to an interruption in utility service which causes loss or damage to electronic data.

## IV.  POTENTIAL CHANGE IN COVERAGE

- **CP 04 05    ORDINANCE OR LAW COVERAGE**

  **CP 04 38    FUNCTIONAL BUILDING VALUATION ENDORSEMENTS**

  Under these endorsements, Ordinance or Law coverage is related to property damage losses. Property damage may involve both covered causes of loss and excluded causes of loss. As revised, these endorsements include a section outlining the circumstances under which Ordinance or Law coverage is and is not triggered. Further, the revised endorsements describe proportionate loss payment for Ordinance or Law losses for the situation where the underlying property damage losses were caused by covered and excluded causes of loss.

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART

# IMPORTANT NOTICE TO POLICYHOLDERS
# EXCLUSION OF AN " OTHER ACT OF TERRORISM"
# (OTHER THAN CERTIFIED ACTS OF TERRORISM)

THIS NOTICE IS NOT A PART OF YOUR INSURANCE POLICY AND IT DOES NOT ALTER ANY OF ITS PROVISIONS OR CONDITIONS.

THE FOLLOWING INFORMATION ONLY GIVES A GENERAL EXPLANATION OF CHANGES IN COVERAGE WHICH MAY HAVE OCCURRED FROM YOUR PRIOR (OR "OLD") POLICY.

YOUR BUSINESS MAY INVOLVE FACTORS THAT REQUIRE YOU TO OBTAIN SPECIFIC INTERPRETATIONS OF THE NEW POLICY WORDING. READ YOUR POLICY CAREFULLY TO DETERMINE RIGHTS, DUTIES, AND WHAT IS AND IS NOT COVERED. ONLY THE PROVISIONS OF YOUR POLICY DETERMINE THE SCOPE OF YOUR INSURANCE PROTECTION.

PLEASE REFER ANY QUESTIONS YOU MAY HAVE TO YOUR INSURANCE AGENT.

One of the following endorsements has been attached to your policy:

IL 09 55    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses

IL 09 60    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

IL 09 65    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

IL 09 70    Exclusion Of Acts Of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism; Coverage For Certain Fire Losses

IL 09 75    Exclusion Of Acts of Biological Or Chemical Terrorism; Cap On Losses From Certified Acts Of Terrorism

The endorsement(s) excludes terrorism losses other than "certified acts of terrorism". For example, domestic terrorism coverage is excluded from your policy. However, in compliance with the Federal Terrorism Risk Insurance Act of 2002, "certified acts of terrorism", as defined in the endorsement, are covered unless you have rejected, in writing, coverage for "certified acts of terrorism" at the time of policy issuance. The exclusion for an "other act of terrorism" applies to acts where:

* The terrorism incident is carried out by means of dispersal or application of pathogenic or poisonous biological materials; or

* Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism incident was to release such materials.

The exclusion does not apply to an event carried out by a foreign interest if the resulting aggregate losses are five million dollars or less.

If endorsements IL 09 55 or IL 09 70 are attached, the terrorism exclusion does not restrict fire coverage due to a statutory requirement. Therefore, losses attributable to fire following an act of terrorism, if otherwise covered, remain covered under such insurance.

The member companies of **OHIO CASUALTY GROUP**

9450 Seward Road, Fairfield, Ohio 45014    www.ocas.com

NP 72 96 04 03

# ADVISORY NOTICE TO POLICYHOLDERS

# COMMERCIAL PROPERTY DEDUCTIBLES

The property deductible on your renewal policy has been increased to $500 for locations that previously included a $250 property deductible. This notice does not apply to locations that previously included or now include a $500 or higher property deductible.

The member companies of **OHIO CASUALTY GROUP**
9450 Seward Road, Fairfield, Ohio 45014 www.ocas.com

# Important Notice
# Notice to Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

The following information only gives a general explanation of changes in coverage which may have occurred from your prior (or old) policy. Your business may involve factors which require you to obtain specific interpretations of the new policy wording. Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

# General Liability Master Pak
# 2004 Revision

This notice has been prepared in conjunction with the implementation of changes to endorsement(s) that maybe attached to your policy. It contains a brief synopsis of the significant broadenings, restrictions and clarifications of coverage that were made in each endorsement listed below. This notice does not reference every editorial change made in these forms and endorsements

PLEASE READ YOUR POLICY, THESE CHANGES ONLY AFFECT YOU IF ANY OF THE FORM(S) OR ENDORSEMENT(S) LISTED BELOW ARE SHOWN IN THE POLICY FORMS AND ENDORSEMENT SECTION OF YOUR POLICY.

CG 83 30 12 03 - General Liability Master Pak
CG 84 07 12 03 - General Liability Master Pak No Medical Payments Extension
CG 84 15 12 03 - General Liability Master Pak For Artisan Contractors
CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)
CG 84 29 12 03 - General Liability Master Pak For Artisan Contractors (Virginia)

## COVERAGE BROADENED:

**Item 1. Blanket Additional Insured** - Sections 3 and 4 of Part D clarifies under what conditions the policy will respond as primary coverage for the additional insured. This section also warrants that we will not ask the additional insureds policy to contribute to a loss we cover

**Item 10. Newly Formed or Acquired Organization** - Coverage is expanded to include other than corporate entities that a named insured forms or acquires. This expansion is due to the growing number of legal entities that have been created by various States in recent years. Also, the 180 day limitation has been discontinued and this now applies during the entire policy term. With this change, the language clarifies that the insured must provide records needed to compute the proper premium for such new entity and that coverage applies for the entire policy term in which the organization was acquired or formed.

**NP 73 43 01 04**

Page 1 of 2

**CLARIFICATION IN COVERAGE:**

**Item 1. Blanket Additional Insured**– Editorial change to clarify that either a contract or agreement must be in writing. Part A. section 2 has been edited to clarify that the additional insured is covered for liability "caused in whole or in part" by the insured. Part D., sections 1 and 2 are added to clarify the additional insureds obligations to cooperate with us in the event of a loss and to clarify that the additional insured has no right of action against us if they did not notify us of a loss. Also, if by virtue of qualifying as an additional insured on other policies the additional insured has other coverage that may respond to a loss or claim, the claim must also be presented to those other carriers.

**Item 2. Fire, Lightening, Explosion And Sprinkler Leakage Damage To Premises You Rent -** clarifies that if this coverage is excluded from the policy, this provision does not apply. Clarifies how the limits of coverage as shown in the declaration apply with this section.

**Item 5. Personal And Advertising Injury- Electronic Publication Extension -** Section h. has been edited to clarify that this coverage does not apply to discrimination or humiliation that resulted from intentional actions or related to the employment, prospective employment, or termination of any person.

**Item 9. Off Premises Care, Custody Or Control Coverage** - Part A., the insuring agreement has been edited to clarify how this coverage applies to personal property and to real property. Exclusion B.3 has been edited to clarify that this coverage does not apply to the cost of repairing work that was incorrectly done by the insured or others working on behalf of the insured.

**EDITORIAL CHANGES:**

**Item 8. Voluntary Property Damage -** Exclusion regarding motor vehicles has been edited to incorporate the defined term "auto".

**EDITORIAL CHANGES:**

CG 84 16 12 03 - General Liability Master Pak Plus For Construction
CG 84 18 12 03 - General Liability Master Pak Plus For Manufacturers
CG 84 75 12 03 - General Liability Master Pak Plus For Construction (Texas)
CG 84 76 12 03 - General Liability Master Pak Plus For Manufacturers (Texas)

**Item 15. Broad Named Insured** - The provision relating to newly formed entities was moved to Section 10, Newly Formed Or Acquired Organizations.

Certain employed health care professionals are covered as persons insured, but only if the purpose of their employment is to provide such services to your employees.

**NP 73 43 01 04**

If the subcontractor work was for labor only, use 90% of the total subcontract cost as the rating basis.

## 4.    What records and documentation are you required to maintain?

Please be sure that you keep clear and accurate records with a breakdown of payrolls and subcontractor costs by type of work performed.  In addition, be sure to obtain and save satisfactory evidence of subcontractor's insurance, such as Certificates of Insurance regarding all of your subcontractors.

On the reverse side of the "Important Notice to Policyholders" we have included a helpful Subcontractor Worksheet,  WS 70 03 06 00, that may assist you to establishing an organized method of monitoring your subcontractor's work and their Certificates of Insurance.

NP 73 47 03 04

Page 1 of 1

### EXAMPLE

**OCG - Protect What's Yours
Subcontractor Worksheet**

**Agency:**

**Policy Number:**

| Name of Subcontractor | Description of Operation | Total Cost Paid to Subcontractor | Cost Paid to Subcontractor for Materials Only | Certificate of Insurance for Workers Comp Coverage (Y) or (N) | Certificate of Insurance for General Liability with at least $300,000 limits per occurrence (Y) or (N) |
|---|---|---|---|---|---|
| Jones Excavating | Foundations excavated | $15,000 | $5,000 | Y | Y |
| Hart Electrical | Residential Electrical Work | $7,000 | $0 | Y | Y |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**WS 70 03 06 00**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# REMOVAL PERMIT

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS STANDARD PROPERTY COVERAGE FORM
BUSINESSOWNERS SPECIAL PROPERTY COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE PART

If Covered Property is removed to a new location that is added by endorsement to the policy subsequent to its original issue, you may extend this insurance to include that Covered Property at each location during removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of the endorsement adding the new location; after that, this insurance does not apply at the previous location.

Includes copyrighted material of Insurance Services Office, with its permission.
Copyright, Insurance Services Office, Inc., 1992

OC 70 35 06 93