UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1125-DRB |
| | ) | |
| ASPHALT PAVING COMPANY, INC., and | ) | |
| EASTDALE MALL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff *West American Insurance Company* filed on August 15, 2006, *a Motion for Summary Judgment,* supported by an evidentiary submission and brief. (Docs. 14, 15, 16). It is, therefore,

**ORDERED** that Defendants show any cause on or before September 11, 2006, why this motion should not be granted. Plaintiff may file a reply on or before September 22, 2006. Absent a request for oral argument, filed by September 26, 2006, the motion shall be deemed submitted for determination.

Done this 16th day of August, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE