IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2005-1391 |
| ) | |
| ASPHALT PAVING COMPANY, INC., ) | |
| Et al. ) | |
| ) | |
| **Defendants.** ) | |

## AFFIDAVIT OF VINCENT ALEXANDER

Before me, the undersigned authority, in and for said state and county, first appeared Vincent Alexander, who being by me first duly sworn did depose and say as follows:

"1.   My name is Vincent Alexander. I am one of the owners of Alexander Sealcoating & Striping, Inc. located in Montgomery, Alabama. I reside in Wetumpka, Alabama. I give this affidavit in connection with that civil litigation known as *Eastale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.   I am familiar with and/or have personal knowledge of the matters stated herein.

3.   I have been in the striping industry for over 38 years. I have been in the asphalt industry for approximately 10 years. I hold a general contractor's license in the State of Alabama.

4.   When re-striping a parking lot to its original layout, a general contractor and its subcontractor should use, and are expected to use, a site plan to ensure that the parking lot is correctly re-striped to the original layout. Prior to overlaying a parking lot, a general contractor

2

and subcontractor should review the site plan. Should a general contractor and/or its subcontractor encounter a difference between what is shown on the site plan and what is present on the ground during the overlaying process, a contractor and/or its subcontractor should make the appropriate inquiries prior to proceeding with the asphalt overlay.

    5.    Alternatively, should a site plan not be available to a general contractor or its subcontractor, contractors (general and subcontractors) should, prior to overlaying the asphalt, prepare a drawing of the parking lot which should reflect the exact number and location of the existing parking spaces. A contractor should count each parking space prior to overlaying the parking lot with asphalt. At a minimum, a contractor should count each row/lane of parking spaces immediately before the row/lane is covered with asphalt."

    Further Affiant sayeth not.

_____
Vincent Alexander

Sworn and subscribed to before me this 7th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 28, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)