IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2005-1391 |
| | ) |
| ASPHALT PAVING COMPANY, INC., | ) |
| Et al. | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF OWEN ARONOV

Before me, the undersigned authority, in and for said state and county, first appeared Owen Aronov, who being by me first duly sworn did depose and say as follows:

"1.   My name is Owen Aronov. I am one of the members of Eastdale Mall, L.L.C. I am also Senior Vice-President of Aronov Realty Management, Inc., the manager of Eastdale Mall ("Eastdale"). I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.   I am familiar with and/or have personal knowledge of the matters stated herein.

3.   The parking lot at Eastdale Mall contains 384 fewer parking spaces than is required by the 4th and 5th Amendments to the Eastdale CORE Agreement (collectively "CORE Agreement"). The CORE Agreement sets forth the duties and obligations of Eastdale Mall, L.L.C. and two of its anchor tenants, Dillards and J.C. Penney. The mall parking lot, as re-striped by Defendants, causes Eastdale to be in breach of the CORE Agreement. As a result, Eastdale Mall, L.L.C. is vulnerable to its anchor tenants' declaring a default and leaving the mall.

This includes not only Dillards and J.C. Penney, but also Sears and Parisians, who can cease operating if Dillards and J.C. Penney cease operating. Small shops located between anchors also rely on traffic generated by the anchors. Once an anchor closes, it reduces sales throughout the center, reduces percentage rent paid by tenants, results in increased vacancies, creates difficulty in renewing leases, and creates difficulty in attracting new tenants for the property. Put simply, a mall like Eastdale cannot be profitable without good quality anchors. The loss of Dillard's, for example, would be devastating to the Mall.

4.  Due to this vulnerability, the value of Eastdale Mall is substantially reduced. A shopping center is valued in part by the cash flow an investor can be assured of realizing over a period of years. Value, therefore, is directly impacted by the obligation of anchor tenants to operate their stores. Because of the breach in the CORE Agreement caused by Defendants in this case, unless the beach is cured, the affected anchors can cease operating which would result in substantially reduced cash flow and could lead to the demise of the Shopping Center.

5.  In my opinion, based on years of experience in the shopping center industry, as long as the parking lot continues to place Eastdale in default of the CORE Agreement, the value of the shopping center is thereby diminished by millions of dollars."

Further Affiant sayeth not.

_____
Owen Aronov

Sworn and subscribed to before me this 16th day of August, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 5/9/09

2