IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2005-1391 |
| ASPHALT PAVING COMPANY, INC., et al. | ) |
| Defendants. | ) |

## AFFIDAVIT OF RICHARD BOLLINGER

Before me, the undersigned authority, in and for said state and county, first appeared, Richard Bollinger who being by me first duly sworn did depose and say as follows:

"1.    My name is Richard Bollinger. Since 1996, I have been a licensed land surveyor. Since 1972, I have performed field construction staking. I am a member of J M Garrett & Son, LLC. J M Garret & Son, LLC is a land surveying company located in Montgomery Alabama. I reside in Montgomery, Alabama. I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.    I am familiar with and/or have personal knowledge of the matters stated herein.

3.    In May of 2006, I field surveyed several areas marked off by representatives of Eastdale Mall, LLC. Those areas contained new striping on the asphalt. I set outside control points to verify the location of the old and new parking spaces. These outside control points enabled me to establish a relationship between the new surface and the pre-existing surface. I measured several parking spaces on the existing surface of the asphalt behind Dillards and

Parisians and in front of Dillards. Those measurements showed that the parking spaces on the new surface were approximately 10 feet in width.

4.  Alexander Sealcoating & Striping, Inc. removed the new one inch asphalt surface in the same locations as the parking spaces measured on the existing surface of the asphalt. Upon removal of this one inch asphalt surface, Alexander Sealcoating & Striping, Inc. exposed the original parking stripes in these locations. I then performed a new survey on those parking stripes using the same outside control points. I measured several parking spaces on the surface of the old asphalt, once the new asphalt surface was removed. Those measurements showed that the parking spaces on the old asphalt surface were approximately 9 feet in width.

5.  Attached to this Affidavit are some of the surveys which show the measurements I took on those days."

Further Affiant sayeth not.

_____
Richard Bollinger

Sworn and subscribed to before me this 7th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 28, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)

2



