IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     CIVIL ACTION NO. 2005-1391 |
| | ) |
| ASPHALT PAVING COMPANY, INC., | ) |
| et al. | ) |
| | ) |
|     Defendants. | ) |

## AFFIDAVIT OF MARGIE D. LAMBERT

Before me, the undersigned authority, in and for said state and county, first appeared Margie D. Lambert, who being by me first duly sworn did depose and say as follows:

"1.  My name is Margie D. Lambert. I am an employee with Goodwyn, Mills and Cawood, Inc. located at 2660 EastChase Lane, Suite 200, Montgomery, Alabama 36117. I work in the surveying department. I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.  I am familiar with and/or have personal knowledge of the matters stated herein.

3.  A scrivener's error exists on the as-built survey I prepared dated November 7, 2003 (revised 2/27/04). The scrivener's error appears in the northwest section of the map near the ring road behind Sears. The as-built survey, dated November 7, 2003 (revised 2/27/04), shows 16 parking spaces in this area, when it should have shown 11 parking spaces. The field count shows 11 spaces, rather than the 16 I labeled on the as-built.

4.     Except for this single scrivener's error stated above, the parking lot layout, including the number of parking spaces, accurate reflects the layout on the ground at Eastdale Mall in 2004."

Further Affiant sayeth not.

_____
Margie D. Lambert

Sworn and subscribed to before me this 7th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES Sep 28, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)

2