IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2005-1391 |
| ) | |
| ASPHALT PAVING COMPANY, INC., ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## CORRECTED AFFIDAVIT OF MARGIE D. LAMBERT

Before me, the undersigned authority, in and for said state and county, first appeared Margie D. Lambert, who being by me first duly sworn did depose and say as follows:

"1.    My name is Margie D. Lambert. I am an employee with Goodwyn, Mills and Cawood, Inc. located at 2660 EastChase Lane, Suite 200, Montgomery, Alabama 36117. I work in the surveying department. I give this corrected affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.    I am familiar with and/or have personal knowledge of the matters stated herein.

3.    On July 7, 2006, I executed an affidavit in connection with the above-styled litigation. In that affidavit, I indicated that the as-built survey, dated November 7, 2003 (revised 2/27/04), contained a single scrivener's error when in fact it contained a total of five scrivener's errors.

4.    The five scrivener's errors on the as-built survey, dated November 7, 2003 (revised 2/27/04) are as follows:

(i) in the north central section of the map, near the rear of Parisian, the as-built survey, shows 72 parking spaces while the field count shows 77 parking spaces;

(ii) in the north central section of the map, near the rear of Parisian, the as-built survey, shows 6 parking spaces while the field count shows 13 parking spaces;

(iii) in the northwest section of the map, the as-built survey, shows 23 parking spaces while the field count shows 31 parking spaces;

(iv) the as-built survey shows 73 handicap parking spaces while the field count shows 74 parking spaces; and

(v) in the northwest section of the map near the ring road behind Sears, the as-built survey shows 16 parking spaces while the field count shows 11 parking spaces.

5. As a result of the five scrivener's errors described above, the as-built survey dated November 7, 2003 (revised 2/27/04) is short 16 parking spaces."

Further Affiant sayeth not.

_____
**Margie D. Lambert**

Sworn and subscribed to before me this 14th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 28, 2006
BONDED THRU NOTARY PUBLIC UNDERWRITERS

(SEAL)

3