IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2005-1391 |
| ) | |
| ASPHALT PAVING COMPANY, INC., ) | |
| Et al. ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF KEVIN MCLAUGHLIN

Before me, the undersigned authority, in and for said state and county, first appeared Kevin McLaughlin, who being by me first duly sworn did depose and say as follows:

"1.     My name is Kevin McLaughlin. I am the senior project manager of Aronov Realty Management, Inc. I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.     I am familiar with and/or have personal knowledge of the matters stated herein.

3.     In the spring of 2004, Eastdale Mall began the expansion of the Mall facilities. As part of the expansion, in late 2004, Eastdale Mall contracted with Asphalt Paving Company, Inc. to perform the overlay and re-striping of the Mall parking lot to the original layout, except with respect to the areas changed by the expansion.

4.     The Defendants began the asphalt overlaying and re-striping process after October 18, 2004.

5. Due to the modifications surrounding the JC Penney's building, the total number of parking spaces required to be re-striped was 4286. Defendants only re-striped 3724 parking spaces.

6. Dubose Construction Company striped 197 of the 4286 required parking spaces. Of the 197 striped by Dubose Construction Company, it failed to provide 2 parking spaces as shown on the site plan. Dubose Construction should have striped 199 parking spaces.

7. Defendants provided 363 fewer parking spaces than they were contractually obligated to provide. Because of the shortage, Eastdale Mall is in breach of several of its agreements with tenants and/or owners at the Mall. To correct the striping problem, excluding the area striped by Dubose Construction, will cost $810,000 today, and the cost will only increase over time."

Further Affiant sayeth not.

/s/ Kevin McLaughlin

Sworn and subscribed to before me this 7th day of July, 2006.

/s/ Michelle J. Mosely
NOTARY PUBLIC
My Commission Expires: Sep. 28, 2009

(SEAL)

2