IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2005-1391 |
| ASPHALT PAVING COMPANY, INC., Et al. | ) |
| Defendants. | ) |

## CORRECTED AFFIDAVIT OF KEVIN MCLAUGHLIN

Before me, the undersigned authority, in and for said state and county, first appeared Kevin McLaughlin, who being by me first duly sworn did depose and say as follows:

"1.     My name is Kevin McLaughlin. I am the senior project manager of Aronov Realty Management, Inc. I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.     I am familiar with and/or have personal knowledge of the matters stated herein.

3.     Due to the modifications surrounding the JC Penney's building, the scrivener's errors identified in the corrected affidavit of Margie Lambert and the one scrivener's error I have located in the Columbia Engineering site plan, the total number of parking spaces required to be re-striped was 4305. Defendants only re-striped 3726 parking spaces.

6.     Dubose Construction Company striped 195 of the 197 it was required to re-stripe.

7.     Defendants provided 382 fewer parking spaces than they were contractually obligated to provide.

8. Those paragraphs in my original affidavit not affected by the above corrections remain unchanged."

Further Affiant sayeth not.

_____
Kevin McLaughlin

Sworn and subscribed to before me this 19th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires:_____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sep 28, 2006
(SEAL) BONDED THRU NOTARY PUBLIC UNDERWRITERS