IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| EASTDALE MALL, L.L.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ASPHALT PAVING COMPANY, INC., )<br>Et al. )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2005-1391 |

### AFFIDAVIT OF LOUIS YOUNG

Before me, the undersigned authority, in and for said state and county, first appeared Louis D. Young, Jr., who being by me first duly sworn did depose and say as follows:

"1.  My name is Louis D. Young, Jr.. I am President of Columbia Engineering and Services, Inc. Columbia Engineering and Services, Inc. is a civil engineering firm located in Duluth, GA. I am a licensed Professional Civil Engineer in the State of Alabama and many other states. I have been a civil engineer since 1988. I give this affidavit in connection with that civil litigation known as *Eastdale Mall, L.L.C. v. Asphalt Paving Company, Inc., et al.*, Civil Action No. 2005-1391, filed in the Circuit Court of Montgomery County, Alabama.

2.  I am familiar with and/or have personal knowledge of the matters stated herein.

3.  The site plan (revised date May 6, 2004) was prepared by my firm, Columbia Engineering andServices, Inc. The site plan shows the number of parking spaces on the ground as of May 6, 2004, and also shows the modifications to the parking lot surrounding the JC Penney's building expansion.

4. This site plan shows 4291 parking spaces. However, due to a scrivener's error by Goodwyn, Mills & Cawood., Inc, this site plan should have only shown 4286 parking spaces. This is the number of parking spaces that should have been in the parking lot following the asphalt overlay and re-striping done in the fall of 2004.

5. At the conclusion of the overlay/striping project, I performed a punch list. (Attached hereto, dated January 11, 2005).

6. The Eastdale Mall parking lot has 365 fewer parking spaces than the number shown on the site plan, less the scrivener's error. The Defendants in this lawsuit did not re-stripe the parking lot to the "original layout" as contracted.

Further Affiant sayeth not.

_____
Louis D. Young, Jr.

Sworn and subscribed to before me this 7th day of July, 2006.

_____
NOTARY PUBLIC
My Commission Expires: KATHLEEN A FEDYK
Notary Public, Gwinnett County, GA
My commission expires May 20, 2009
(SEAL)



## COLUMBIA ENGINEERING

LAND PLANNERS
CIVIL ENGINEERS

January 11, 2005

Mr. Kevin McLaughlin
Aronov Realty Management, Inc.
3500 Eastern Boulevard
Montgomery, AL 36116



Re:   Punch List
      J.C. Penney @ Eastdale Mall
      Montgomery, AL
      CES No. 2329.10

Dear Kevin:

We conducted our site work punch list on Friday, January 7, 2005. This letter and the attached marked up plans are provided for your use. Generally, we found the project to be in good condition. The items we noted that need completion or correction are as follows:

1. Traffic Control Signage and Striping of the parking and drive areas including relocated Eastdale Circle needs to be completed.
2. All of the new striping appears to have been done using 10 foot wide spaces. The plans specifically require 9 foot wide spaces. All new striping must be corrected to the proper width in order to have adequate parking for the zoning requirements as well as the lease requirements. Additionally, the striping for the handicap spaces does not meet plan requirements or addendums issued.
3. There are a few pavement failures and some curb damage south of J.C. Penney that must be repaired prior to final paving and striping.
4. There are a few significant bird bath areas in the parking lots. One is located northwest of the J.C. Penney western entrance. Another is located southwest of this same entrance. The southwestern bird bath also shows evidence of pavement failure that must be corrected. Another bird bath area is east of the Applebee's mall entrance near a curbed island. The major bird bath area is south of Dillard's to the east of the new inlet that was installed. It appears either the inlet grades are not correct of the pavement grading was not installed properly. Some removal and replacement may be necessary to correct this area.
5. There are other pavement failures in the new truck service area drive and in the new parking area south of relocated Eastdale Circle.
6. Asphalt pavement was installed in the truck service area. Concrete pavement was required.
7. The shoulder area along Atlanta Highway immediately south of the new parking area should be dressed and grassed.
8. The outlot area formerly used as a stockpile area must be re-grassed.
9. An area drain should be installed in the Retail B area to control drainage until the building is constructed.
10. All fire hydrants in the new construction area must have the valve boxes adjusted to finished grade. It appears the landscaping contractor covered them during topsoil installation.

4405 INTERNATIONAL BLVD • SUITE B-101 • NORCROSS, GA 30093 • 770-925-0357 • FAX 770-925-8966

Mr. Kevin McLaughlin
J.C. Penney @ Eastdale Mall
Montgomery, AL
January 11, 2005
page 2

Please review the forgoing and attached. Contact me directly if you have questions or require additional information.

Very Truly Yours,

*Louis Young/mas*

Louis D. Young, Jr., PE
President

cc:     Lee Boyd, Dubose Construction           w/ encl.

p:2329.10/correspondence/2329-10 mclaughlin-punch list letter-1-11-05





**WALKWAY ENLARGEMENT**
SCALE: NTS

ALL PROPOSED BUILDINGS MUST BE STAKED ACCORDING TO THE ARCHITECTURAL DRAWINGS.

CONTRACTOR TO PROVIDE 3 SETS OF "AS-BUILT" PLANS TO OWNER.

IF ANY CONFLICTS, DISCREPANCIES, OR OTHER UNSATISFACTORY CONDITIONS ARE DISCOVERED, EITHER ON THE CONSTRUCTION DOCUMENTS OR THE FIELD CONDITIONS, THE CONTRACTOR MUST NOTIFY THE ENGINEER IMMEDIATELY, AND SHALL NOT COMMENCE OPERATION UNTIL THE CONFLICTS, DISCREPANCIES, OR OTHER UNSATISFACTORY CONDITIONS ARE RESOLVED.

### SITE NOTES

1. ALL WORK WILL COMPLY WITH APPLICABLE STATE, FEDERAL, AND LOCAL CODES, SPECIFICATIONS AND REQUIREMENTS. ALL NECESSARY LICENSES AND PERMITS SHALL BE OBTAINED BY THE CONTRACTOR AT HIS EXPENSE.

2. DEVIATIONS FROM THESE PLANS AND NOTES WITHOUT PRIOR CONSENT OF THE OWNER, HIS REPRESENTATIVE, OR THE ENGINEER MAY CAUSE THE WORK TO BE UNACCEPTABLE.

3. THE DRAWINGS AND SPECIFICATIONS ARE INTENDED TO COVER A COMPLETE PROJECT, READY TO USE. ALL ITEMS NECESSARY FOR A COMPLETE AND WORKABLE JOB SHALL BE FURNISHED AND INSTALLED. THIS WILL INCLUDE ALL STRIPING AND PARKING LOT SIGNAGE.

4. CONTRACTOR SHALL FURNISH AND MAINTAIN ANY AND ALL NECESSARY BARRICADES AROUND THE WORK AND PROVIDE PROTECTION AGAINST WATER DAMAGE AND SOIL EROSION.

5. BOUNDARY INFORMATION SHOWN ON THIS PLAN WAS TAKEN FROM A SURVEY DATED 02/16/04 AND PREPARED BY:
   GOODWYN, MILLS & CAWOOD, INC.
   125 INTERSTATE PARK DRIVE
   MONTGOMERY, ALABAMA 36109
   TEL: (334) 271-3200
   FAX: (334) 272-1566

6. EXISTING INFORMATION SHOWN ON THIS PLAN WAS TAKEN FROM A TOPOGRAPHIC SURVEY DATED 2/22/04 AND PREPARED BY:
   J.M. GARRETT & SON SURVEYOR'S
   1109 SOUTH HULL STREET
   MONTGOMERY, ALABAMA 36104
   TEL: (334) 264-2247
   FAX: (334) 264-2278

7. ALL SITE DIMENSIONS ARE TO THE FACE OF CURB EXCEPT WHERE NOTED.

8. ALL CURB IN DEDICATED ROW SHALL BE 24" CURB & GUTTER & ALL ON SITE CURB SHALL BE HEADER CURB.

9. ALL WORK ON-SITE MUST CONFORM TO THE CITY OF MONTGOMERY STANDARDS.

10. SEE DETAILS FOR PAVING SECTIONS.

11. PAVEMENT MARKING AND TRAFFIC ARROWS ON-SITE SHALL BE PAINTED ON PAVEMENT AT LOCATIONS SHOWN. SEE PAVEMENT MARKING DETAIL.

12. FOR OTHER CONSTRUCTION DETAILS, SEE DETAIL SHEETS.

13. SITE CONTRACTOR TO VERIFY EXISTING TOPOGRAPHIC AND UTILITY DATA PRIOR TO ANY CONSTRUCTION.

14. DEVELOPER:
    EASTDALE MALL, TIC
    3500 EASTERN BLVD.
    MONTGOMERY, ALABAMA
    TEL: (334) 277-1000
    FAX: (334) 277-0747
    CONTACT: KEVIN McLAUGHLIN

15. WARRANTY: THIS SUBCONTRACTOR SHALL WARRANT ALL ASPHALT AGAINST ALL DEFECTS IN MATERIALS AND WORKMANSHIP FOR A PERIOD OF TWO (2) YEARS.

**GRAPHIC SCALE**
( IN FEET )
1 inch = 80 ft.

### CITY OF MONTGOMERY NOTES

1. BEFORE WORK BEGINS WITHIN RIGHT-OF-WAY (ROW) CONTACT CITY ENGINEERING CHIEF INSPECTOR AT (334)241-2803 OR (334)241-6181.

2. ALL UTILITY CONNECTIONS MADE WITHIN EXISTING CITY STREETS MUST BE BORED UNLESS OTHERWISE DETERMINED BY CITY MAINTENANCE DEPARTMENT [(334)354-6181]. AN APPROVAL LETTER FROM MAINTENANCE WILL BE REQUIRED BEFORE DEVELOPMENT PLAN CAN BE APPROVED BY ENGINEERING.

3. ANY STREET CUTS REQUIRE A CITY STANDARD PAVEMENT PATCH AND 50' FOOT LONG, FULL STREET WIDTH ASPHALT OVERLAY.

4. BEFORE ANY STREET CUTS, CONTACT GAIL GIPSON WITH CITY MAINTENANCE AT (334)354-6181.

5. DIRECT ALL STORMWATER INCLUDING ROOF DRAINS TO STREET ROW OR TO DRAINAGE EASEMENT.

6. CONTRACTOR IS RESPONSIBLE FOR INSTALLING AND MAINTAINING ADEQUATE EROSION/SEDIMENTATION CONTROL DURING ALL PHASES OF CONSTRUCTION.

7. CONTRACTOR IS RESPONSIBLE FOR KEEPING MUD AND DEBRIS OFF CITY STREETS AND ROW. CLEAN UP IS REQUIRED DAILY.

8. CONTRACTOR IS RESPONSIBLE F( REPLACEMENT OF SIDEWALK AND GUTTER DAMAGED DURING CONS

9. ANY CHANGES OR REVISIONS MA MUST BE SUBMITTED FOR APPRO

10. ALL AREAS OF ROW THAT ARE [ CONSTRUCTION SHALL BE REPLA ASPHALT OR CONCRETE, WHICHE DEPARTMENT DEEMS NECESSARY.

11. CONVERT ALL GRATE INLETS TO

12. ALL EXISTING GRANITED CURBS / PROPERTY SHALL BE REMOVED / 24" COMBINATION CURB AND GU CURB LINE SHALL MATCH THE E ALL ASPHALT ADJACENT TO THE AND GUTTER SHALL BE SAW CUT OF THE ASPHALT TO PROVIDE A SHOULD THE ASPHALT BE TORN CREATED THE CONTRACTOR SHAI OVERLAY THE FULL STREET WIDT EXPENSE. THIS DETERMINATION S THE CITY ENGINEERING DEPARTM

13. PROVIDE HANDICAP RAMPS AT A DRIVEWAY INTERSECTIONS.



COLUMBIA ENGINEERING