# Tri State Parking Lot Maintenance, llc

P.O. Box 755
Dothan, Alabama 36302-0755
(334) 671-4858    1-800-610-6257

## Proposal and Contract

Date 28 Spt 2004

Owner APC
Location of Job Eastdale Mall Montgomery, AL
For the sum of 51,901.00
Term of payment Upon Completion

- ☐ Patch Asphalt ................................................................ $ _____
- ☐ Clean lot _____ time $ _____ per sweeping ....... $ _____
- ☒ Restripe lines and arrows & All Asphalt marking + Curbs $ 51,901.00
- ☐ Seat Coat ..................................................................... $ _____
- ☐ Other Work .................................................................. R _____
- ☐ Grass Cutting _____ time $ _____ per cutting ... $ _____

This proposal honored for 30 days.

### SUBJECT TO THE FOLLOWING CONDITIONS

This Proposal, when accepted and signed by you and approved by a duly authorized official of this firm, shall constitute the contract between us, it being understood that it covers all agreements between us. No modification of this proposal or contract shall be binding unless said modification shall be in writing and signed by the parties hereto.

ACCEPTANCE. This Proposal rendered for prompt acceptance. After it has been accepted and signed by you and approved by a duly authorized official of this firm, it shall constitute exclusively a contract for the entire work embraced herein.

_____    Dave Hurst
       Owner                    Contractor

**PLAINTIFF'S EXHIBIT**
Hill  2  12/1/05

ASPHALT PAVING
0001