PLAINTIFF'S
EXHIBIT

Trust  3  12/1/05