# Proposal Contract

## ASPHALT PAVING CO., INC.

Roads, Driveways, Parking Lots, Subdivisions, Tar Seal Coat
P.O. Box 367   Montgomery, Alabama 36101
Phone (334) 263-1872      Fax (334) 263-3750

| PROPOSAL SUBMITTED TO | PHONE | DATE |
|---|---|---|
| Eastdale Mall | 334-277-7380 | 10/18/04 |

| STREET | JOB NAME |
|---|---|
| 1000 Eastdale Mall | Eastdale Mall |

| CITY, STATE AND ZIP CODE | JOB LOCATION |
|---|---|
| Montgomery, AL 36117 | Atlanta Hwy |

| Attn. | DATE OF PLANS | Fax 334-277-1386 | JOB PHONE |
|---|---|---|---|

We hereby submit specifications and estimates for:

Overlay Parking Lot
   1.5" Thick With 429-A Asphalt Surface
   Clean & Tack
   **Stripe Original Layout**
   Unit Price $3.53 Per Square Yard
   Minimum Square Yards 161,842 Square Yards

                                                          Lump Sum        $571,302.26

   Job Will Field Measured At completion Of Job, Any Additional Yardage
   Exceeding Minimum Will Extra At Unit Price Of $3.53 Per Square Yard.

Note: Any Patching Will Be Extra At Unit Price Of $30.00 Per Square Yards
   Manhole Risers $150.00 Each
   Valve Risers $50.00 Each
   Milling Asphalt $8.00 Per Square Yard

Not responsible for any underground utilities. If accepted, please sign and return to us. Thank you.

We propose hereby to furnish material and labor - complete in accordance with above specifications, the sum of:

Five hundred seventy one thousand three hundred two dollars & 26/100--       $571,302.26

Payment to be made as follows:
   Within 10 days of completion of job or monthly estimate whichever comes first.

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent on strikes, accidents or delays beyond our control. Owner to carry fire, tornado and other necessary insurance. Our workers are fully covered by Workmen's Compensation Insurance.

Authorized Signature _____

Note: This proposal may be withdrawn by us if not accepted in 30 days.

**Acceptance of Proposal** - The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

An interest charge of 1 1/2 % per month on the unpaid balance will be charged on past due accounts. In the event this contract is referred to an attorney, buyer agrees to pay a reasonable attorney's fee.

Date of Acceptance _____

Buyer's Signature or P.O. No. _____