Michael Forbus - 12/1/05

1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

EASTDALE MALL, LLC,

       Plaintiff,

   vs.

ASPHALT PAVING COMPANY,
INC., et al.

       Defendants.

CIVIL ACTION NO.

CV-05-1391

* * *

DEPOSITION OF MICHAEL FORBUS,

Taken pursuant to notice and stipulation before Tasha M. Scott, Court Reporter and Notary Public in and for the State of Alabama at Large, at the office of Copeland, Franco, Screws & Gill, PA, 444 South Perry Street, Montgomery, Alabama 36104, commencing at approximately 12:29 p.m., on Thursday, December 1, 2005.

Michael Forbus - 12/1/05

7

```
 1   Q    How do you decide when you're going to do it
 2   yourself or when you're going to subcontract it?
 3   A    It depends on how busy we are and the size of
 4   the job.
 5   Q    The larger the job the more likely to do
 6   what?
 7   A    Subcontract.
 8   Q    Have you done a number of shopping centers
 9   over the years?
10   A    As far as striping?
11   Q    Striping.
12   A    Yes.
13   Q    You understand the importance of the number
14   of parking spaces in a shopping center?
15   A    Yes.
16   Q    And you understood that before you got the
17   bid on this job at Eastdale; correct?
18   A    Yes.
19   Q    And did you understand at the time you got
20   this job at Eastdale that there are actually lease
21   provisions requiring a certain number of parking
22   spaces in a shopping center?
23   A    That did not come to my mind.
```

Michael Forbus - 12/1/05

8

```
 1   Q    It doesn't surprise you, though, does it?
 2   A    No, it doesn't.
 3   Q    Because one thing department stores certainly
 4   insist upon is parking; correct?
 5   A    Uh-huh.
 6   Q    You have to answer out loud?
 7   A    Yes.  Yes.  Sorry.
 8   Q    So you understand at the time you took this
 9   job the importance of getting right number of
10   spaces; correct?
11   A    Yes.
12   Q    Had you restriped Eastdale Mall before,
13   before this job in 2004?
14   A    My company had.
15   Q    I'm sorry.  When I say you, I'm referring to
16   your company?
17   A    Yes.
18   Q    Asphalt Paving.
19   A    Yes.
20   Q    Unless I say otherwise.
21   A    Okay.
22   Q    On how many occasions?
23   A    Once that I'm aware of.
```

```
 1   resurfaced.
 2   Q    Okay.  Any other lawsuits?
 3   A    Not that I remember.
 4   Q    That's the only one you recall?
 5   A    That's the only one I remember.
 6   Q    Okay.  Have you ever personally been a
 7   defendant in a lawsuit?
 8   A    I don't remember being one.
 9   Q    You would recall that, though?
10   A    I hope so.
11   Q    Okay.  Do you have knowledge yourself of what
12   the width was of the parking bays at Eastdale
13   Mall?
14   A    No.  I would assume they were 9 foot by 18
15   foot with a one-foot block.
16   Q    That's what you would assume?  I'm not really
17   asking you what you -- first of all, why would you
18   assume that?
19   A    That's a typical standard parking space.
20   Q    Is 2004 the first time you asphalted and
21   restriped?
22               MR. TYRA:  This mall?
23   Q    (By Mr. Segall) Eastdale, yeah.
```

Michael Forbus - 12/1/05

14

```
 1  A    Well, we didn't restripe.  We laid -- it was
 2  a stripe.  It was a new stripe.
 3  Q    Okay.  Is this the first time you done that
 4  at Eastdale?
 5  A    That is correct.
 6  Q    Okay.  So whatever it is that you assumed --
 7  do I understand that you don't know what the width
 8  of the parking bays were at Eastdale Mall prior to
 9  your striping the parking lot in 2004 -- your
10  company's doing that?
11  A    Prior to starting the work?
12  Q    Prior to you starting work, after you
13  starting work or at any time, do you know what the
14  width was of the parking bays were at Eastdale
15  before you asphalted over them?
16  A    No.
17  Q    And somebody involved in this kind of work
18  for a number of years, do you understand the
19  importance of plans and drawings that you're
20  given?
21  A    Yes.
22  Q    And, generally, plans and drawings are given
23  to someone in the construction business to follow,
```

```
1   is that generally the case?
2   A    Not necessarily.
3   Q    Well, what reason would they be given to you
4   for?
5   A    They would be an example to go by and because
6   on a resurface job, the islands and parking -- I
7   mean, the drive lanes are already laid out in
8   existence.  And so you physically have to measure
9   from the island to the next island.  And during
10  the construction if the contractor had to shift
11  something, it may not be exactly as planned.
12  Q    Well, given the importance of the number that
13  you understand that the importance of the number
14  of parking spaces and even the contractual
15  obligations related to parking spaces do you agree
16  with me that the standard of good practice would
17  suggest that you read the plans you're given?
18  A    Correct.
19  Q    As far as spaces that are concerned?
20  A    Correct.
21  Q    Have you dealt with Goodwin, Mills and
22  Caywood in the past?
23  A    No.
```

```
 1   drawing.
 2   Q    Suppose it was an existing project, but you
 3   were given an as built drawing?
 4   A    If I was estimating it, I'd go -- I would go
 5   physically.
 6   Q    Count them?
 7   A    Count them.
 8   Q    Did you physically count the spaces at
 9   Eastdale?
10   A    No.
11   Q    When you were given an as built drawing, did
12   you look at the as built drawing?
13   A    I wasn't given an as built drawing.
14   Q    That was given to Mr. Hall?
15   A    Yes.
16   Q    And did you ever see it?
17   A    I was there the day Kevin gave it to Mr.
18   Hall.  And that was the day prior to us -- the day
19   of or the day prior we started paving.
20   Q    Okay.  And what did you understand you were
21   being given that drawing for?
22   A    For the scheduling was my understanding so
23   Tom could do a layout drawing for the mall manager
```

1   A     It was through -- I guess the contract was
2   through Aronov and Dubose because Aronov was the
3   one that contacted us to do it.
4   Q     Is there anything else about this job that
5   you think is significant to or is relevant to
6   whoever's fault this might be or might not be?
7   A     The only thing I know of is whenever I was
8   told there was a problem with the number of spaces
9   we were short was the first time I physically
10  looked at the blueprint and the scope of work that
11  was in the Dubose contract, the parking spaces
12  were different which was added to us, but wasn't
13  the original contract.
14  Q     I'm not -- I'm sorry.  I'm not following you.
15  A     Okay.  Around Penny's and on the other side
16  of Sears that wasn't in our contract.
17  Q     Right.
18  A     That was additional work where they had
19  changed the layout.
20  Q     Right.
21  A     I wasn't aware that there was any change on
22  the parking space from 9 foot to an 8 foot.  Not
23  at any time did Kevin ever say we have a change on

1  Q    (By Mr. Segall) Mr. Forbus, am I correct that
2  if this were done correctly --
3  A    If what was done correctly.
4  Q    The striping. You call it new striping;
5  right?
6  A    Uh-huh. Yes.
7  Q    Okay. Then where the stripes are now, ought
8  to be right on top of where the stripes were
9  before; is that correct?
10 A    Should be.
11           MR. SEGALL: That's all the
12                questions. Thank you.
13      (Deposition concluded at 1:01 p.m.)