Tom Hall - 12/1/05

Page 1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

EASTDALE MALL, LLC,

       Plaintiff,

  vs.                 CIVIL ACTION NO.

                          CV-05-1391

ASPHALT PAVING CO., INC.,
et al.

       Defendants.

* * *

DEPOSITION OF TOM HALL,

Taken pursuant to notice and stipulation before Tasha M. Scott, Court Reporter and Notary Public in and for the State of Alabama at Large, at the office of Copeland, Franco, Screws & Gill, PA, 444 South Perry Street, Montgomery, Alabama 36104, commencing at approximately 9:01 a.m., on Thursday, December 1, 2005.

SCOTT REALTIME REPORTING, LLC
333.215.4507/866.676.2716



1   Q    Okay.  This was in the year 2004?

2   A    Yes, sir.

3   Q    In November or December of 2004?

4   A    November.  October, November.  I'm not sure.

5   It was prior to starting.

6   Q    Okay.  Do you recall what you discussed at

7   your meeting with Kevin?

8   A    Yes.

9   Q    Tell us.

10  A    From the overlay of the parking lot stripe to

11  the original layout.

12  Q    And what did you understand that to mean,

13  stripe the original layout?

14  A    As it was at that time.

15  Q    Okay.  And did you understand that that would

16  include the same size parking bays?

17  A    Yes.

18  Q    Okay.  Any other conversation?

19  A    Mill around inlet grades.

20  Q    I didn't understand you.

21  A    Mill.  Grind the asphalt, lower the asphalt

22  around the mid-ingrades to make a smooth

23  transition.

Page 12

1   Q    Okay.

2   A    And any other natural tie-ins.

3   Q    Okay. You could see -- I mean, the parking
4   lot when you were out there was striped at that
5   time; is that correct?

6   A    Yes.

7   Q    Okay. What did you do to determine the size
8   of the parking bays?

9   A    We went -- we started paving out there.
10  Tri-State, Dave Hurst, and all met out there to
11  start measuring the spaces to put it back to
12  original layout in size.

13  Q    You measured the spaces?

14  A    Dave measured the spaces.

15  Q    Dave who?

16  A    Hurst.

17  Q    In your presence?

18  A    Yes.

19  Q    How many spaces did he measure?

20  A    He measured the one. I said, Let's make sure
21  you stripe it back to the original layout. And he
22  said he would and measured the first one. And I
23  can't remember right offhand. Best I recall, he

Tom Hall - 12/1/05

Page 13

1  put them back just like they were.
2  Q    The best you recall, what?
3  A    The best I recall of being a year and -- over
4  a year ago that I put them back just like they
5  originally were because as we were paving, you
6  look down the line to where he was striping, and
7  we were paving along. And you can see where the
8  spaces were in line.
9  Q    Let me ask you this: When you met with Kevin,
10 did he tell you to put every one of them back just
11 like they were? Or did he tell you that there was
12 one area that wasn't just like that?
13 A    It was one area that was a new layout.
14 Q    Okay. All right. Where was that?
15 A    It was around the JCPenny construction area.
16 Q    Okay. And were you given any documents?
17 A    Yes.
18 Q    What documents were you given?
19 A    Just prior to starting, we were given a
20 blueprint.
21 Q    Okay. Did you have anything to do with
22 producing the documents that were produced by
23 Asphalt Paving to us in this case?

Tom Hall - 12/1/05

Page 28

```
 1              (Plaintiff's Exhibit No. 5
 2              marked for identification.)
 3
 4   A    That is a final invoice.
 5   Q    (By Mr. Segall) From you -- from Asphalt
 6   Paving?
 7   A    From Asphalt Paving to Eastdale Mall.
 8   Q    Okay.  Was that paid?
 9   A    Yes.
10   Q    Let me show you --
11            MR. SEGALL:  Off the record.
12              (Off-the-record discussion.)
13   Q    (By Mr. Segall) Let me show you what's been
14   Bates-stamped as Asphalt Paving 24, which I'm
15   going to mark as Plaintiff's Exhibit 6.
16
17              (Plaintiff's Exhibit No. 6
18              marked for identification.)
19
20   Q    (By Mr. Segall) And ask you what that is?
21   A    It's a print supplied to us by Kevin and with
22   an account of the parking spaces as they are.
23   Q    When was that supplied to you?
```

1   A   Kevin called me up -- well, the print was
2   supplied just prior to starting the paving job and
3   the numbers wrote in and circle by hand are
4   approximate count of parking spaces in each
5   parking lane.
6   Q   Okay. You got this before the job started;
7   correct?
8   A   Yes. But it didn't have this other
9   handwritten wrote-in stuff.
10  Q   Okay. Okay. Who's handwritten -- you're
11  pointing to handwritten numbers that have circles
12  around them; right?
13  A   Right.
14  Q   Who put those in there?
15  A   These numbers circled are wrote in by me.
16  Q   Okay.
17  A   All this area right here is wrote in by
18  Tri-State.
19  Q   Okay. Hold on. I'm sorry. We're not going
20  to be able to get -- I appreciate you trying to
21  tell me that. We need to describe it a little
22  better. Let me ask you this first: When you got
23  it the first time before the job started, am I

Tom Hall - 12/1/05

Page 34

1    another print.
2    Q    Okay.
3    A    I'm not sure if this is the one I wrote or
4    Dave wrote.
5    Q    Okay. But the answer though, is you did this
6    after you became aware of a problem?
7    A    Yeah. That was done after the problem.
8    Q    Okay. All right. Okay. Do you know whether
9    any of this handwriting that's on Exhibit 6 was
10   done before there was a problem?
11   A    Just besides Tri-State's measuring around the
12   small print and so forth.
13   Q    Well, I'm asking.
14   A    I don't know. I don't know.
15   Q    Do you know whether Tri-State put any writing
16   on this exhibit --
17   A    I wasn't there.
18   Q    Let me finish the question. Before the
19   problem was brought to your attention?
20   A    No.
21   Q    You don't know?
22   A    I don't know.
23   Q    All right. Now, before the work began, did

Tom Hall - 12/1/05

Page 35

1   you get some other layouts or drawings of any
2   kind?
3   A   Before the work was started?
4   Q   Yes.
5   A   This right here was the only print that we
6   received.
7   Q   Well, how about these things that your lawyer
8   produced?
9   A   Them are copies.
10              MR. TYRA:  Yeah, I think for the
11                    record, these are all copies of
12                    the same.
13  Q   (By Mr. Segall) All right.  Well, let me just
14  ask you about the copies.  The first one has pink
15  on it.  Who put that pink there?
16  A   I did.
17  Q   When did you do that?  Before or after?
18  A   Just prior to starting to give the mall
19  manager a semischedule of our plans of the paving
20  around the mall so he can let tenants know what
21  areas are going to be paved as we went along.
22  Q   Okay.  So this was showing where you were
23  going to work in what order?  Is that what you're

1    Q    Well, I mean, you see that the plans you were
2    given tell you the number of spaces that were in
3    the original layout, don't they?
4    A    I assume they do, yes.
5    Q    All right.  And you know that what was
6    striped was a different number than what the plans
7    show as having been there; correct?
8              MR. MOSHOLDER:  Object to the form.
9    A    We striped to original layout as the size of
10   the parking space at that given time.
11   Q    (By Mr. Segall) This is my question, too.  Do
12   you agree that the spaces that were restriped
13   -- the number of spaces after restriping were less
14   than the number of spaces shown on the plan you
15   were given?
16   A    Yes.
17   Q    Okay.  Are you saying that the plan is
18   incorrect?  Exhibit 6 and 7 are incorrect as the
19   number -- as to the number of spaces that were
20   actually out there?
21             MR. MOSHOLDER:  With respect to
22                  before they started paving or
23                  after paving?

Tom Hall - 12/1/05

Page 55

1   Q    Did you understand the question I just asked
2   you?
3   A    No, sir.
4   Q    The question I asked you was: Before you
5   started your work, did you read the plan that you
6   were given?
7   A    I took the plan, did not look at the striping
8   detail.
9   Q    Okay. That's my question. Did you give a
10  copy of this plan to Tri-State?
11  A    Yes.
12  Q    What was the purpose of giving a copy of the
13  plan to Tri-State?
14  A    So he would have a copy.
15  Q    For what purpose?
16  A    To work from.
17  Q    Did you expect Tri-State to look at the
18  parking detail as set out in the plan?
19  A    We were striping to original layout.
20  Q    What's the answer to my question? My
21  question -- you want me to repeat it for you? Do
22  you remember my question? My question is: Did
23  you expect Tri-State -- when you gave them the

Tom Hall - 12/1/05

Page 56

1  plans that had been marked Plaintiff's Exhibit 6
2  and 7, did you expect Tri-State to look at the
3  parking detail on those plans?
4  A    No.
5  Q    Okay. So as the supervisor -- you were the
6  supervisor of this whole project; right?
7  A    Yes.
8  Q    And as the supervisor having been given a
9  plan, you did not expect Tri-State, your
10 subcontractor, to even look at the parking layout
11 that was given to you by the owner; is that
12 correct? Is what I said correct?
13 A    Correct.
14 Q    Okay. Are you saying that after you
15 asphalted, did your asphalt you could still see
16 the old stripes?
17 A    Not after we asphalted. Couldn't see the old
18 stripes, no.
19 Q    Okay. Well, if you couldn't see the old
20 stripes when you asphalted, how was Tri-State
21 supposed to put in the striping the way it was if
22 they didn't go by the plan that you were given?
23 A    Measure ahead on the areas.