David Hurst - 12/1/05

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA


EASTDALE MALL, LLC,

        Plaintiff,

                                  CIVIL ACTION NO.

   vs.

                                  CV-05-1391

ASPHALT PAVING COMPANY,
INC., et al.

        Defendants.

* * *

DEPOSITION OF DAVID HURST,

Taken pursuant to notice and stipulation before

Tasha M. Scott, Court Reporter and Notary Public in

and for the State of Alabama at Large, at the office

of Copeland, Franco, Screws & Gill, PA, 444 South

Perry Street, Montgomery, Alabama 36104, commencing

at approximately 10:24 a.m., on Thursday, December 1,

2005.

COPY

David Hurst - 12/1/05

Page 15

1    Q    All right.  Let me just mark them.  I'm going

2    to show you Plaintiff's Exhibit 1 to your

3    deposition.

4

5                        (Plaintiff's Exhibit No. 1

6                        marked for identification.)

7

8    Q    (By Mr. Segall) What is that?

9    A    That is the proposal on restriping Eastdale

10   Mall.

11   Q    Okay.  Is that your form contract?

12   A    Yes.

13   Q    And you -- it's dated September 28, 2004;

14   correct?

15   A    Correct.

16   Q    So you were called some time before September

17   28, 2004?

18   A    Yes.

19   Q    Okay.  And do you recall when you were

20   called?

21   A    I don't remember.

22   Q    Approximately how long before?

23   A    Couple of months before.

David Hurst - 12/1/05

1   A    Correct.

2   Q    Well, whose handwriting is this on the sides?

3   A    I don't have any idea.  That was supplied.

4   This is how it came to me.

5   Q    It came to you --

6   A    The only reason --

7   Q    Wait.  Excuse me.  I'm sorry.  The

8   handwriting came to you in the fashion that it's

9   on there now; is that correct?

10  A    That is correct.

11  Q    You didn't put it there?

12  A    I had no writing on that.

13  Q    Okay.  The handwriting appears to tell you

14  the number of parking spaces that are out there,

15  doesn't it?

16  A    That's correct.

17  Q    Do you know whether that's correct, the

18  handwriting and the list of the number of spaces

19  that are out there?  Do you have -- do you know

20  whether that's correct?

21  A    I don't know.

22  Q    Well, do you have any facts that suggest it's

23  not correct?

David Hurst - 12/1/05

Page 24

1   A    No.

2   Q    Well, how many parking spaces did it show a

3   few years ago were out there?

4           MR. MOSHOLDER:  Object to the form.

5   Q    (By Mr. Segall) Not including handicap?  You

6   can answer.

7           MR. MOSHOLDER:  I guess my question

8               is:  Do you know that that

9               writing was on there a few years

10              ago when it came up?  That's the

11              question.

12  Q    (By Mr. Segall) The question is:  How many

13  spaces does it show were out there?

14          MR. MOSHOLDER:  Object to the form.

15  Q    (By Mr. Segall) You can answer unless he

16  tells you not to.

17  A    It shows there were 4476.

18  Q    Okay.  And in addition to that, it shows 75

19  handicap spaces; is that correct?

20  A    That's what it shows.

21  Q    Okay.  There hadn't been anybody to your

22  knowledge who's from Eastdale or Aronov who's

23  gotten into your files since the time you

David Hurst - 12/1/05

Page 25

1   originally put this exhibit in your files, has

2   there?

3   A    No.

4   Q    Let me show you what I'm marking as

5   exhibit -- well, let me ask you this:  At any time

6   from the time you restriped the Eastdale Mall

7   parking lot, you know, three or four starting in

8   2000 and 2001 when you got Plaintiff's Exhibit 3,

9   did you ever tell anybody at Eastdale or anybody

10   at Aronov or anybody at Asphalt Paving that these

11   spaces that are indicated on this plan were not

12   out there?

13   A    No.

14   Q    Okay.  Do you know by how much many the

15   change -- you understood that there was some

16   change in the restriping around the Penny's than

17   what was actually out there at the time you began

18   this last restriping; correct?

19            MR. MOSHOLDER:  Object to the form.

20   Q    (By Mr. Segall) Were you aware of that?

21   A    Yes.

22   Q    Okay.  Do you know whether or not that

23   reduced number of parking spaces total?

David Hurst - 12/1/05

1   A    I don't have any idea.

2   Q    If you want to consult with your lawyer,

3   that's okay.

4   A    No, I was just asking him a question while

5   you were --

6   Q    No, y'all can consult.

7                   (Off-the-record discussion.)

8   Q   (By Mr. Segall) Let me show you what I'm

9   going to mark as Plaintiff's Exhibit 4.

10

11                  (Plaintiff's Exhibit No. 4

12                  marked for identification.)

13

14  Q   (By Mr. Segall) Tell me what Exhibit 4 is.

15  Are all these the same?  Four, five, six and

16  seven?

17

18                  (Plaintiff's Exhibit Nos. 5, 6

19                  and 7 marked for

20                  identification.)

21

22  A    They are all basically the same.

23  Q    Tell me what those exhibits are.

David Hurst - 12/1/05

Page 27

1  A    They are notes where after there was found

2  there was a problem out there.  I physically went

3  out and measured every lane or checked it, did not

4  measure.  I counted spaces on every lane.

5  Q    You counted the spaces that were on the

6  ground --

7  A    That were on the ground.

8  Q    -- at the time?

9  A    That's correct.

10  Q    Okay.  Tell me what you did before you quoted

11  the job.  Did you go out there before you quoted

12  the job?

13  A    No.

14  Q    Okay.  Had you been there before; right?

15  A    That's correct.

16  Q    So you didn't really need to go back?

17  A    That's correct.

18  Q    All you did -- I'm obviously talking about

19  what you did before you did the quote that's

20  marked Plaintiff's Exhibit 1 to your deposition;

21  right?

22  A    Right.

23  Q    Okay.  And you're saying because you had

David Hurst - 12/1/05

Page 28

1    restriped the job before you didn't need to go

2    look at it because you'd done it before?  You

3    already had the documents in your files; correct?

4    A    That's correct.

5    Q    Okay.  And let me ask you this:  Do you have

6    any other documents in your files related to the

7    prior times you restriped it?

8    A    No, just what you have.

9    Q    Just that one thing, one layout you showed

10   me; right?

11   A    That's right.

12   Q    Okay.  And was this price higher because of

13   inflation or anything than your last restriping?

14   A    Yes.

15   Q    Okay.  Do you remember the time before -- how

16   long before your next to the last restriping was?

17   A    No.

18   Q    Okay.  But you have something in your files

19   that show that, don't you?  I'm saying you got --

20   A    Somewhere I have it, yes.

21   Q    I'm saying you got these numbers from some

22   document, didn't you?

23   A    Yes.

David Hurst - 12/1/05

1   Q    Okay.  Where is the document that you got the

2   numbers from?

3   A    In your hand.

4   Q    No?

5              MR. MCLAUGHLIN:  It is.

6   A    Flip.  No, back one.  That's correct.

7   Q    (By Mr. Segall) The layout?

8   A    I used those numbers without any inflation,

9   you know, when there was a building in there,

10  which the difference would allow.

11  Q    Because there was a new building?

12  A    That's correct.

13  Q    So you figured there were fewer spaces?

14  A    That's correct.

15  Q    So you used the same price that you had used

16  before?

17  A    No.

18  Q    No?

19  A    No.

20  Q    Okay.  Well, tell me what you did then.  I'm

21  not following you.

22  A    Before I restriped what was on the ground?

23  Q    Right.

David Hurst - 12/1/05

Page 30

1   A    This time I had to layout what was on the

2   ground and restripe it.

3   Q    Because there was going to be asphalt?

4   A    Because there was new asphalt on top of it.

5   Q    Right.   Okay.

6   A    So I used the linear foot figure to make the

7   difference.

8   Q    And is the linear foot figure --

9   A    No.

10  Q    -- on Plaintiff's Exhibit 3?

11  A    No.

12  Q    Well, that's what I'm asking you.

13  A    I don't know where those notes are.

14  Q    Well, I'm just asking you, what would the

15  document have been that you used to come up with

16  this bid?   What document was it?

17  A    That one right there.

18  Q    And you made notes from Plaintiff's Exhibit

19  3.   You used Plaintiff's Exhibit 3 and made notes

20  from it?

21  A    Yes.

22  Q    But you just don't have those notes anymore?

23  A    No.

David Hurst - 12/1/05

Page 33

1    A    That's correct.

2    Q    And it would have subtracted some of those

3    linear feet because there would have been fewer

4    parking spaces?

5    A    That's correct.

6    Q    Okay.  Did you know how many fewer there

7    would be?

8    A    No.

9    Q    All right.  Now, after you got the job when

10   were you first given --

11                    MR. SEGALL:  Off the record.

12                        (Off-the-record discussion.)

13   Q    (By Mr. Segall) When were you given

14   Plaintiff's Exhibit 6 or the original of

15   Plaintiff's Exhibit 6 from Mr. Hall's deposition?

16   A    Somewhere when the job first started.  I

17   don't remember exactly.

18   Q    All right.  Before you actually started your

19   work; correct?

20   A    I'm not for sure that we weren't already on

21   the lot when I got it.

22   Q    Well, you may have been on the lot.  I'm just

23   asking:  Did you get it before the time that you

David Hurst - 12/1/05

Page 34

1   started striping?

2   A    I don't remember.

3   Q    Okay.  What did you do to determine the width

4   of a parking bay out at Eastdale, what the typical

5   parking bay was?

6   A    I measured the space.

7   Q    How many spaces did you measure?

8   A    I don't remember exactly there were -- I'm

9   sure there were a couple, but I don't remember

10  exactly.

11  Q    Could have been one?

12  A    No.

13  Q    Was Mr. Hall with you when you did the

14  measuring?

15  A    At some time he was.

16  Q    I'm talking about wrong you measured the

17  space, was he with you.

18  A    I don't understand the question.

19  Q    You physically measured a space; correct?

20  You physically did that?

21  A    Yes.

22  Q    I'm saying was Mr. Hall present when you did

23  it?  Was he there?

David Hurst - 12/1/05

1  A    He was there when I measured.

2  Q    Yeah, that's what I'm asking.

3  A    Yes.

4  Q    Okay.  And tell me how you measured it.

5  A    I took a tape measure and measured from --

6  Q    Do you need to draw something?  Draw it for

7  me, if you don't mind.

8                     (Witness complies.)

9  Q    (By Mr. Segall) Let me mark this as

10  Plaintiff's Exhibit 8 to your deposition.

11

12                     (Plaintiff's Exhibit No. 8

13                     marked for identification.)

14

15  Q    (By Mr. Segall) Did you use any instrument

16  other than a tape measure?

17  A    No.

18  Q    Plaintiff's Exhibit 8 is your drawing?

19  A    That's correct.

20  Q    Do you recall which space or couple that you

21  measured?

22  A    No.

23  Q    You don't remember where they are in the

David Hurst - 12/1/05

Page 37

1   Exhibit 6?

2   A    I don't know.

3   Q    Did you ever look at Plaintiff's Exhibit 6?

4   A    Not that I remember except you use it to

5   write notes on it.

6   Q    Well, that means you did use it; correct?

7   You used Plaintiff's Exhibit 6.

8   A    At some point I did.

9   Q    Well, look at Plaintiff's Exhibit 6.  And

10  we're talking about -- I'm sorry -- Plaintiff's

11  Exhibit 6 to Mr. Hall's deposition, okay?  You

12  understand which exhibit I'm talking about?

13  A    Yes.

14  Q    Okay.  Let's take -- as we look at

15  Plaintiff's Exhibit 6 with the Atlanta Highway on

16  the bottom, there's some drawing with some numbers

17  below the Atlanta Highway?

18  A    That's correct.

19  Q    Is that your writing?

20  A    Yes, it is.

21  Q    When did you do that?  Before or after a

22  problem arose?

23  A    Before.

David Hurst - 12/1/05

Page 38

1   Q    Okay.  Tell me what that drawing is.

2   A    That is a hashed out area right there that is

3   not a physical island.

4   Q    It's a hashed out area that is -- can you

5   describe better what you're pointing to?

6   A    See this area right here?  (Indicating)

7   Q    Yeah, but describe it.

8   A    It is a box at the end of a set of stripes.

9   Q    Okay.  It's the area that you're pointing to.

10  First of all, you have an arrow coming down from

11  it; right?

12  A    That's correct.

13  Q    And it's in the area that has a circled 339?

14  A    That is correct.

15  Q    Okay.  Now, tell me what that represents.

16  A    That represents the boxes at the end of the

17  parking lanes on how far apart the little hashout

18  marks are, the little stripes in that box where

19  there's no physical island.

20  Q    Okay.  And when in the process would you have

21  drawn that out?

22  A    Whenever we were doing this lane, which I

23  don't remember exactly when.

David Hurst - 12/1/05

Page 39

1    Q    Does it appear that it was from Exhibit 7 to

2    Mr. Hall's deposition you see where he drew it in

3    order, each area?

4    A    That's correct.

5    Q    And the very first one you did was the area

6    where you did that drawing; correct?

7    A    That's correct.

8    Q    So at the very beginning of this job you

9    would have had Plaintiff's Exhibit 6; correct?

10   A    That's when I started striping this area

11   here, yes.

12   Q    What I said is correct; right?  At the very

13   beginning of this job you would have had

14   Plaintiff's Exhibit 6?

15   A    When we were on the job.

16   Q    Yes.  At the very beginning you would have

17   had Plaintiff's Exhibit 6; correct?

18   A    Yes.

19   Q    And what, with respect to your drawing -- and

20   I'm looking at the one below the Atlanta Highway,

21   what do these numbers mean?  On the bottom it

22   says --

23   A    How many inches.

David Hurst - 12/1/05

Page 41

1  needed?  Where did you get that?

2  A    I don't know whether I was given that number

3  from Mr. Hall when there was a problem had arose.

4  I don't remember where I got that number from.

5  Q    Okay.  But you didn't -- you counted the

6  spaces that actually were there after you

7  restriped; correct?

8  A    Yes, I did.

9  Q    And that number came out to 3,764?  Am I

10  looking at -- am I reading it wrong?

11  A    Not counting handicaps or hashouts.

12  Q    Right.  I was going to get to that.

13  A    And a problem in the drawing.

14  Q    But what you wrote was 3,764 is how many you

15  had there; correct?

16  A    Plus handicaps and hashouts.

17  Q    Right.  Right.  But that number had nothing

18  to do with any drawings.  That's what you actually

19  counted?

20  A    That's correct.

21  Q    And then you said 346 missing.  And you

22  subtracted from that eight.  And you said Sears?

23  A    Correct.

David Hurst - 12/1/05

Page 45

1    Q    Did you -- when you were writing in the area

2    that said 339, did you understand that that 339

3    represented parking spaces?

4    A    No.

5    Q    Did you understand that over in the area by

6    Penny's where it said it represented spaces in

7    pretty big writing over there?

8    A    I don't even remember reading that.  I had

9    the islands to layout the parking.

10   Q    Did you make any -- did you write anything on

11   there?

12   A    Not that I know of.

13   Q    Okay.  But you're saying you do see it now,

14   don't you?  That's pretty big.

15   A    I see it now.

16   Q    It's the biggest writing on there just about,

17   isn't it, on the layout on Exhibit 6; correct?

18   A    Correct.

19   Q    Okay.  And that same kind of writing is over

20   there to the east of the Penny store, too;

21   correct?

22   A    Correct.

23   Q    And you're saying you didn't -- you didn't

David Hurst - 12/1/05

Page 46

1    look at that; right?

2    A    That's right.

3    Q    And do you see that they also have that same

4    kind of writing over by Dillard's?

5    A    Yes, they do.

6    Q    You didn't notice that when you were given

7    these plans; is that correct?

8    A    I didn't use the plans.

9    Q    Okay.  Why did you think you were given the

10   plans?

11   A    To see where Asphalt Paving was out there

12   laying where they were.

13   Q    Well, were you given Plaintiff's Exhibit 6,

14   or were you given Plaintiff's Exhibit -- I think

15   you were given Plaintiff's Exhibit 6, weren't you?

16   Open it.  Do you mind opening it and looking at

17   it?  I think we've been saying he was given

18   Plaintiff's Exhibit 6; right?

19   A    That is correct.

20   Q    Okay.  What is it on Plaintiff's Exhibit 6

21   that tells you where Asphalt Paving is going to be

22   doing its work.  You say you were given

23   Plaintiff's Exhibit 6 to the Hall deposition so

David Hurst - 12/1/05

Page 48

1   A   No.

2   Q   So given that, why did you understand -- if

3   it didn't have anything to do with where Asphalt

4   Paving was going to be doing its work, why did you

5   understand someone would give you a plan that had

6   the parking layout with the measurements there

7   showing where all the spaces and the number of

8   spaces were and you were going to do the

9   restriping?  Why did you imagine they gave you

10  that plan?

11            MR. MOSHOLDER:  Object to the form,

12                   asked and answered.

13  Q   (By Mr. Segall) You can answer.

14  A   I don't have any idea.

15  Q   Okay.  You just thought they were just giving

16  it to you, is that correct?  No purpose that you

17  knew anything about; is that right?  That's your

18  testimony?

19  A   Yes.

20  Q   Okay.  Now, insofar, Mr. Hurst, as -- the

21  only measuring you did was that one time you've

22  described; is that correct?

23  A   That's correct.

Page 50

1    question?

2                    MR. MOSHOLDER:  Go ahead.

3    Q    (By Mr. Segall) You answer unless your lawyer

4    tells you not to answer.  Go ahead.

5    A    I was told to put the striping back down on

6    the ground like it was.

7    Q    Right.

8    A    That's how it was bid.  So the plans had

9    nothing to do with it because I could see the

10   striping before we moved to the next lane.

11   Q    You couldn't see --

12   A    That's how I was told to put it.

13   Q    You couldn't see the striping as y'all were

14   striping, could you?

15   A    Not as we were striping, no.

16   Q    Because it was covered with asphalt; correct?

17   A    That's correct.  But before the asphalt got

18   on the ground, we could see it.

19   Q    Right.  But when you were actually doing it,

20   you couldn't see it, could you?  When you were

21   actually do the striping or the restriping, you

22   could not see the old stripes; correct?

23   A    No.

David Hurst - 12/1/05

Page 51

1    Q    What I said is correct?

2    A    Correct.

3    Q    Okay. And -- but the plans would show you

4    where those stripes were, wouldn't it?

5                    MR. MOSHOLDER:  Object to form.

6    Q    (By Mr. Segall) Would it, or would it not?

7    A    No.

8    Q    Would it show you the width of the parking

9    bays?  Would the plans show you the width of the

10   parking bays?

11   A    From what I contracted to do --

12                   MR. MOSHOLDER:  The question was:

13                        Did the plans show the parking

14                        --

15   A    No.

16   Q    (By Mr. Segall) These plans don't show you

17   the width of the parking bays?

18   A    No.  I see no widths in here on any of these

19   parking bays.

20   Q    Do you see them over here on the parking

21   layout?  Do you see the width over there?  You've

22   already said you did.

23   A    I do now.

David Hurst - 12/1/05

1   Q    That's what I'm asking you.

2   A    Yes.

3   Q    All right.  And they were there when you had

4   the plans, and they were given to you when you

5   started the job?  They were there then; correct?

6   A    I don't remember seeing them.

7   Q    I know you didn't see them.  But they were

8   there.  You don't have any question about that, do

9   you?

10   A    Well, if I don't remember seeing them, I

11   can't say whether they were there.

12   Q    So you can look at the very document you were

13   given?

14   A    Okay.

15   Q    And tell me whether it was there at the time

16   you were originally given?

17   A    Yes.

18   Q    Okay.  And let me ask you this:  Based on

19   your experience, if you know, the area -- the

20   square footage of a particular area -- and you

21   know the number of spaces, are you able to

22   determine what the width of the bays are?  Is

23   there any mathematical way to do that?  If you

David Hurst - 12/1/05

Page 54

1   it?

2   A    That's correct.

3   Q    And you don't know whether or not Goodwin,

4   Mills and Caywood could do it; correct?

5   A    No, I don't.

6   Q    Okay.  Let me ask you this:  Referring to

7   Plaintiff's Exhibit 3, you see those numbers at

8   the top of the area?

9   A    Yes.

10  Q    Does that say 780 plus 13 handicap?

11  A    Yes.

12  Q    Is that what that says?  Do you know whether

13  there's a mathematical way to take Plaintiff's

14  Exhibit 3?  You did restripe in accordance with

15  Plaintiff's Exhibit 3, didn't you?

16  A    I restriped with what was on the ground.

17  Q    Well, do you know whether Plaintiff's Exhibit

18  3 that's been in your files for several years is

19  incorrect as far as showing the layout?

20  A    As far as show the layout?

21  Q    Yeah.  And the number of spaces, et cetera?

22  A    I have never counted the spaces so I don't

23  know.

David Hurst - 12/1/05

1  Q    Okay.  But you have counted them now, haven't

2  you?

3  A    Yes.

4  Q    Has a cross-claim or claim been made against

5  your company or you by Asphalt Paving?  You don't

6  know the answer to that question?

7  A    I don't know the answer to that question.

8  Q    You haven't seen the pleadings?  Your lawyer

9  hadn't provided you with copies of the pleadings

10  in this case?

11  A    I have some paperwork from my attorney, but I

12  don't know what they are.  He explains several --

13  Q    Did you read them?  Did you read the

14  paperwork that you got?

15  A    Not that I remember.

16  Q    Okay.  Do you often get papers like

17  Plaintiff's Exhibit 6 given to you in connection

18  with jobs and just not read them?

19              MR. MOSHOLDER:  Object to the form.

20  Q    (By Mr. Segall) Is that a practice of yours?

21  A    I don't often get plans.

22  Q    Well, my question is:  When you do get plans,

23  is it your practice not to read them?