**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| WEST AMERICAN INS. CO.,           ) | |
| ) | |
| **Plaintiff,**           ) | |
| ) | **REQUEST FOR** |
| ) | **ORAL ARGUMENTS** |
| v.           ) | **2:05-CV-1125-B** |
| ) | |
| ASPHALT PAVING CO., INC. and           ) | |
| EASTDALE MALL, LLC,           ) | |
| ) | |
| **Defendants.**           ) | |

## NOTICEOF JOINDER OF EASTDALE MALL, LLC

Defendant, Eastdale Mall, LLC ("Eastdale Mall"), files its Notice of Joinder to Asphalt Paving Company, Inc.'s Response to Plaintiff's Brief in Support of Motion for Summary Judgment and adopts the Response in its entirety as if it was fully filed herein.

/s Robert D. Segall
Robert D. Segall (SEG003)
*Attorney for Defendant Eastdale Mall, LLC*

COPELAND, FRANCO, SCREWS & GILL, P.A.
444 South Perry Street
Post Office Box 347
Montgomery, Alabama  36101-0347
Telephone:    (334) 834-1180
Facsimile:    (334) 834-3172
Email:  segall@copelandfranco.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael Jon Douglas**
  aperkins@flb-law.com mdouglas@flb-law.com
- **Donald Rush Jones, Jr**
  don@djoneslaw.com kristi@djoneslaw.com
- **Christopher John Zulanas**
  czulanas@friedmanleak.com
  mlittle@friedmanleak.com;stacy@friedmanleak.com

        s/   Robert D. Segall
        Of Counsel

2