## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                           TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: West American Insurance Co. v. Asphalt Paving Company et al

Case Number:   2:05-cv-01125-DRB

Referenced Docket Entry - ***Notice of Joinder - Doc.  No. 19

The referenced docket entry was filed electronically   in ERROR  on ***September 11, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because this should have been filed as a  Joinder.  Please DISREGARD this docket entry. See doc. 20 for correction.