IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern Division

| | | |
|---|---|---|
| WEST AMERICAN INS. CO., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION CASE NUMBER: |
| | * | |
| ASPHALT PAVING CO., INC., and | * | 2:05-CV-1125-B |
| EASTDALE MALL, LLC, | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE**

COMES NOW the Plaintiff in the above-styled action, **West American Insurance Company**, and moves this Honorable Court to extend its deadline for filing of a reply brief to Monday, September 25, 2006.  As grounds for this motion, Plaintiff sets forth and says as follows:

1. Upon the filing of Plaintiff's Motion for Summary Judgment, the Court ordered that Plaintiff submit any brief in reply to Defendants' Opposition to Summary Judgment by Friday, September 22, 2006.  The Court also ordered that Plaintiff's Motion for Summary Judgment would be taken under submission on September 26, 2006 if there was no request for oral argument.

2. Plaintiff's counsel confirmed with counsel for the Defendants they have no objection to allowing Plaintiff until Monday, September 25, 2006 to file its reply brief and the filing of the reply brief by that date will not affect the Court's submission date.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court extend its deadline for filing its reply brief until Monday, September 25.

Respectfully submitted,

/s/ Chris Zulanas
Christopher J. Zulanas
Michael J. Douglas
Attorneys for Plaintiff

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2006, I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record.

Mr. Robert D. Segall
COPELAND, FRANCO, SCREWS & GILL, PA
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101-0347

Mr. Donald R. Jones, Jr.
Mr. James Ernest Bridges , III
DONALD R. JONES, JR., P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109

/s/ Chris Zulanas
OF COUNSEL