UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEST AMERICAN INSURANCE CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-1125-DRB |
| | ) | |
| ASPHALT PAVING COMPANY, INC., and | ) | |
| EASTDALE MALL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

For good cause shown, it is

**ORDERED** that *Plaintiff's Unopposed Motion to Extend Deadline* for filing a reply brief in response to Defendants' Opposition to Summary Judgment (Doc. 22, filed September 18, 2006) is GRANTED to the extent requested – to and including September 25, 2006.

Done this 19th day of September, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE