IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**Northern Division**

| | |
|---|---|
| WEST AMERICAN INS. CO., * | |
| * | |
| Plaintiff, * | |
| * | |
| v.                             * | CIVIL ACTION CASE NUMBER: |
| * | |
| ASPHALT PAVING CO., INC., and  * | 2:05-CV-1125-B |
| EASTDALE MALL, LLC,            * | |
| * | |
| Defendants.                    * | |

**NOTICE OF APPEARANCE**

COMES NOW, H. Spence Morano of the law firm of Friedman, Leak, Dazzio, Zulanas & Bowling, P.C. and notifies this Honorable Court of his appearance as co-counsel for Plaintiff, West American Insurance Company in the above-styled matter and requests that any orders, notices, correspondence, etc. issued from this Honorable Court be forwarded to him as co-counsel of record for Plaintiff.

  s/ H. Spence Morano
H. Spence Morano (Bar No: ASB-0614-H52M)
Attorney for West American Insurance Company

OF COUNSEL:
FRIEDMAN, LEAK, DAZZIO,
ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Ste. 650
Post Office Box 43219
Birmingham, AL 35243
Phone: (205) 278-7000
Facsimile: (205) 278-7001

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing pleading to be served on all counsel of record via the CM/ECF system, and/or United States Mail, on this the 29th day of September, 2006.

cc:
Mr. Robert D. Segall
COPELAND, FRANCO, SCREWS & GILL, PA
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101-0347

Mr. Donald R. Jones, Jr.
Mr. James Ernest Bridges, III
DONALD R. JONES, JR., P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109

    s/ H. Spence Morano
    OF COUNSEL