UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE CO., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-1125-DRB |
| ) | |
| ASPHALT PAVING COMPANY, INC., and ) | |
| EASTDALE MALL, LLC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pursuant to telephonic notice from Plaintiff's counsel on December 4, 2006, that the parties have settled all claims in this litigation, it is

**ORDERED** that the parties file a *Joint Stipulation of Dismissal* not later than December 13, 2006.

Done this 5th day of December, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE