IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN DIVISION**

| | | |
|---|---|---|
| WEST AMERICAN INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| ASPHALT PAVING CO., INC., and | ) | 2:05-CV-1125-B |
| EASTDALE MALL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL

COME NOW the parties to the above case, by and through their counsel of record, and move this Honorable Court to enter an Order dismissing this case, on a full and final basis on the grounds that the same has been resolved.

ATTORNEYS FOR PLAINTIFF
WEST AMERICAN INSURANCE CO.

_____
Christopher J. Zulanas
Michael J. Douglas
H. Spence Morano

**OF COUNSEL:**
Christopher J. Zulanas
Michael J. Douglas
H. Spence Morano
FRIEDMAN LEAK
Dazzio, Zulanas & Bowling, P.C.
Post Office Box 43219
Birmingham, AL 35243

ATTORNEYS FOR DEFENDANT
EASTDALE MALL, LLC

*[signature]*
Robert D. Segall
Mitchel H. Boles

**OF COUNSEL:**
Robert D. Segall, Esq.
Mitchel H. Boles, Esq.
COPELAND, FRANCO, SCREWS & GILL, PA
444 South Perry Street
Post Office Box 347
Montgomery, AL 36101-0347

                                            **ATTORNEYS FOR DEFENDANT**
                                            **ASPHALT PAVING COMPANY, INC.**

                                            /s/ Donald R. Jones, Jr.
                                            Donald R. Jones, Jr.
                                            James Ernest Bridges, III

**OF COUNSEL:**
Donald R. Jones, Jr., Esq.
James Ernest Bridges, III, Esq.
DONALD R. JONES, JR., P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109