UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEST AMERICAN INSURANCE CO., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ASPHALT PAVING COMPANY, INC., and ) <br> EASTDALE MALL, LLC, ) <br> ) <br> Defendants. ) | 2:05-CV-1125-DRB <br> [wo] |

### ORDER

Pursuant to the *Joint Stipulation of Dismissal* (Doc. 27, filed December 13, 2006), it is, for good cause, **ORDERED** that:

1. This cause of action is **dismissed with prejudice**.

2. The CLERK is INSTRUCTED to terminate Plaintiff's pending *Motion for Summary Judgment* (Doc. 14, Aug. 15, 2006) as mooted by the parties' final settlement of this litigation.

3. The final pretrial conference set for April 5, 2007 and the non-jury trial currently scheduled for May 7, 2007 are both CANCELLED.

Done this 13th day of December, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE